UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 08 March, 2005  11:46:56 AM
Clerk, U.S. District Court, ILCD

GLENN BOWDEN                    )
_____ )
                                )
              Plaintiff,        )
                                )
         vs.                    )   No. 05-3051
                                )   (Supplied by Clerk)
Roger E. Walker JR. Director, Warden Dennis )
Hockaday, Asst Warden Kevin L. Winters; Asst. Warden )
Parker; Sandra J. Funk  et. al; )
              Defendant(s)      )

**PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS**

FILED
MAR 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

   I, Glenn Bowden, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

   1. I am the party initiating this action and I believe I am entitled to redress.

   2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

   3. I am (check one) Single ____ Married ✓ Separated ____ Divorced ____

   4. My responses to the following questions are true:

   A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

   B. If so, by whom, what is your position, and what is your pay?

_____N/A_____
_____

   C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

_September 2002  $20.00 dollars Monthly_____

   D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No ( ) If yes, describe each source and state how much you received.

_____
_____

   E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $160.00

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_____
_____
_____

G. How much money do you have in private checking or savings accounts?

_____ NINE _____

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No ( )

If yes, describe the property and its approximate value:

_____ T.V. $40.00 dollars, Radio $15.00 dollars _____
_____

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

_____
_____

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

_____ N/A _____
_____
_____

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

_____

I declare under penalty of perjury and fine that the foregoing is true and correct and that "I have a continuing duty to advise the court of any changes in my financial position as stated above.

_____ Glenn Bowden _____
SIGNATURE

_____ 1-9-05 _____
DATE

2

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _160.43_ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____
_____
_____
_____
_____

_Janet Jones_
(Authorized Officer)
_Pontiac Corr Center_
(Institution)
_Acct Clerk II_
(Title)
DATE _2/25/05_

**IMPORTANT:**
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

REPORT CRITERIA - Date: 08/25/2004 thru End;   Inmate: B00157;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B00157 Bowden, Glenn**   **Housing Unit: PON-E -08-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 43.83 |
| 08/27/04 | Point of Sale | 60 Commissary | 240734 | 166064 | Commissary | -13.29 | 30.54 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 387643 - DOC: Library Copies | -2.50 | 28.04 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387022 - DOC: Postage | -.80 | 27.24 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 388058 - DOC: Postage | -1.98 | 25.26 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387068 - DOC: Postage | -2.22 | 23.04 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 386948 - DOC: Postage | -.37 | 22.67 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387908 - DOC: Postage | -.37 | 22.30 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387035 - DOC: Postage | -.37 | 21.93 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387636 - DOC: Postage | -.37 | 21.56 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 386948 - DOC: Postage | .37 | 21.93 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387022 - DOC: Postage | .80 | 22.73 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387035 - DOC: Postage | .37 | 23.10 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387068 - DOC: Postage | 2.22 | 25.32 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387636 - DOC: Postage | .37 | 25.69 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387908 - DOC: Postage | .37 | 26.06 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 388058 - DOC: Postage | 1.98 | 28.04 |
| 09/15/04 | Disbursements | 84 Library | 259318 | Chk #52097 | 391168 - DOC: Library Copies | -2.35 | 25.69 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390349 - DOC: Postage | -.60 | 25.09 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 389989 - DOC: Postage | -.60 | 24.49 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391306 - DOC: Postage | -.37 | 24.12 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390900 - DOC: Postage | -.60 | 23.52 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391318 - DOC: Postage | -2.21 | 21.31 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 391340 - DOC: Postage | -.37 | 20.94 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 386948 - DOC: Postage | -.37 | 20.57 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387022 - DOC: Postage | -.80 | 19.77 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387035 - DOC: Postage | -.37 | 19.40 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387068 - DOC: Postage | -2.22 | 17.18 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387636 - DOC: Postage | -.37 | 16.81 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387908 - DOC: Postage | -.37 | 16.44 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 388058 - DOC: Postage | -1.98 | 14.46 |
| 09/23/04 | Mail Room | 01 MO/Checks (Not Held) | 267259 | 62083 | Inmate Benefit Fund, Ck. # 14592 | 1.20 | 15.66 |
| 09/23/04 | Mail Room | 01 MO/Checks (Not Held) | 267225 | 03866006744 | Martin, Jon | 50.00 | 65.66 |
| 09/23/04 | Mail Room | 01 MO/Checks (Not Held) | 267225 | 03866006755 | Martin, Jon | 50.00 | 115.66 |
| 09/24/04 | Point of Sale | 60 Commissary | 268703 | 168281 | Commissary | -4.73 | 110.93 |
| 09/27/04 | Disbursements | 80 Postage | 271318 | Chk #52324 | 392506, DOC: Postage, Inv. Date: 09/21/2004 | -.60 | 110.33 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52334 | 392691, DOC: 523 Fund Reimburs, Inv. Date: 09/22/2004 | -.60 | 109.73 |
| 09/27/04 | Point of Sale | 60 Commissary | 271728 | 168374 | Commissary | 4.73 | 114.46 |
| 10/13/04 | AP Correction | 88 B00157 Gift | 287520 | Chk #51755 Voided | 08/11/2004 - Sekyere, Richard | 5.00 | 119.46 |
| 10/13/04 | Disbursements | 81 Legal Postage | 287320 | Chk #52459 | 393821, DOC: 523 Fund Reimburs, Inv. Date: 09/29/2004 | -.37 | 119.09 |
| 10/13/04 | Disbursements | 81 Legal Postage | 287320 | Chk #52459 | 394491, DOC: 523 Fund Reimburs, Inv. Date: 10/08/2004 | -.60 | 118.49 |

Date: 2/25/2005    3:03-cv-09051-HAB-CHE    #1    Pontiac Correctional Center    Page 2
Time: 9:27am
d_list_inmate_trans_statement_composite    Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/25/2004 thru End;    Inmate: B00157;    Active Status Only ? : No;    Print
Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include
Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B00157 Bowden, Glenn**      **Housing Unit: PON-E -08-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/13/04 | Disbursements | 81 Legal Postage | 287320 | Chk #52459 | 393685, DOC: 523 Fund Reimburs, Inv. Date: 09/28/2004 | -1.29 | 117.20 |
| 10/13/04 | Disbursements | 80 Postage | 287320 | Chk #52459 | 393487, DOC: 523 Fund Reimburs, Inv. Date: 09/27/2004 | -.37 | 116.83 |
| 10/13/04 | Disbursements | 80 Postage | 287320 | Chk #52459 | 394952, DOC: 523 Fund Reimburs, Inv. Date: 10/12/2004 | -4.14 | 112.69 |
| 10/25/04 | Disbursements | 80 Postage | 299320 | Chk #52725 | 396161, DOC: 523 Fund Reimburs, Inv. Date: 10/18/2004 | -.80 | 111.89 |
| 10/25/04 | Disbursements | 81 Legal Postage | 299320 | Chk #52725 | 395864, DOC: 523 Fund Reimburs, Inv. Date: 10/15/2004 | -2.21 | 109.68 |
| 10/27/04 | Mail Room | 01 MO/Checks (Not Held) | 301259 | 075292 | Ed Hamilton, Refund | 16.95 | 126.63 |
| 11/01/04 | Disbursements | 88 B00157 Gifts | 306320 | Chk #52854 | 11/01/04, B & F System Maxam W, Inv. Date: 11/01/2004 | -35.47 | 91.16 |
| 11/01/04 | Disbursements | 88 B00157 Insurance Policy | 306320 | Chk #52855 | 11/01/04, Gerber Life Insuranc, Inv. Date: 11/01/2004 | -10.46 | 80.70 |
| 11/03/04 | Mail Room | 01 MO/Checks (Not Held) | 308259 | 643801 | Ed Hamilton, Refund | 4.95 | 85.65 |
| 11/15/04 | Point of Sale | 60 Commissary | 320728 | 171982 | Commissary | -2.91 | 82.74 |
| 11/15/04 | Disbursements | 80 Postage | 320320 | Chk #52971 | 399832, DOC: 523 Fund Reimburs, Inv. Date: 11/10/2004 | -.37 | 82.37 |
| 11/15/04 | Disbursements | 81 Legal Postage | 320320 | Chk #52971 | 398164, DOC: 523 Fund Reimburs, Inv. Date: 11/01/2004 | -.60 | 81.77 |
| 11/15/04 | Disbursements | 81 Legal Postage | 320320 | Chk #52971 | 399763, DOC: 523 Fund Reimburs, Inv. Date: 11/10/2004 | -.60 | 81.17 |
| 11/15/04 | Disbursements | 80 Postage | 320320 | Chk #52971 | 397974, DOC: 523 Fund Reimburs, Inv. Date: 10/28/2004 | -7.91 | 73.26 |
| 11/15/04 | Disbursements | 80 Postage | 320320 | Chk #52971 | 397975, DOC: 523 Fund Reimburs, Inv. Date: 10/28/2004 | -6.93 | 66.33 |
| 11/15/04 | Disbursements | 80 Postage | 320320 | Chk #52971 | 398921, DOC: 523 Fund Reimburs, Inv. Date: 11/05/2004 | -.37 | 65.96 |
| 11/29/04 | Disbursements | 81 Legal Postage | 334320 | Chk #53210 | 401754, DOC: 523 Fund Reimburs, Inv. Date: 11/23/2004 | -.60 | 65.36 |
| 11/29/04 | Disbursements | 80 Postage | 334320 | Chk #53210 | 401297, DOC: 523 Fund Reimburs, Inv. Date: 11/19/2004 | -.60 | 64.76 |
| 12/03/04 | Point of Sale | 60 Commissary | 338728 | 173506 | Commissary | -6.88 | 57.88 |
| 12/06/04 | Point of Sale | 60 Commissary | 341728 | 173548 | Commissary | 6.88 | 64.76 |
| 12/10/04 | Point of Sale | 60 Commissary | 345728 | 173937 | Commissary | -8.75 | 56.01 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 402633, DOC: 523 Fund Reimburs, Inv. Date: 12/02/2004 | -1.11 | 54.90 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 402188, DOC: 523 Fund Reimburs, Inv. Date: 11/30/2004 | -1.11 | 53.79 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 402773, DOC: 523 Fund Reimburs, Inv. Date: 12/03/2004 | -.74 | 53.05 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 403597, DOC: 523 Fund Reimburs, Inv. Date: 12/08/2004 | -1.11 | 51.94 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 404103, DOC: 523 Fund Reimburs, Inv. Date: 12/09/2004 | -.60 | 51.34 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 404164, DOC: 523 Fund Reimburs, Inv. Date: 12/09/2004 | -.37 | 50.97 |
| 12/16/04 | Disbursements | 81 Legal Postage | 351320 | Chk #53467 | 405064, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2004 | -3.95 | 47.02 |
| 12/16/04 | Disbursements | 80 Postage | 351320 | Chk #53467 | 405271, DOC: 523 Fund Reimburs, Inv. Date: 12/14/2004 | -.37 | 46.65 |
| 12/17/04 | Disbursements | 88 B00157 Insurance Policy | 352320 | Chk #53473 | 12/17/04, Gerber Life Insuranc, Inv. Date: 12/17/2004 | -10.46 | 36.19 |
| 12/17/04 | Disbursements | 88 B00157 Gift | 352320 | Chk #53474 | 12/17/04, E.A.E.C., Inv. Date: 12/17/2004 | -5.00 | 31.19 |
| 12/17/04 | Disbursements | 88 B00157 Photos | 352320 | Chk #53619 | 12/17/04, Reliance Color Labs, Inv. Date: 12/17/2004 | -6.00 | 25.19 |
| 12/20/04 | Mail Room | 01 MO/Checks (Not Held) | 355259 | 04805618466 | Martin, Don | 50.00 | 75.19 |
| 01/11/05 | Mail Room | 01 MO/Checks (Not Held) | 011259 | 1278489 | Rogers, Glenda | 50.00 | 125.19 |
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 408584, DOC - Library Copies, Inv. Date: 12/30/2004 | -.20 | 124.99 |

Date: 2/25/2005  
Time: 9:27am  
d_list_inmate_trans_statement_composite

3:05-cv-03051-HAB-CHE    # 1    Page 6 of 7

Pontiac Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 08/25/2004 thru End;    Inmate: B00157;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B00157 Bowden, Glenn**        **Housing Unit: PON-E -08-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/13/05 | Disbursements | 84 Library | 013320 | Chk #53726 | 407300, DOC - Library Copies, Inv. Date: 12/22/2004 | -2.10 | 122.89 |
| 01/13/05 | Disbursements | 80 Postage | 013320 | Chk #53742 | 407710, DOC: 523 Fund Reimburs, Inv. Date: 12/23/2004 | -.37 | 122.52 |
| 01/13/05 | Disbursements | 80 Postage | 013320 | Chk #53742 | 406480, DOC: 523 Fund Reimburs, Inv. Date: 12/20/2004 | -.74 | 121.78 |
| 01/13/05 | Disbursements | 80 Postage | 013320 | Chk #53742 | 405650, DOC: 523 Fund Reimburs, Inv. Date: 12/16/2004 | -.80 | 120.98 |
| 01/13/05 | Disbursements | 80 Postage | 013320 | Chk #53742 | 408194, DOC: 523 Fund Reimburs, Inv. Date: 12/28/2004 | -.60 | 120.38 |
| 01/13/05 | Disbursements | 80 Postage | 013320 | Chk #53742 | 408945, DOC: 523 Fund Reimburs, Inv. Date: 01/03/2005 | -.37 | 120.01 |
| 01/13/05 | Disbursements | 80 Postage | 013320 | Chk #53742 | 409157, DOC: 523 Fund Reimburs, Inv. Date: 01/04/2005 | -.37 | 119.64 |
| 01/13/05 | Disbursements | 81 Legal Postage | 013320 | Chk #53742 | 409300, DOC: 523 Fund Reimburs, Inv. Date: 01/05/2005 | -.37 | 119.27 |
| 01/20/05 | Disbursements | 88 B00157 Magazines | 020320 | Chk #53745 | 01/20/05, FCN Publishing, Inv. Date: 01/20/2005 | -12.00 | 107.27 |
| 01/21/05 | Point of Sale | 60 Commissary | 021728 | 176919 | Commissary | -2.60 | 104.67 |
| 01/26/05 | Disbursements | 81 Legal Postage | 026320 | Chk #54096 | 412303, DOC: 523 Fund Reimburs, Inv. Date: 01/26/2005 | -.60 | 104.07 |
| 01/26/05 | Disbursements | 81 Legal Postage | 026320 | Chk #54096 | 412104, DOC: 523 Fund Reimburs, Inv. Date: 01/25/2005 | -.23 | 103.84 |
| 01/31/05 | Mail Room | 01 MO/Checks (Not Held) | 031259 | 52025 | Cosmetique, Inc, Refund | 5.00 | 108.84 |
| 02/01/05 | Point of Sale | 60 Commissary | 032774 | 177589 | Commissary | -.95 | 107.89 |
| 02/04/05 | Disbursements | 88 B00157 Policy #11731351 | 035320 | Chk #54130 | 02/04/05, Gerber Life Insuranc, Inv. Date: 02/04/2005 | -10.46 | 97.43 |
| 02/04/05 | Disbursements | 88 B00157 6 Books | 035320 | Chk #54131 | 02/04/05, Edward R. Hamilton, Inv. Date: 02/04/2005 | -36.20 | 61.23 |
| 02/04/05 | Disbursements | 88 B00157 1 Book | 035320 | Chk #54132 | 02/04/05, Edward R. Hamilton, Inv. Date: 02/04/2005 | -5.95 | 55.28 |
| 02/10/05 | Mail Room | 01 MO/Checks (Not Held) | 041259 | 90168302878 | Landford, Anthony | 50.00 | 105.28 |
| 02/15/05 | Disbursements | 84 Library | 046320 | Chk #54298 | 412399, DOC - Library Copies, Inv. Date: 02/02/2005 | -1.95 | 103.33 |
| 02/15/05 | Disbursements | 84 Library | 046320 | Chk #54298 | 412971, DOC - Library Copies, Inv. Date: 02/04/2005 | -.30 | 103.03 |
| 02/15/05 | Disbursements | 80 Postage | 046320 | Chk #54299 | 414525, DOC: 523 Fund Reimburs, Inv. Date: 02/15/2005 | -.37 | 102.66 |
| 02/15/05 | Disbursements | 80 Postage | 046320 | Chk #54299 | 414526, DOC: 523 Fund Reimburs, Inv. Date: 02/15/2005 | -.37 | 102.29 |
| 02/15/05 | Disbursements | 80 Postage | 046320 | Chk #54299 | 414527, DOC: 523 Fund Reimburs, Inv. Date: 02/15/2005 | -.37 | 101.92 |
| 02/15/05 | Disbursements | 81 Legal Postage | 046320 | Chk #54299 | 413017, DOC: 523 Fund Reimburs, Inv. Date: 02/07/2005 | -.23 | 101.69 |
| 02/15/05 | Disbursements | 80 Postage | 046320 | Chk #54299 | 414577, DOC: 523 Fund Reimburs, Inv. Date: 02/15/2005 | -.60 | 101.09 |
| 02/15/05 | Disbursements | 80 Postage | 046320 | Chk #54299 | 412716, DOC: 523 Fund Reimburs, Inv. Date: 01/27/2005 | -.43 | 100.66 |
| 02/17/05 | Mail Room | 01 MO/Checks (Not Held) | 048259 | 04805344530 | Martin, Jon | 50.00 | 150.66 |
| 02/17/05 | Mail Room | 01 MO/Checks (Not Held) | 048259 | 04805344541 | Martin, Jon | 50.00 | 200.66 |
| 02/17/05 | Disbursements | 88 B00157 Gifts | 048320 | Chk #54357 | 02/17/05, Bridging The Gap, Inv. Date: 02/17/2005 | -14.00 | 186.66 |
| 02/17/05 | Disbursements | 88 B00157 Insurance Policy #11 | 048320 | Chk #54358 | 02/17/05, Gerber Life Insuranc, Inv. Date: 02/17/2005 | -10.46 | 176.20 |
| 02/17/05 | Disbursements | 88 B00157 Postage For Jacket | 048320 | Chk #54359 | 02/17/05, B & F System Maxam W, Inv. Date: 02/17/2005 | -6.26 | 169.94 |

REPORT CRITERIA - Date: 08/25/2004 thru End;　Inmate: B00157;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: B00157 Bowden, Glenn**　　**Housing Unit: PON-E -08-04**

|  |  |
|---|---:|
| Total Inmate Funds: | 169.94 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 9.51 |
| Funds Available: | 160.43 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 02/17/2005 | 414884 | Disb | B00157 Postage | 99999 | DOC: 523 Fund Re | $1.23 |
| 02/22/2005 | 415300 | Disb | B00157 Legal Postage | 99999 | DOC: 523 Fund Re | $3.95 |
| 02/23/2005 | 415548 | Disb | B00157 Postage | 99999 | DOC: 523 Fund Re | $0.83 |
| 02/24/2005 | 416014 | Disb | B00157 Library | 2 | DOC - Library Cop | $3.50 |
| | | | | | **Total Restrictions:** | **$9.51** |