E-FILED
Tuesday, 08 March, 2005  11:52:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

<u>GLENN Bowden</u>,            )
   Plaintiff,               )
   vs.                      )  No. <u>05-3051</u>
<u>Director Roger E. Walker Jr. Et.Al</u>; )
   Defendant(s)             )

FILED
MAR 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

1.  I, <u>Glenn Bowden</u>, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

<u>Cochran, Cherry, Givens, Smith & Montgomery, L.L.C.</u>
<u>One North LaSalle Street • Suite 2450; Chicago, IL 60602</u>
<u>David J. Babb, Jr. Attorney At Law, Ltd. 303 West Madison Street</u>
<u>Pontiac, IL 61764; Stone + Moore Chartered Attorneys and</u>
<u>Counselors At Law; 30 North LaSalle Street, Suite 4300 • Chgo, IL 60602</u>
<u>Satter, Beyer, Bertram + Gabor 402 N. Plum P.O. Box 440 • Pontiac, IL 61764</u>

3.  In further support of my motion, I declare that (check appropriate answer):

<u>NO</u>   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

_____   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__✓__   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Glenn Bowden  B-00157_
Movant's Signature

_P.O. Box 99_
Street Address

_Pontiac IL 61764-0099_
City/State/Zip Code

Date: _1-9-05_

10/94

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

GLENN BOWDEN B-00157
(Plaintiff) Pro-se

vs

Roger E. Walker Jr., Donald N. Snyder Jr. Director )
Asst. Warden Sandra Funk, ℅ James C. Clayton )
Major McKee, ℅ Carlton, Warden K. Winters, )
℅ Cooper, Asst Warden Parker, Paul Vincent, Julia Vincent )
℅ Forrest J. Ashly; Jon E. Wilson, Phillip D. Pool; )
et. al. )

Defendants

---

## Plaintiff Pro Se Motion For Appointment of Counsel

Now Comes plaintiff, Mr. Glenn Bowden, pro-se plaintiff being represented for the purpose of this Motion by a paralegal. (Inmate Kurtis Williams) pursuant to: Bounds v. Smith 430 U.S. 817, 824, 828. (1977) and Johnson v. Avery. 393 U.S. 483, 485 (1969) and also see; John L. v. Adams, 969 F.2d 228, 223-37 (6th Cis 1992). Plaintiffs Motion For Appointment of Counsel is Authorized pursuant to 28 U.S.C. § 1915(e)(1)(2000). Plaintiff States as Follows in Further Support thereof;

1) Plaintiff's Informa Pauperis Affidavit was Granted to proceed by this Court on the date of _____ incorporates that information for the purpose of this Motion indicating. (Plaintiff cannot afford costs' associated with hiring Counsel).

2) Plaintiff, has written to several <u>Law Firms</u> (Attorneys) to attempt to request assistance, to no-avail, (See: letters attached hereto).

3) Plaintiff, has a cognizable claim against the defendants named in this complaint before this court, see. Hamilton v. Leavy, 117 F.3d 742, 749. (3d cir. 1997) Also see: Tucker v. Randall 948 F.2d 388. 391 (7th cir. 1991.

4) Plaintiff, Bowden is Functionally illiterate at Law and does not understand the complexities in litergating motion, arguments, even court procedure, and has no available means to represent this compliant on his own, without the appointment of Counsel, see. Bounds v. Smith (Supra). Without Counsel appointed to the plaintiff said, plaintiff would be greatly disappointed/disadvantaged & unable to proceed to pursue his constitutional Claims made in his complaint against the defendants.

5) Plaintiff, currently Resides in the Pontiac. correctional center at P.O. Box 99; 700 N. Lincoln street, Pontiac, Illinois, 61764-0099; within the West Cell House Segregation unit behind perplex/perpherated door, unable to have adequate access to legal assistance in any way or measure from Law Library staff at this institution... Plaintiff is being assisted by an Inmate living next door to his cell, when will not be available in the Future to assist Mr. Bowden. Plaintiff in this case...

6). Inmate Kurtis M. Williams. has explained to me through detailed verbal communication "under the door" exactly what this motion says & what each case cited means, and has also taken the time to provide to me "all" cases cited with explanation. I have Read this motion, and it's contents, and agree Fully with every word written on my behalf.

s/ Glenn Bowden
Plaintiff, Glenn Bowden B-00157

-2-

LAW OFFICES
# JENNER & BLOCK, LLC

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611

FIRM: (312) 222-9350
FAX: (312) 527-0484

February 15, 2001

Glenn Bowden
B-00157
P.O. Box 999
Pinckneyville, IL 62274

Dear Mr. Bowden:

    Thank you once again for your letter requesting pro bono representation. After carefully reviewing your request a third time, we have determined that we are still not able to undertake the representation you are seeking.

    We wish you the best of luck in your pursuit of legal representation.

Sincerely,

Kristina Pinder Weider
Pro Bono Coordinator

DALLAS OFFICE
3150 BANK ONE CENTER
1717 MAIN STREET
DALLAS, TX 75201
FIRM: (214) 746-5700
FAX: (214) 746-5757

LAKE FOREST OFFICE
ONE WESTMINSTER PLACE
LAKE FOREST, IL 60045
FIRM: (847) 295-9200
FAX: (847) 295-7810

WASHINGTON OFFICE
601 THIRTEENTH STREET, N.W.
SUITE 1200 SOUTH
WASHINGTON, D.C. 20005
FIRM: (202) 639-6000
FAX: (202) 639-6066

LAW OFFICES

# Satter, Beyer, Bertram & Gabor

JOHN A. BEYER
WILLIAM H. BERTRAM
BRIAN M. GABOR, Ltd PC

402 N. PLUM
P.O. BOX 440
PONTIAC, ILLINOIS 61764

TELEPHONE # 815 842-2803
FAX # 815 842-3350

Of Counsel
JOHN G. SATTER, Ltd PC

May 29, 2003

Glenn Bowden
B00157
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764-0099

Dear Mr. Bowden:

I have received your letter of May 25, 2003. I understood that letter to be a request that I represent you. I do not handle legal matters such as the one involving the correctional officers. I do handle legal matters involving property insurance claims with insurance companies, but I represent the insurance companies, not individuals. Therefore, I am unable to assist you. You should contact another attorney in order to obtain legal advice.

Very truly yours,

SATTER, BEYER, BERTRAM & GABOR

By: _____
John A. Beyer

JAB/ej

# STONE & MOORE
## CHARTERED

ATTORNEYS AND COUNSELORS AT LAW

30 NORTH LA SALLE STREET, SUITE 4300
CHICAGO, ILLINOIS 60602-2589

TELEPHONE (312) 332-5656
FAX (312) 332-5858
www.stonemoore.com

WILLIAM G. STONE☆
ROBERT C. MOORE†
RAYMOND R. PESAVENTO
RICHARD M. JOHNSON, JR.‡
ROSARIO CIBELLA*
JULIE OSSWALD HOOVEN
J. MURRAY PINKSTON, III§
CHRISTIAN D. AMBLER

500 E. 86TH AVENUE
MERRILLVILLE, INDIANA 46410
(219) 736-5959
FAX (219) 736-5858

600 W. ROOSEVELT RD., STE.1A
WHEATON, ILLINOIS 60187
(630) 221-9292
FAX (630) 221-9393

MATTHEW K. ABRAMS
DAVID J. DARLING
PATRICK D. DUFFY*
COLLEEN C. HOOKS
VERA MANDZUKIC
CHRISTOPHER R. PARKER
ALBERT J. ROBERTS, III
HUMA P. SHAH
MATTHEW B. STEPHENS
A. CHRISTINE SVENSON
RICHARD A. VALEK
WILLIAM L. WOOD

June 2, 2003

Glenn Bowden #B00157
P.O. Box 99
Pontiac, Illinois 61764

RE: A Civil Law Suit

Dear Mr. Bowden:

After reviewing your letter dated May 25, 2003, we regret to inform you that we cannot be of assistance. Enclosed you will find all the materials you submitted to our office. Thank you very much.

Very truly yours,

**STONE & MOORE, CHTD.**

By: J. Murray Pinkston
J. Murray Pinkston, III

JMP:bk

W:\06-02-03 Ltr to Bowden.wpd

☆ ADMITTED IN ILLINOIS, INDIANA AND COLORADO    † ADMITTED IN ILLINOIS AND WISCONSIN    * ADMITTED IN ILLINOIS AND INDIANA
‡ ADMITTED IN ILLINOIS AND COLORADO    § ADMITTED IN ILLINOIS, MISSISSIPPI AND LOUISIANA

## LAW OFFICES OF
# COCHRAN, CHERRY, GIVENS
# SMITH & MONTGOMERY, L.L.C.

JOHNNIE L. COCHRAN, JR. [1]
JAMES D. MONTGOMERY [4]
SAMUEL A. CHERRY, JR. [2]
J. KEITH GIVENS [3]
JOCK M. SMITH [2]

THOMAS C. MARSZEWSKI [4]
MELVIN L. BROOKS [4]
JAMES M. SANFORD [5]
MARK PARTS [4]
DOUGLAS HOPSON [4]
BEVERLY P. SPEARMAN [4]
TRENT A. MCCAIN [4]

ONE NORTH LASALLE STREET • SUITE 2450
CHICAGO, ILLINOIS 60602
(312) 977-0200 • FAX: (312) 977-0209

[1] Member of California, New York & Washington, D.C. Bar
[2] Member Alabama Bar
[3] Member Alabama, Florida & Georgia Bar
[4] Member Illinois Bar
[5] Member Ohio and Illinois Bar

July 23, 2003

Mr. Glenn Bowden #B00157
P. O. Box 99
Pontiac, IL   61764

Dear Mr. Bowden,

After review of your situation, we regret we cannot represent you in your potential case. At this time, we are focusing our practice on cases involving catastrophic permanent personal injuries and death.

Thank you for considering the firm of Cochran, Cherry, Givens, Smith & Montgomery, L.L.C., Chicago office. We hope you may consider us in the future if you or your family are in need our services.

Very truly yours,

*James D. Montgomery*
James D. Montgomery

JDM:sr

Enclosed is the letter you forwarded to us for our review.

Telephone: (815) 844 4000  
Facsimile: (815) 844 3149

*Law Office Of*

# David J. Babb, Jr.

*Attorney at Law, Ltd.*  
*303 West Madison Street*  
*Pontiac, Illinois 61764*

April 29, 2003

Glenn Bowden  
Inmate Number B-00157  
Pontiac Correctional Center  
P.O Box 99  
Pontiac, IL 61764

    *Re:    Your Legal Matter*

Dear Mr. Bowden:

    This letter is in reference to your correspondence received on April 29, 2003. Please be informed that due to time constraints and my current workload I will be unable to undertake representation of you in this matter.

    I return your original letter to you so that you will have it available should you choose to contact other counsel.

                                    Very truly yours,

                                    David J. Babb, Jr.

DJB/jlz  
Enclosure