UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA
VIDEO WRIT

| CASE NAME:<br><br>GLENN BOWDEN v. DONALD N. SNYDER, JR., et al. | CASE NO.<br><br>05-3051 | Beginning Date of Trial:<br><br>4/7/05 | Type of Trial:<br><br>Merit Review Hearing<br><br>Length of Trial:<br>1 day |
|---|---|---|---|

TO: THE WARDEN OF Pontiac Correctional Center, Pontiac, IL

　　WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Glenn Bowden | B-00157 | Pontiac Correctional Center | April 7, 2005 | 2:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:　　March 24, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:　　C. Cathcart
　　　　DEPUTY CLERK