Dear Clerk,

4-20 E-FILED
Friday, 29 April, 2005 11:41:57 AM
Clerk, U.S. District Court, ILCD

Greetings Sir! I am writing you because I need 14 Marshal's forms and instruction sheets. Please send me any other information you have on this issue 1983. Thank you very much! Bless ya'll!

Sincerely,

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099

1