5-20-05
E-FILED
Tuesday, 24 May, 2005 01:33:10 PM
Clerk, U.S. District Court, ILCD

Dear Clerk,

Greetings! I am writing you because I had requested 24 marshals service forms, and never received them yet, so can you send them to me for my civil suit Please? You claim in your last correspondence that I would have them, but I am still waiting on them. Thank you very much and bless you'll!

RECEIVED
MAY 24 2005
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

Sincerely

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099