E-FILED
Wednesday, 08 March, 2006  02:28:41 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GLENN BOWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-3051 |
| | ) | |
| DONALD N. SNYDER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFICIENCY ORDER

The documents recently submitted to the Court do not comply with the Rules of this Court.

The plaintiff has failed to include a sufficient number of copies for service on the defendants. The court requires the original complaint, plus one copy of the complaint for each defendant who is being sued.

IT IS THEREFORE ORDERED that the plaintiff provide a sufficient number of photocopies or carbon copies of the complaint for service on each defendant. Twenty-eight (28) copies are needed.

IT IS THEREFORE ORDERED that failure to comply with the court's deficiency order within twenty-one (21) days will result in summary dismissal of this case, without prejudice.

Enter this 8th day of March, 2006.

                                           s/ Charles H. Evans
                                           CHARLES H. EVANS
                                      UNITED STATES MAGISTRATE JUDGE