UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
MAR 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GLENN BOWDEN, )
)
Plaintiff, )
) CASE NO. 05-3051
vs, )
)
DONALD N. SNYDER, JR., et al., )
)
Defendants. )
)

## MOTION FOR EXTENSION OF TIME

Now come Plaintiff, GLENN BOWDEN, ILLINOIS DEPARTMENT OF CORRECTIONS, Pro Se, attorney and moves this Honorable Charles H. Evans, to enter this MOTION FOR EXTENSION OF TIME, pursuant to United States District Court Rule ?, in which Plaintiff are to answer or otherwise plead to Court Deficiency ORDER. In support of this motion, Plaintiff state as follows:

1. Court filed this deficiency Order on or about March 8, 2006.

2. An Answer to the above-mentioned deficiency Order is due on or about March 29, 2006.

3. The undersigned is in the process of conferring with the Court and additional time is necessary in order to obtain information necessary to prepare a responsive pleading.

4. The undersigned requires an additional thirty (30) days, up to and including April 29, 2006, to prepare a response.

5. This motion is not made for the purpose of undue, but is made in good faith for the purpose of preparing an adequate defense.

6. Defendants motive to deliberate damage to my other copies of my original Complaint I sent 33 copies and I have the documents to prove it, this was done by the officer who picks' up United States Mail or the cage officer or the Mail Room Superviser. Some destory my Complaints.

WHEREFORE, for the above and foregoing reasons, Plaintiff respectfully request additional time, up to and including April 29, 2006, within which to answer or otherwise plead to Deficiency Order Complaint...

Respectfully Submitted

Glenn Bowden B-00157

Plaintiff

Pro Se

By Glenn Bowden

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099

## CERTIFICATE OF SERVICE

GLENN BOWDEN, Pro, Se hereby certifies that he has served a copy of the foregoing Motion For Extension of Time upon:

Glenn Bowden, # B-00157
Pontiac Correctional Center
700 W. Lincoln, P.O. Box 99
Pontiac, IL 61764-0099

by causing a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United State Mail in Springfield, Illinois on March 21, 2006.

*Glenn Bowden*
Glenn Bowden
Pro Se