Dear Clerk,                                    3-15-2006

**FILED MAR 28 2006**
**JOHN M. WATERS, Clerk**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

Case No. 05-3051

Greetings! I have a serious problem with this institution, because they are in control of my "legal boxes", this is how the "process work," you must submit a form to the cell house "Sergeant," and if he hasn't your best interest then you might get your "personal property boxes". I have a problem with him, because he has fabricate many disciplinary report on me. I just received the "Deficiency Order," 3-15-2006, and the document states that I need to provide you with "twenty-eight" (28), copies are needed. The Court's deficiency order within twenty-one (21) days, state's that they will result in summary dismissal of this case, without prejudice. Enter this 8th day of March, 2006.

Can you XEROX copy my petition "1983 Law suit" with the needed (28) copies that are needed? You can charge it to me, whatever the cost of your office doing this task, you can charge

me, the entire cost... Also can you forward me a copy of my Petition please?

I sent your office all of the needed copies to pursuit this 1983 law suit but again this corrupted Pontiac Correctional Center has destroyed the other copies when I place them into the U.S. Postal Mail box, but somehow, by the officers being in control of the flow of "mail," and the way it is "process", I don't stand a chance with this department of corruption especially when the "1983" is against them the department of corrections.

Therefore, for all the above foregoing reason this petitioner prays that this Honorable Charles H. Evans United States Magistrate Judge.

Please write back and send me a "stamp file copy" of this document? Thank you very much. Bless ya! Can you also forward the Judge a copy of this letter.) Sincerely

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099