Dear Clerk,

Greetings! I am writing you, because of the problems that iam having with the mail room superviser Haab and law library clerk etc. I am sending this missive to you, about the conduct of the employees at this department of corrections.

Can you send me a stamp file document? Thank you very much. Bless ya'll!

**FILED**
MAR 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sincerely,

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099