Dear Clerk                        3-21-2006

**FILED**
MAR 31 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case: 3:05 cv 3051

Greetings! I am writing you because according to the document that you sent me on the 8th of March, stated that I needed 28 copies to proceed with my case. 05 cv 3051.

Please send me a stamp file copy of this document, it 29 copies and I only need 28 copies...

Sincerely

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099

Pro se

STATE OF ILLINOIS    )
                     )SS
COUNTY OF            )

## AFFIDAVIT

I, GLENN BOWDEN do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

I am placing these documents, into the hands of my officer, who then shall give them to the cage officer, to place into the United States Mail bag, then carry to the Administration building to be place in the Mail Room Superviser Margie Haab hands, to be deliver to it's destination.
It is 29 copies, as you only requested 28 copies.
I need one stamp file, and return back to me.
I have sent these copies two time spending again monies that I don't have.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 21 day of March, 2004.

Glenn Bowden B-00157
                              Affiant