E-FILED
Friday, 28 April, 2006   04:21:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Glenn Bowden B-00157)
           Plaintiff         )
                             )
                             )
       vs.                 - )      Case No. 05-3051
                             )
Roger E. Walker Jr., Donald N. Snyder Jr)
Sandra Funk, James C. Clayton, Asst Warden )
Parker; Capt Cooper, Capt Carlton, C/O Wear; C/O Snow)
C/O Volk, Sgt Hill, Paul Vincent, Julia Vincent; et al)
     et al.,     Defendant(s)  )

## COMPLAINT

[✓]   42 U.S.C. §1983 (suit against state officials for constitutional violations) -

[ ]   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]   Other _____

Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Glenn Bowden II B-00157, and states as follows:

My current address is: P.O. Box 99, Pontiac, Illinois 61764-0099

The defendant DONALD N. SNYDER JR, is employed as Director Acting Director 1301 Concordia Court P.O. Box at 19277/ Springfield, IL 62794-9277

The defendant Roger E. Walker Jr, is employed as Director 1301 Concordia Court P.O. Box at 19277/ Springfield, IL 62794-9277

The defendant Kelvin Winters, is employed as Warden of Western Illinois Correctional Center at P.O. Box 1000; Mt Sterling, IL 62353

The defendant Capt. J. Clayton #734, is employed as Captain/Officer Western Correctional Center at P.O. Box 1000; Mt. Sterling, IL 62353

The defendant C/O Wear, is employed as Officer Western Correctional P.O. Box 1000; Mt. Sterling, IL 62353.

(revised 9/96)

The defendant <u>Major Shaw</u> is employed as <u>Major Hill C.C.</u> P.O. Box <u>1327</u> at <u>Galesburg, IL 61401</u>

The defendant <u>T. Bennet</u> is <u>employed as Officer</u>; P.O. Box 1327 Galesburg IL 61401.

The defendant <u>Grant Ogburn</u> is employed as <u>Springfield investigator</u> 1301 Concordia Court/ <u>P.O. Box 19277</u> / Springfield, IL 62794-9277

The defendant <u>PARKER,</u> is employed as <u>Asst. Warden</u>; P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Cooper</u> #735 is employed as <u>Capt./Officer</u>: P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Carlton</u> is employed as <u>Capt/Office</u>: P.O. Box 1000 Mt. Sterling, IL 62353.

The defendant <u>Wear</u> is employed as <u>Officer</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Snow</u> #10220 is employed as <u>Officer</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Volk</u> #10239 is employed as <u>Officer</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Paul Vincent</u> is employed as <u>Counselor/Officer</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Sandra Funk</u> is employed as <u>Asst Warden</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Jeffrey P. Korte</u> is employed as <u>Officer</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant <u>Forrest J. Ashby</u> is employed as <u>Capt/Officer</u> P.O. Box 1000; Mt. Sterling, IL 62353

The defendant <u>Phillip D. Pool</u> is employed as <u>Officer</u> P.O. Box 1000 Mt. Sterling, IL 62353

The defendant Terry Anderson is employed as Chairperson Administrative Review Board, 1301 Concordia Court / P.O. Box 19277 / Springfield, IL 62794-9277

The defendant JULIA I. VINCENT is employed as Counselor/Officer P.O. Box 1000; Mt. Sterling, IL 62353.

The defendant J. Hill is employed as Sgt./Officer, P.O. Box 1000 Mt. Sterling, IL 62353.

The defendant FRANK is employed as OFFICER P.O. Box 1000 Mt. Sterling, IL 62353.

The defendant Guy A. Pierce is employed as Warden P.O. Box 99 Pontiac, IL 61764.

The defendants,        OFFICERS

Pontiac Correctional Center

| Name | Rank | Address |
|---|---|---|
| Patrick R. Clark | Officer | P.O. Box 99, Pontiac, IL 61764 |
| David L. Harkins | L.T. Officer | Same place |
| Jacob C. Doss | Officer | Same place |
| Richard Montgomery | Officer | Same place |
| Jeffrey R. Baker | Officer | Same place |
| Micheal J. Burger | Officer | Same place |
| Kenneth Mottershaw | Officer | Same place |
| Kevin M. Casteel | Officer | Same place |
| Danny L. McFanlen | Officer | Same place |
| Benny D. Dallas | L.T. Officer | Same place |
| Erika R. Howard | Officer | Same place |
| Craig L. Robertson | Officer | Same place |
| John McGeorge | Officer | Same place |
| Cletus R. Shaw | L.T. Officer | Same place |
| Terry R. Wade | Officer | Same place |
| Daniel J. Tovrea | Officer | Same place |
| Lindsay | Officer | Same place |
| G. Jones | Officer | Same place |
| Patric Neal #3247 | Officer | Same place |
| Cramer #2980 | Officer | Same place |

New address Hill. C.C.

| Name | Rank | Address |
|---|---|---|
| Major Shaw | Officer | 600 S. Linwood Rd, P.O. Box 1327, Galesburg, IL 61401 |
| C/o T. Bennett | Officer | |

The defendant C/O Beehm , is employed as OFFICER CORRECTIONAl
P.O. Box 1000; Mt. Sterling, IL 62353 at WesteRN. CoRRectional CenteR
Additional defendants and addresses Douglas A. CRavens/Administrative Review BoARd
1301 Concordia Court/P.O. Box 19277/Springfield, IL 62794-9277; NANCy S. Tucker,
ChairpeRson Administrative Review Board; 1301 Concordia Court/P.O. Box 19277/
Springfield, IL 62794-9277; MAjoR McKee; Western Correctional Center/P.O. Box 1000;
Mt. Sterling, IL 62353; C/O Jennings/OFFiceR; P.O. Box 1000/ Mt. Sterling, IL 62353;
For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐   No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

     _____

  2. Court (if federal court, give name of district; if state court, give name of county)

     _____

  3. Docket Number/Judge _____

2

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence  Segregation/Cell  Western Correctional

Date of the occurrence  1-23-03; 2-13-03; 9-20-02; 9-7-02; 3-04-03; 3-05-04; 3-17-04; Con't/...

Witnesses to the occurrence  Gerald Porter K-77263; Gonzalez R-04665; Diaz K-88788; Conley R-13223; Perkins R-06723; Fennerson A-50886; Herring-K-64961; Donald Brake R-13176

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

C/o Clayton (Internal Affairs) call me over to the administration building on 1-23-03 to ask me about a document that was so-called sent out to (Music by Mail) vender. And ask me to turn around so he could cuff me up, when I tried to explain to the C/o James Clayton he said if I didn't turn my dumb black ass around he would spray me with "Mace pepper" so I did it and the next day, C/o James Clayton call me back over for round two, and C/o Jennings of Internal/Affairs was there with him C/o Clayton, asking me more questions about names, pictures, mail, and my check for a stock he kept and the document also that you suppose to send in with the check. C/o Clayton also knew that if he done his investigation properly that he could have clear this simple matter up because the document that was fax to him, from the company (Music by Mail) he never ask for the envelope because the department of Corrections has a policy that when inmates mail go out of the department it is stamp with "This Correspondence is from an inmate of The Illinois Department of Corrections." This would have vindicated me, from this so-called fabicated charge 206, 204, 304; 403; that C/o James Clayton charge me

4

with, he was disappointed because, I wrote up c/o JEFFREY P. KORTE because he shook my cell down he claim that I had 104; Dangerous Contrand (Homemade Stinger); And 205 Gang or Unauthorized Org. Activity; 308 Contraband/Unauthorized Property, so before I heard the ticket/disciplinary report I had grieve it and got the 205 Gang or Unauthorized Org. Activity deleted, but the other two charges wasn't, so I wrote Representative THOMAS J. DART you can view the attach documents, so this was retaliation because the Internal Affairs/Warden Dennis L HOCKADAY, Assistance Winter Major McKEE, felt I over step my boundary when I wrote them up and allege my allegation about their Racist/bias attitude/comments/actions. I have affidavits to prove my innocence, but the administration didn't acknowledge the documents, Douglas A. Cravens, Administrative Review Board Office of Inmate Issues, didn't take my correct statement or my cell mate FENNERSON A50886 affidavit to vindicate me. c/o TIMOTHY D. BREHM #10035; wrote me a disciplinary report because I wouldn't allow him to eat my commissary, so he stated that I have to send one of my electrical items home, but I am a ward of the state, so I told him this is my home, and he said nigger who are you Fucking with and I told him could I have my bed items, and he refuse them also L.T. Baker kept them from me for 26½ hours, the documents will prove the facts to my allegations. Look at Exhibit (2) and you can read the violation of due-process Fourteenth Amendment; that there are common questions of law pertaining

5

to and affecting the due process rights of the Plaintiff protected property rights, as well as each individual's right, that is, whether the defendants are required to provide predeprivation hearings before confiscating protected property... C/O James Clayton abused his authority when he told both of his officers C/O Volk #10239 / C/O Snow #10220, to come into my cell and bring me to his office, because he found out about a letter that was wrote to C/O Lisa Williams who was suppose to work at Hill Correctional Center. Then I was took to the day room by force because when both officers who works' on C/O James Clayton tact team use force on me, as you can see my Radiological Report my "wrist" was damage and Warden K. Winters; Asst Warden S. Funk, and Asst. Warden Parker was in the Segregation day room Area when this incident took place, so they are liable as well as Major McKee, because they all deny me Medical Attention until I came to Pontiac, Correctional Center on 3-6-03; I was also deny Medical Attention until my Family call Corey Wilson of Internal Affairs' and they allow me to see Doctor Vade on 3-11-03. I am attaching these documents Also. The grievance and the radiological report to the compliant. It started because I File a mandamus on 1-23-2003 and as you could see the document C/O James Clayton was up-set so this is a retaliation against me, and if you look on each document you can see just how I was attack for no other reason but one, trying

(6)

to vindicate myself only. After I arrive down here in this institution I was harass and wrote many disciplinary tickets because I File many grievance on Mt. Sterling/Western Correctional Center, also an I wrote Pontiac officers up, so many disciplinary repoets was fabicated and my further is Jeapordized, my out date, visits, and rights to go to school due to the C/O James Clayton. he has a history of Assulting inmates, and fabicating the incident in his favor. I File a Illinois State Police office of the Director As you can see, it will be attach to the compliant...

Title 20. Section 120.80 Conflict of Interest:

which states; Individuals providing services to the department shall not engage in conduct which impairs their ability to perform their duties and responsibilities in an impartial manner. Individuals Shall notify the Chief Administrative officer of the Facility or the duties Warden, when a C/O's job duties may give rise to a conflict of interest.

Administrative Code of Professional Conduct
which states, Title 20. Section 120.30 Conduct of Individuals:

The Personnel Standards of All Employees/Correctional Office/Subordinate Staff/State Agency/Municipal Agency: Are mandated by it's Own Rules to comform to, by such State and Federal Laws: which are to conduct themselves in a professional manner at all times, and anything other then that is unbecoming of an Employee/Correctional Officer/or any Subordinate Staff Agency/Warden (s)/or Assistant Deputy
rise to a conflict of interest...

(7)

# STATEMENT OF FACTS

C/O James Clayton wrote two reports on me, one for Forgery Documents from the office of BARRY R. RABOVSKY how can C/O James Clayton write me up for a Law Firm I was using and they never had any compliant with me, as you can see the disciplinary report was Fabicated Exhibit (1) will show you that I was harass, because the original documents was sent to me from their office 10 years ago. 9/29/95. I was suing Frank Smith, I wrote a letter to decline as you can see in My Exhibit (1) My uncle was playing a joke on me and he sent me a paper to play a joke as you can see in My Exhibit (1) My Exhibit (2) is to show that C/O Snow / C/O Volk / C/O James Clayton violated my 8th Amendment Cruel and Unusual Punishments Clause. My Radiological Report, also an AFFIDAVIT from Corey K-64961; and I have another witness Gerald Porter #K-77263 who was my cell mate when this incident occurred. Also the Mandamus status which was the thing C/O James Clayton internal Affairs / tact team man claim I had no business filing on his friends... If you look at Exhibit (1) inmate Fennerson A-50886, Explain to the committee Captain Forrest J. Ashby that the bottom bed was his and the extension coad was his I am attaching his affidavit to these Statement of Facts...

Also % Wear destory all my things that was taken when I came to Western Correctional Center, % Wear took these items as you can see on Exhibit (3) Memorandum Date 5-23-2002; Also look at the grievance Exhibit (3) Also when I was place into Segregation under the disguise of investigation My complaints include False imperisonment, False Arrest, police Misconduct, malicious prosecution, Abuse of Authority and process, Violation of civil rights, Failure to investigate in a lawful manner, intentional infliction of emotional distress, negligent infliction of emotional distress, and violation of civil rights under the Fourth, Fifth and Fourteenth Amendments to the Constitution. Also look at Exhibit (4) where I want all out for help to solve my serious problem, the State representative House of representatives 28TH DISTRICT; Thomas J. Dart on September 3, 2002; After I was transfer down here to Pontiac Correctional Center, % Arpe confiscated most of my personal property on 4-3-03, look at the Pontiac Correctional Center Confiscation Sheet Exhibit (5). these are all the items they took from. Also look at Exhibit (6) They destory thousand of dollars worth of my personal property, Also look at them, the Memorandums Exhibit (6), and the Warden Henry Walton acknowledge that they made a serious mistake Also look at Exhibit (7) Many grievances, to Support my Facts. ⑨ look at the ILLINOIS STATE POLICE OFFICE OF THE DIRECTOR. Exhibit (7)

#6

Look At Exhibit (@) I wrote the Administration Review boARd ChaiRperson And iF you would look At the document stAting NANcy S. Tucker dAted 4-7-2003, you could see why everything get's deny or disregarded!

(10)

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Wherefore, Plaintiff respectfully pray this honorable court to enter judgment against the defendents as follow.

1). That the defendents be enjoined from withholding, the records requested by the Plaintiff which are otherwise allowable.

2). That the defendants be required to release all allowable non-exempt records by order of the court within a specified period of time.

3). That the defendants be assessed all cost of this action.

4). That the defendants be assessed all cost incurred by the Plaintiff in bringing this instant action.

JURY DEMAND        Yes  [✓]              No [ ]

Signed this ___9___ day of __January__, 2005.

_Glenn Bowden_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
| --- | --- |
| GLENN BOWDEN | B-00157 |
| Address: | Telephone Number: |
| P.O. Box 99; Pontiac, IL 61764 | |

6

## RELIEF REQUESTED

5). THAT THE COURT ISSUE APPROPRIATE AND DETERRANT SANCTIONS AGAINST DEFENDANTS FOR THEIR BELATED NON-COMPLIANCE WITH 5/140-1 et seq OF THE ILLINOIS FREEDOM OF INFORMATION ACT.

6). FOR SUCH OTHER AND FURTHER RELIEF AS THIS COURT MAY DEEM PROPER, JUST AND EQUITABLE. 7). I WANT MY Goodtime Restore and to be Release From segregation A.S.A.P.

### REQUEST FOR APPROPRIATE RELIEF

WHEREFORE, PLAINTIFF PRAYS THE HONORABLE COURT TO ENTER JUDGMENT AGAINST THE DEFENDANTS AS FOLLOW.

A). AWARD PLAINTIFF A SUM OF 75,000 MONETARY DAMAGES AND GRANT AS THE COURT DEEMS APPROPRIATE.

b). ORDER DEFENDANTS FROM ENGAGING IN SUCH CIVIL RIGHTS VIOLATIONS.

C). THAT DEFENDANTS BE ASSESSED ALL COST OF THIS ACTION.

Glenn Bowden B-00157

CONT (6)

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, __GLENN BOWDEN  B-00157_____, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109, that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __9th__ day of __January_____, 200_5_.

_Glenn Bowden_____
Affiant