Name Change

Date:  9/17/2003
Friday, 28 April, 2006 04:21:58 PM
Time:  8/42/11
Page:  1
Clerk, U.S. District Court, ILCD
E-FILED

2003 MR 000106   Judge: ZAPPA LEO J          From   0/00/0000 To 99/99/9999

User: FOLKMIK
Wsid: PC14S1

Case Names_____   Attorney Names_____
BOWDEN GLENN                Pro Se

All Entries For C

        VS
WINTERS KELVIN
SNYDER DONALD N
ASST. WARDEN PARKER
CAPT. CLAYTON
CAPT. COOPER
CAPT. MCKEE
CAPT. CARLTON

__Date__
1/23/2003 Mandamus Fee Waived

3/20/2003 Entry
          NOTICE SENT TO PLAINTIFF STATING ADDRESSES ARE NEEDED TO PROCEED WITH
          CASE POST OPENING.

5/19/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST

6/30/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST.  PLAINTIFF AGAIN
          IS NOTIFIED THAT HIS ADDRESSES STILL HAVE NOT BEEN RECEIVED BY CIRCUIT
          CLERK'S OFFICE.  CHANGE OF ADDRESS IS ALSO ENTERED PER REQUEST OF
          PLAINTIFF.

7/15/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF GIVING THE NAMES OF THE
          DEFENDANTS SO THAT PLAINTIFF CAN RETURN ADDRESSES TO PROCEED IN CASE.

8/29/2003 Summons Aug 28,2003 Served  Defendant SNYDER DONALD N

8/29/2003 Summons Aug 28,2003 Served  Defendant SNYDER DONALD N

9/02/2003 Summons Aug 28,2003 Served  Defendant WINTERS KELVIN

9/02/2003 Summons Aug 28,2003 Served  Defendant ASST. WARDEN PARKER

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. MCKEE

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. CLAYTON

9/02/2003 Summons Jul 28,2003 Served  Defendant CAPT. CARLTON

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. COOPER

9/02/2003 Summons Aug 28,2003 Served  Defendant ASST. WARDEN PARKER

Exhibit (1)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Administrative Review Board
### Return of Grievance or Correspondence

**Offender:** _Bowden,_ _Glenn_ _____ _B00157_
Last Name          First Name          MI          ID#

**Facility:** _PON_

☐ Grievance (Local Grievance # (if applicable): _____ )   or   ☑ Correspondence

**Received:** _4/14/03_   **Regarding:** _ARB 3-26-03_
Date

The attached grievance or correspondence is being returned for the following reasons:

| **Additional information required:** |
|---|
| ☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal. |
| ☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable. |
| ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred. |
| ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board<br>Office of Inmate Issues<br>1301 Concordia Court<br>Springfield, IL   62794-9277 |

| **Misdirected:** |
|---|
| ☐ Contact your correctional counselor regarding this issue. |
| ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration. |
| ☐ Contact the Record Office with your request or to provide additional information. |
| ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board. |
| ☐ Address concerns to: Illinois Prisoner Review Board<br>319 E. Madison St., Suite A<br>Springfield, IL   62706 |

| **No further redress:** |
|---|
| ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further. |
| ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. |
| ☐ This office previously addressed this issue on _____/_____/_____.<br>Date |
| ☑ No justification provided for additional consideration. |

**Other** (specify): _____

_____

**Completed by:** _____   _Ed. Tucker_   _4/18/03_
Print Name                          Signature                          Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)<br>(Replaces DC 710-1274)

REC. 27

02-1189

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 8-26-2002 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |
|---|---|---|
| Present Facility: Western IL | Facility where grievance issue occurred: W.I.L.C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: 8 , 20 , 02       W.I.L.C.C.
           Date of Report              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On above date and time Capt. Cooper had two of his officers C/O S. Logsdon #10162 to shake down cell 53 on 1-C; and according to my Shakedown record they didn't find any contraband, so C/O S. Logsdon #10162 came back to my cell 53 and ask me for my book, the name of the book is call "KAMA SUTRA" by Ann hooper. I have been having problems with Captain Cooper with P-96 going out, And when I spoke to him about the problem he "stated you people; so I am asking that he return my book that was approved by this institution.

Relief Requested: I would appreciate an apology by him And my book return As soon As possible, And this grievance place inside of his file and mines Also! And for him to stop harassing ME!

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden                    B00157      8 , 26 , 2002
Committed Person's Signature           ID#           Date

(Continue on reverse side if necessary)

---

| Counselor's Response (if applicable) |
|---|

Date Received: 9 , 9 , 02      ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: THIS COUNSELOR SPOKE WITH CAPTAIN COOPER WHO DENIED HARASSING I/m BOWDEN. HE STATES I/m BOWDEN'S BOOK IS IN THE CONTRABAND CABINET WAITING TO BE REVIEWED. THIS COUNSELOR CANNOT SUBSTANTIATE ANY OF THE ALLEGATIONS MADE BY I/m BOWDEN.

P Vincent                    P. V.            9 , 17 , 02
Print Counselor's Name      Counselor's Signature      Date of Response

---

| EMERGENCY REVIEW |
|---|

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
SEP 2 3 2002
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

Chief Administrative Officer's Signature                    ___ / ___ / ___
                                                              Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
                                                                     (Replaces DC 5657)
Printed on Recycled Paper

RECEIVED
APR 1 4 2003
OFFICE OF
INMATE ISSUE

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

*Rev. 27*

| Grievance Officer's Report |
|---|

**Date Received:** September 23, 2002     **Date of Review:** October 10, 2002     **Grievance #** (optional): 02-1189

**Committed Person:** Bowden     **ID#:** B00157

**Nature of Grievance:** Staff Conduct/Capt. Cooper

**Facts Reviewed:** Inmate alleges Capt. Cooper sent two officers to harass him by shaking down his cell and that they wrongfully took his Kama Sutra book. He wants an apology from Capt. Cooper, his book back, copies of grievance in his file & Capt. Cooper's, and for Capt. Cooper to stop harassing him.

Counselor's response dated 9/17/02 by CC II P. Vincent noting Capt. Cooper denied harassing grievant and stated the book is in the contraband cabinet waiting to be reviewed per procedure.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied due to inmate's allegations of staff misconduct not being substantiated.

Greg Voreis
_____          _____
Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10-16-02     ☒ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

_____          _____
Chief Administrative Officer's Signature                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Bowden                              B00157          10/31/02
_____          _____          _____
Committed Person's Signature                    ID#                    Date

RECEIVED
APR 1 4 2003
OFFICE OF
INMATE ISSUES



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Donald N. Snyder, Jr.**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 26, 2003

Mr. Glenn Bowden
Register No. B00157
Pontiac Correctional Center

Dear Mr. Bowden:

This will finalize your Administrative Review Board grievance initially addressed in correspondence to you dated January 24, 2003, regarding staff conduct (Captain Cooper – August 20, 2002, confiscated publication) at the Western Illinois Correctional Center.   This office had referred your grievance to Warden Winters for additional information.

This office is in receipt of information from the Western Illinois administration, which indicates the publication was destroyed, as ownership could not be verified.   The shakedown/confiscation record notes the publication was disposed of 9/12/02 by personal property.

Recommendation: Based upon a total review of all available information it is the recommendation of this office the grievance be denied as the issue has been addressed by the Western Illinois Correctional Center administration.

For the Board:

Nancy S. Tucker, Chairperson
Administrative Review Board
Office of Inmate Issues

Concurred.

Donald N. Snyder, Jr., Acting Director

Cc:    Warden Stephen Mote, Pontiac Correctional Center
       Glenn Bowden, Register No. B00157
       Chron. File

Dear Nancy S. Tucker,                    April 7, 2003

       Greetings! I am writing in regard of
a misunderstanding, you have with me, and
the information you obtain from Warden Kelvin
L. Winters, according to your documents that
you have seen o even read, aren't accurate! I have
documents to show you, that the dates, that Warden
Kelvin L. Winters stated is a lie, he stated that
my property (book) was disposed of 9-12-02, but according
to my document and the date of my Counselor
Paul Vincent, date received 9-9-02; date of response
9-17-02; grievance officer's report, date received
9-23-2002; date of review 10-10-2002; and the grievance
officer's report facts reviewed: stated book is in the
contraband cabinet waiting to be reviewed per procedure.
Warden Kelvin L. Winters; received date 10-16-2002;
concur date 10-17-2002; Committed Person's appeal 10-31-02
to the director in the time frame of the 30 days
after the chief administrative officer's! I want to
be fully compensated for the full price of my
book! 31.64! Also Shipping and handling!

                              Sincerely,

P.S. So was the
truth in the        Glenn Bowden B00157
Warden's word?        P.O. Box 99
                      Pontiac, Ill 61764

Exhibit (1)

Dear Nancy S. Tucker,                    April 7, 2003

     Greeting's! I am writing in regard of a misunderstanding, you have with me, and the information you obtain from Warden Kelvin L. Winters, according to your documents that you have seen o even read, aren't accurate! I have documents to show you, that the dates, that Warden Kelvin L. Winters stated is a lie, he stated that my property (book) was disposed of 9-12-02, but according to my document and the date of my Counselor Paul Vincent, date received 9-9-02; date of response 9-17-02; grievance officer's report, date received 9-23-2002; date of review 10-10-2002; and the grievance officer's report facts reviewed: stated book is in the contraband cabinet waiting to be reviewed per procedure. Warden Kelvin L. Winters; received date 10-16-2002; concur date 10-17-2002; Committed Person's appeal 10-31-02 to the director in the time frame of the 30 days after the chief administrative officer's! I want to be fully compensated for the full price of my book! 31.64! Also Shipping and handling!

                    Sincerely,

PS. So was the
truth in the          Glenn Bowden B00157
Warden's word?        P.O. Box 99
                      Pontiac, Ill 61764

After I got out of segregation 2 months later, when I only got a month for the original charges, but when I attack % Brikham, Timothy, D. for eating my things and destroying my other personal property, he claim that I threaten him and damage or misuse of property 202, 206; and Counselor Julia / Vincent - Chair person of the hearing committee found me, guilty on both charges because of her husband who was my counselor Paul Vincent... He accuse me of alter a word on my grievance and he wrote me up for forgery 204; and the adjustment committee found me guilty! Also the Racist system down there was abusing their authority. I wrote Thomas J. Dart state representative Exhibit (3)

As you can see exhibit (3) Thomas J. Dart said he would get back with me, as soon as the department return their response!

Than I was place in segregation after the former Captain James Clayton, interview me, about a document that was so-called sent to "Music By Mail" but if he would have done a complete investigation, on this issue, he would none that if he would have retrieve the envelope it would have a stamp from the department of correction in (Red) ink; you do understand the protocal? Look at "exhibit (4) and this was the letter that was sent to me from Music By Mail, and I never sent them anything from the department of corruptions! Please do your research so you, can save the

embarrassment and look into these issues
or I am going to court, and this will
be a classic case of racial profiling also
retaliation because I wrote him up for
misconduct when he search me, and felt
me in the wrong way! Look at the
Illinois State Police Office of The Director
Notice of filing ...

5) Exhibit (5)


Please look at Exhibit (6) incident # 20030112811-W.
and I was originally suppose to charge
with 204 forgery only, but after James Clayton
kept using foul on my I told him I
would tell the department of correction on
his unprofessional attitude and conduct,
he the former Captain James Clayton started
adding charges onto my disciplinary report,
because he so-called claims that I was
304, 206, 403, 204, while he was doing
his investigation on the 204 forgery, and when
he didn't write me up for the so-called
infraction, he the former Captain James Clayton
violated my due process, when he accuse
me of these charges and wrote me up eleven
days after he charge me for the 204 forgery!

After that I got wrote up for officer Lisa William
because I wrote her mother's house and Hill C.C.
internal affairs % Burton, wrote 4 charges on me,
and I didn't even know about this woman
being a officer of the department someone who came

on a visit in Pinckneyville C.C. gave me this information, about her and I had it for 2 years and just wrote a letter and I never had her name wrote in my book, telephone but the former Captain James Clayton, wrote it inside of my telephone book so he could confiscate my telephone book, because I had it wrote on a small piece of paper, and he former Captain James Clayton knew it ! After I was wrote up for officer Lisa Williams then the former James Clayton, started harassing me and investigate my financial status and looking in my envelope and found a letter from a law office called Barry R. Rabovsky and it was a personal injury case 09-29-95, I wasn't lock-up on the plantation until 12-20-96 so how can he give me a forgery for some thing I had when I was out and wasn't apart of the department of correction, this come from his arrogant attitude, look at all the other document I am sending you, he the former James Clayton wrote another forgery on me, for having document with mutual funds on it, it wasn't his damn business because Barry R. Rabovsky law offices didn't write the department of correction or the former James Clayton. He call the law office and violate my rights again, because I wasn't being investigated for this law office ! He was jealous of a blackman having stocks and bonds that is all it could be racism !

#6

The former James Clayton "Captain" told both officers %Wolf and %Snow to write me up for 403 disobeying a direct order, because I wouldn't allow him to mistreat me again when he had done all of the investigation earlier in the day, he was waiting tell after shift change to work on me somehow and I wasn't having it.
Look at Exhibit (7)

I found myself in a critical situation, after I file my "mandamus" all hell broke out his horns came out, look at Exhibit (8) and you would see what I am talking about!
Look at Exhibit (8)

Look at the last Exhibit (9) administrative Review Board Return of Grievance or Correspondence Is Nancy S. Tucker Chairperson administrative Review Board Office of inmate issues...
Look she must be a cross person, because every item will show you that the evidence show that the former Captain Cooper had remove my Kama Sutra Book by Anne Hooper, look at the documents Warden Kelvin Winters lied and said they destory the book and look at the dates and you can get you a nice laugh out of this nonsense!

#7

depose and state that the following
information within this affidavit is true
and correct in substance and in facts:




Subscribed and sworn to before me this

————— day of ——————————, ———

_____
Notary Public

s/s Glenn Bowden B-0015?
P.O. Box 99
Pontiac, Ill 61764-0099

Glenn Bowden #B-00157                                    In Re: Disciplinary Report
P.O.BOX 1000                                            Date Sept. 7,2002
M.t.Sterling, IL. 62353                                At WIL. C.C.

### OFFICIAL COMPLAINT
Inmate Glenn Bowden v. c/o J. Korte

I, Glenn Bowden ("Complainant") hereby, respectfully submits this
Complaint pursuant to the Unified Code of the Corrections, 730 ILCS 5?3-2-2 (h)
which provides: the Department shall "investigate the grievances of any person
committed to the Department, to inquire into any alleged misconduct by
employees." Complainant thereby request an investigation concerning the allega-
tions set forth:

1. Complainant avers on September 7,2002, during 7:00 a.m. compliance
check, c/o Korte, while performing his duties became overly aggressive with
his personal property. Specifically, he alleges that c/o Korte went through
his photo album,and remove a picture that was not even consider a S.T.G. person
Because the person has been (DIE) since 1974,205. Gang or Unauthorized Organiz-
ational Activity,doen't define,this as a S.T.G. picture.20 III.Adm.Code 445 or
450. Doen't show none of thee above,that is on the ticket.

2.Complainant avers he stated that personal property c/o Wear allowed inmate
Bowden #B00157 to receive his property and if that was a problem it such have
been addressed than and not now,so I am also making this Complainant against the
c/o Wear of personal property. All the other items that wasn't allowed inside th
institution was confiscated,by c/o Wear,check my file and you can see.

3.Complainant,that evening received an IDR written by c/o Korte, charging hir
with violation# 104,205,308, Dangerous-Contraband,Gang or Unauthorized Organizat-
ional Activity,  Contraband/Unauthorized Property.

4.Complainant further alleges c/o Korte issued an IDR to simply cover his
unprofessional conduct (malfesance). He also alleges that when he made the state-
ment concerning his **(Photo-Album),(Extention-Cord)**,c/o Korte's demenor became
disgruntled by his actions being challenged by a mere inmate.

5.Albeit c/o Korte/Jennings was performing their duties with regard to cell
complaince check procedures; Administrative Directives 03.02.108 (2) (e) provides
"Emoployees shall utlize State equipment,property, and services only as authoriz-
ed for their job assignments." Secondly, A.D. 03.02.108 (I) (A) provides:"Failure
to comply with any of the standards of conduct may result in discipline."

6.Complainant states he can confirm the allegations herein,by the testimony c
witnesses who overheard the incident of which he will provide upon request.

**WHEREFORE:** complainant request that c/o Korte be advised of his misconduct tc
ensure that his adverse conduct will not cause any tangable harm to any inmate in
the near future.

cc Assistant Deputy Director,Jockisch          Respectfully Submitted
    Warden,Dennis L.Hockaday
    Assistant Warden, Winters                  *Bowden*
                                               **Complainant #B-00157**

RECEIVED

SEP 1 0 2002

WESTERN ILL CORR CENTER
WARDEN'S OFFICE

Exhibit (1)

)SS

COUNTY OF BROWN    )

## AFFIDAVIT

I FENDERSON A-50886 , being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:

I AM claiming the cord that was inside of cell 53 on Saturday 9-7-02, I explain that it wasn't Bowden B00157, cord I purchase that cord off the gallery two days before this incident occurred I explain to Warden Huckaday and Capt Ashby that it was MINES' before that took inmate Bowden to segregation... % Korte #10136 was inform about this and % Jennings while they was conducting their search on 9-7-02. They found the wire under the tubing of my bed, because where Bowden Sleep he has No tubing, and they was harassing Bowden because of some information he didn't give them about a fight that happen on our wing-C.

Subscribed and sworn to before me this

11 day of January , 2003

_Michele Olson_
Notary Public

_Fenn_ A-50886

"OFFICIAL SEAL"
Michele Olson
Notary Public. State of Illinois
My Commission Exp. 04/22/2006

Form revised 11/1/01

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

02-1191

| Date: 9/7/02 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |
|---|---|---|
| Present Facility: WIL | Facility where grievance issue occurred: WIL | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify):

- [ ] Disciplinary Report: 9 / 7 / 2002 / WIL.C.C. 1-C-53
        Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On above date/time c/o Korte/Jennings search my cell doing complaince check procedures; an went into my property-box and took my photo-Album,an went through it,an saw a picture of my (Auntie & her husband) Officer Korte, Charge me with a 205 Gang or Unauthorized Organization Activity,and (My Auntie & Husband,has been (Die) since 1974;there wasn't a
(Dead)
rule that apply to him or her,as a STG. The 205 rule wasn't enacted until many years later,so according to the department IDR this isn't consider as a valid leader,when he has succumb. I would also inform you about c/o Wear,personal-property,he checked all of said property an issue all the items,that was allowed inside of this institution,(Compainant).

Relief Requested: Complainant request that c/oJeffrey P.Korte & c/o Jennings, #10138 be advised of their misconduct to ensure that their adverse conduct will not cause any tangable harm to me or any inmate in the future.Place inside fil and my personal property return with an apology Their file als
[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Bowden*                              B00157          9 , 8 , 2002
Committed Person's Signature              ID#              Date
(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ___ / ___ / ___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

RECEIVED
SEP 23 2002
WESTERN ILLINOIS C.C.
Counseling Officer

Print Counselor's Name                                        Date of Response

---

### EMERGENCY REVIEW

Date Received: ___ / ___ / ___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                      Date

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

hereby,respectfully submits this Complaint pursuant to the Unified Code of
Corrections, 730 ILCS 5/3-2-2 (h) which provides: the Department shall
investigate the grievances of any person committed to the Department,to
inquire into any alleged misconduct by employees."Complainant thereby
request an investigation concerning the allegations set forth:

Albeit c/o Korte/Jennings was performing his duties with regard to cell
complaince check procedures;Administrative Directives 03.02.108 (2) (e)
provides: "Employees shall utlize State equipment,property,and services
only as authorized for their job assignments." Secondly,A.D. 03.02.108(I)
(A) provides:"Failure to comply with any of the standards of conduct may
result in discipline." I explain that PNK.C.C. allow me to have the extent-
ion cord,and if you discipline anybody it should be this institution & PNK-
C.C.,c/o Wear for allowing the items to come into the institution. My cell
was shake-down 8/20/2002 & both time they didn't find anything inside the
tubing underneath the (BED),I am using my (ShakeDown-Record)for exhibit(1)
exhibit(2) is my (T.V.) cord,to show where the So-called melted groves
came in. The same officer has also harass inmate (Tucker)#B-64768, the
week before 9/2/2002 at 7:25 a.m. he was charge with the same charge,
205 Gang or Unauthorized Organization Activity,308 Contraband or Unauthorized/
Property.Also inmate Walter Jefferson B31401 was charge with 205,this
is becoming a problem with the same officer. Because I didn't have information
about a fight that took place on 8/19/2002, Intel call me over to harass
me about the incident,on 8/20/2002,an my cell was destroy,because Intel
order the (Shake-Down),asking me for a favor,c/o Korte#10138, he place the
cuffs on my risks,to use that as one of his scare tactic.



ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** September 23, 2002    **Date of Review:** October 21, 2002    **Grievance #** (optional): 02-1191

**Committed Person:** Bowden    **ID#:** B00157

**Nature of Grievance:** Major IDR and resulting sanctions

**Facts Reviewed:** Inmate alleges that he should not have been found guilty of gang activity because even though he admits ownership of a photo containing David Barksdale, the fact that he has been dead since 1974 would preclude the photo from being gang related. He wants his property back and the IDR expunged.

Major IDR dated 9/7/02 written by c/o Korte charging grievant with #104, #205, #308 stating while performing a shakedown of grievant's cell he found 1 altered extension cord with melted grooves in the face of the female end, 2 corroded wires made from banded bread toes sound in the tubing underneath the bed, 1 homemade screwdriver attached underneath the bed with a magnet, and 1 STG related photo of David Barksdale, a validated STG leader.

Adjustment Committee summary dated 9/10/02 noting inmate plea of not guilty, stating " The cord was mine. I told staff about the cord. My TV cord got hot and burnt an extention cord. The photo was mine. The female with Barksdale was my Auntie Cookie. I am in no gang. I don't know about the screwdriver. The staff here let the picture in."

Committee recommendation of deletion of #205 and guilty of #104 and #308 based on inmate admission to owning the extension cord with burn marks, the photo of Barksdale, and written testimony of c/o Korte.

CAO approved 3 months "C" grade, 1 month Seg., 1 month GCC revocation, and disposal of contraband per DR501C on 9/12/02.

**Recommendation:** Based upon a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR 504, this Grievance Officer recommends that the inmate's grievance be denied.

Greg Voreis
Print Grievance Officer's Name                     Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10-25-02    ☒ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                     10-25-02
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Glenn Bowden                     B00157    11-6-02
Committed Person's Signature                     ID#    Date

## ILLINOIS DEPARTMENT OF CORRECTIONS
## HEARING OF ADMINISTRATIVE REVIEW BOARD

*DATE OF HEARING*: January 22, 2002

*INSTITUTION:* Western Illinois Correctional Center, Mt. Sterling, Illinois

*GRIEVANT NAME*: Glenn Bowden, Register No. B00157

*BOARD MEMBERS PRESENT*:  Douglas A. Cravens, Administrative Review Board Chairperson, Office of Inmate Issues, Department of Corrections.

Grievant was personally interviewed by the Administrative Review Board. All information submitted to the Board by the Grievant, and the institution related to the issue being grieved, was reviewed. Issues warranting further action / consideration were discussed with the Western Illinois Correctional Center administration.

Nature of Grievance: Inmate Bowden is grieving a disciplinary report dated September 7, 2002 received at Western Illinois Correctional Center.

Findings:   The disciplinary report of September 7, 2002 regarding an incident which occurred on September 7, 2002 at 7:25 AM, was written by C/O J. Korte charging violation of DR504: 104-Dangerous Contraband, 205-Gang or Unauthorized Organizational Activity, 308-Contraband / Unauthorized Property.  Inmate is charged with the following:  On the above date and approximate time while shaking down R1C53 the following items were confiscated: 1 altered extension cord, 2 corroded wires made from banded bread ties, 1 homemade screwdriver and STD information about David Barksdale STG leader. Bowden claimed ownership of the cord. Bowden is a member of the Black Disciples STG. The STG material (photo) was found in Bowden property box. The disciplinary report was served on September 7, 2002 at 6:30 PM.

The Adjustment Committee Hearing was conducted at Western Illinois Correctional Center on September 10, 2002 at 12:57 PM.  The Adjustment Committee found the Grievant guilty of 104, 308 and not guilty of 205.  The recommended disciplinary action was: 3 months C-grade, 1 month segregation, 1 month revocation of Good Conduct Credits, Dispose of contraband.  CAO concurred on September 12, 2002.

The Grievance Officer's report dated October 21, 2002 was reviewed.  The Grievance Officer recommended the grievance be denied.  CAO concurred on October 29, 2002.

Inmate's statement: I had just recently came into this cell. (2 months ago) I did claim my good extension cord. I never had any altered things.

Relief requested: Expunge the ticket and give me back my month.

Recommendations:  Based on a review of all information and a compliance check of the procedural due process safeguards outlined in Department Rule 504, the Board is reasonably certain the Grievant committed the offense, and therefore recommends the grievance be denied.

*FOR THE BOARD:*  _____
Douglas A. Cravens
Administrative Review Board Chairperson
Office of Inmate Issues

*CONCURRED:*  *Ernesto Velasco*                    March 3, 2003
Ernesto Velasco
Director

cc:   Warden Kevin Winters, Western Illinois Correctional Center
      Glenn Bowden, Register No. B00157
      Chronological File

Date 10-3-2002

To: Western's Internal Affairs

Att:

From: Mr. Glenn Bowden B00157


### "Complaint"

I inmate Bowden B00157, hereby invoke to WIL internal affairs officer to render him an internal investigation into the unconstitutional unlawful and reckless conduct of Captain Forest J. Ashly, Julia I. Vincent, and Phillip D. Pool; and Jon E. Wilson and hearing Investigator Sherry L. Pease pursuant D.R. 112.10 et seq. and D.R. 120.10 et seq. for the immediate disciplining termination and prosecution of the above stated individuals Western ILL. C.C. employees. In support hereof Complainant state as follows:

1). This complaint is made in good faith for a thorough investigation into the unlawful conduct of Captain Forest J. Ashly / Julia I. Vincent; / Phillip D. Pool; / Jon E. Wilson / Sherry L. Pease, actions in connection with two disciplinary reports, heard at Western IL C.C. which this complaint is an direct result thereof...

2). That I hereby demand that the internal affairs office administer Disciplinary actions, and initiate an criminal prosecution against said individual employees under 720 ILCS 5/33-3 and 730 ILCS 5/12.18 1 for their illegal and reckless actions caused to inmate

**Illinois**
Department of
**Corrections**

Exhibit (1)

**George H. Ryan**
Governor

**Donald N. Snyder Jr.**
Director

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

# M E M O R A N D U M

**DATE:**        September 25, 2002

**TO:**           Inmate Bowden B00157
                 R-01-27

**FROM:**        Dennis L. Hockaday
                 Warden

**SUBJECT:**     **EMERGENCY OFFICIAL COMPLAINT**

I have received your letter entitled "Emergency Official Complaint". It is being handled as an emergency grievance. Attached to this memo is a copy of your letter for your files.

Dennis L. Hockaday
Warden

DLH:tlr

Attachment – Copy of Letter

cc:    A/W Funk w/original letter
       File
       Chron File

Exhibit (1)

LAW OFFICES
# BARRY R. RABOVSKY
1355 S. Route 59 • Suite 1A
Naperville, IL 60564

AREA CODE **708**
**820-1000**

February 28, 1996

Mr. Glenn Bowden
7006 S. Green, 3rd Fl.
Chicago, IL  60621

RE:  Personal Injury Case
D/A:  09/29/95

Dear Mr. Bowden:

I have attempted to call you but we have been unsuccessful in
reaching you.  Since I have no way of contacting you other than
writing to you, when you receive this letter please call me and let
me know how I can reach you.

Please call my office immediately at (708) 820-1000.

Very truly yours,

Barry R. Rabovsky

BRR:kp

RECEIVED

OCT 2 0 2004

OFFICE OF
INMATE ISSUES

Exhibit 1

LAW OFFICES
## BARRY R. RABOVSKY
1355 S. Route 59 • Suite 1A
Naperville, IL 60564

AREA CODE **708**
**820-1000**

October 14, 1996

Mr. Glenn Bowden
5215 S. Marshfield Ave.
Chicago, IL  60609

RE:  Personal Injury Case
D/A:  09/29/95

Dear Mr. Bowden:

Although you retained me to represent you in connection with the
above accident case, I have carefully reviewed the facts and have
determined that I will be unable to proceed further on your behalf
in this matter.  My office received the letter that you sent to the
insurance company which states that you no longer want me to
represent you.

However, I encourage you to seek another opinion and to consult
with another attorney immediately.  You should take timely action,
should you desire to pursue your accident claim, due to the fact
that there is a limited amount of time in which you can file suit
in a case such as yours.  The relevant statute of limitations (the
time limit for filing suit in accident cases such as yours) could
be as soon as two years.  This means that a lawsuit would possibly
have to be filed within two years from the time indicated above
(the date of accident), or you would be barred from ever seeking a
recovery.  In your case, **the deadline for filing a lawsuit could be
as early as September 28, 1997.**

I am sorry that I was unable to be of service to you in this case,
but please feel free to call me if you have any questions.

Very truly yours,

**RECEIVED**

Barry R. Rabovsky

OCT 2 0 2004

OFFICE OF
INMATE ISSUES

BRR/kp

Exhibit (1)

SD4 28

LAW OFFICES
# BARRY R. RABOVSKY
1355 S. Route 59 • Suite 1A
Naperville, IL 60564

AREA CODE 630
820-1000

September 23, 1997

Mr. Glenn Bowden
#B00157
P.O. Box 1700
Galesburg, IL  61401

Re:  Nicholas Mutual Funds

Dear Mr. Bowden:

This is to inform you that the monies that you have invested have matured, as of September 19, 1997, you need to let us know what you want to have done. Your options are to continue with the same investments, or to have your profits placed into another account.

The amount of your profit was $400,000.00, from your initial investment of $310,000.00, which comes to a grand total of $710,000.00 this is after we have deducted our fees.

Please contact me to let me know what you want to do as soon as possible, or if you have any other questions regarding the transactions or any future investments that you plan with us.

Very truely yours,

Barry R. Rabovsky

BRR/kp
Encl.

Exhibit (1)

Whom ever it may concern iam not during
mr. Frank Smith may roam io Glenn Bowden
iam lock up at the Cook County Jail Div 9-1-E
and if you would like to contact me be
my guess please sorry for your trouble Boovy
R. Rolousty

Respectfully

Glenn Bowden
(September 17, 1996)

Date of birth 6-8-61
#S.S. 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

Supplementary Report — lab technician Report and Results
memorandum of or R3R3R  of the testing done.

Balistic Report
and chain of custody Receipt.

Illinois Police Report.

SD428

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 3-21-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Western / Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☑ Other (specify): Hearing investigator Misconduct on the Institution - Fold-Play |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: 3 / 14 / 03    Western
    Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer. 504.08

**Brief Summary of Grievance:** On above date / time Hearing investigator ℅ Williams being unprofessional, went beyond the scope of his-duty by Attesting to a Statement made by the same officer, who use Force on me, by the Captain James C. Clayton order, I would never had him as a witness for me, for Anything period. ℅ Williams is also took it upon himself to denie me my due-process right. ℅ Williams hearing officer, refused to call my witnesses And they could have vindicated me on this 403 disobeying direct order From ℅ Snow & ℅ Volk 10239. Corey-K-64961; Donald Brake K-13176; Porter K-77263 would have show ground for me that I was scare of leaving my cell 5-01-08 because I fear my life, because of Capt. James C. Clayton continue harassment

**Relief Requested:** I want this ticket reheard and expunge off my File, And I want ℅ Williams to use the I.D.O.C policies. I am willing to take a puygraph test Also. I want these tickets expunge and I want to be release For Segregation immediately And compensated, And $10,000 dollars award For punitive damages! I want all my pawileges, Restored back.
☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self. And the chance to being up accuser before me.

Bowden                    B00157        3 / 21 / 03
Committed Person's Signature        ID#            Date
(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** | | |
|---|---|---|

Date Received: ____ / ____ / ____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____    _____    ____ / ____ / ____
Print Counselor's Name        Counselor's Signature        Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: ____ / ____ / ____    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ____ / ____ / ____
Chief Administrative Officer's Signature            Date

Distribution: Master File; Committed Person            Page 1            DOC 0046 (Eff.10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

And verbal Abuse, everyday until the very last day, I left the Western Correctional Center. Under the constitution the 8th Amendment States I can deny an interview and I don't have to talk to Captain James C. Clayton or anybody for that matter. But I went Alone and %Shaw & %Volk put cuffs on my rist, so hard that it is visible scars on both of my rist. And what person would keep on allowing himself/herself to be subjected to this much "cruel and unusual punishment" My 8th Amendment was violated, And according to you department Rules & policies, the department shall protect the person/property of the inmate & officer by all means necessary. These are department Rules/policies! you can see where my ticket was only a 204 Forgery and Captain James C. Clayton of internal/Affairs turn it into 304; 206; 403; All for just a simple 204 Forgery!

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 3-21-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|

Present Facility: Pontiac     Facility where grievance issue occurred: Pontiac

**NATURE OF GRIEVANCE:**

☐ Personal Property      ☐ Mail Handling      ☐ Restoration of Good Time      ☐ Disability
☑ Staff Conduct          ☐ Dietary            ☐ Medical Treatment            ☑ Other (specify): Harassment /
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator                     Verbal Abuse
                                                                                              Misconduct

☐ Disciplinary Report:  3   15   103     Western   C.C.
                       Date of Report          Facility where issued

**Note:**    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance:  504.08 On Above date/time Captain James C. Clayton
went beyond his scope of duty by violating my constitutional rights
14 amendment 8th amendment 5th amendment, Captain James C. Clayton
wrote me up for a letter that I received in the County Jail, from
a lawyer name Barry Rabovsky who had a personal injury case of
mines, and the documents that Captain James C. Clayton found in
my property didn't give him permission to investigate my personal
business period, and I didn't use the paper work neither did it
cause any harm or trouble to the department of Corrections or to the
law firm, Captain James C. Clayton confiscated my property on 2-12-03

Relief Requested:  I want all of my documents return, I want Capt James C.Clayton investigated about his
Sexual-Misconduct, I want these charges expunge off my record, And my personal/property return. A.S.A.P.
I want all my goodtime Restore And privileges C-grade/Audio/Visual, I want Lt. Shaw took off the committee.
I want to be fully compensated damages, awarded punitive damages $10,000 dollars, I want Capt Clayton to take a polygraph Test.
☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden                              B00157        3  21  03
   Committed Person's Signature          ID#            Date

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

Date
Received:  ____ / ____ / ____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                              Administrative Review Board, P.O. Box 19277,
                                                                              Springfield, IL  62794-9277

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date
Received:  ____ / ____ / ____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                      ☐ No; an emergency is not substantiated.
                                                                                         Committed person should submit this grievance
                                                                                         in the normal manner.

| Chief Administrative Officer's Signature | Date |

and look through all my things, because he took my Rap-Sheet
F.O.T - State Rap Sheet, out of my personal/property and all my
other documents a check to Merck Stocks; Photo pictures, black-tails
naked boots, typewriter ribbins + Daisy wheel + photos of me and my
family and my return them and only gave me, a shake-down slip
for my check from Merck Stock & typewriter. I didn't receive my
property back until 2-28-03, and Captain James C. Clayton had his
assault officer to remove it again on 3-3-03, so from the time he
was doing a serious investigation on my things he could have said some-
thing than, but nothing was said about it, and when he took my
things and saw that I made an official complaint against him for
Sexual Misconduct; he went wild about that and turn the heat up
on me, everyday. I have three witnessen Donald Brnke R-13176; Corey
Herring K-64961; Parter K-77263 he was my cell mate and the
other two innates was across from me in the same area. Can you
tell me what kind of Laws Captain Clayton is using "by laws" or
"his laws"?

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 5-15-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
| --- | --- | --- |
| Present Facility: Pontiac | Facility where grievance issue occurred: Hill . C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☑ Other (specify) harass/abuse and property taoken Photos/telephone book.

☐ Disciplinary Report: 5 / 18 / 03 Henry Hill. C.C.
          Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: on Above date/time I was. wrote a disciplinary Report by C/o Bennett #9711; I Never knew She was a officer, and how could C/o Bennett, accuse me of a 208 - Dangerous Communications when there was "No" Communication or danger pose period! I never meet her so I got the information from a third party, on a visit in Pinckneyville C.C.; so how Would, I know she was a correctional officer, it was just a odd coincident, things Sometimes happen like that. I never disrespected her in anyway! I Never wrote an officer in all my 9 years, at the department of corrections! I Never Committed 308 - unauthorized property because

Relief Requested: I want this ticket expunge off my record, and all my privileges Restore, any G.C.C. or M.G.T. back; and want my belonging return that was taken from me! I want to be release from segregation also! I want compensation for mental stress and for being harass by Investigator Saburn. # 10,000 dollars !

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden                  B00157    5 / 17 / 03
Committed Person's Signature              ID#          Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ___ / ___ / ___    ☐ Send directly to Grievance Officer    ☑ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name      Counselor's Signature      ___ / ___ / ___ Date of Response

---

### EMERGENCY REVIEW

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?
    ☐ Yes; expedite emergency grievance
    ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      ___ / ___ / ___ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

THE INFORMATION WAS GIVEN TO ME by A third PARTY, who WASN'T
CONNECTED to the depertment PERIOD! I PLACE the Address INSIDE
OF MY PERSONAL PROPERTY telephone book, in PLAIN VIEW, and
it is Suppose to go inside A phone book CORRECT? The informatiON
WASN'T obtain illegal! The employee WASN'T Connected to the
depertment OF CORRECTINNS ANYMORE! According to 730 ZICS
5/3-4-1 CORRECTIONS; page 632; And under The Social Security
information 1190 Bill OF Rights ACT. The SMall business
Administention (S.B.A.) has Always helped EX-Felons, to
qualify For A (S.B.A.) loan up to $.50,000! So how CAN
these be A 309-Petitions. Postings and business VENTURES?
According to the I.D.R. how CAN I have A 310-Abuse OF
Privileges, when I NEVER violated Now OF the CorrectiONS
rules OR policies, because According to the disciplinARY
REPORT. I wrote her Mother's house to ASK FOR SOME
ASSISTANCE! I have the INFORMATION FOR Close too 2½ YEARS!
I got it From A visitor on A visit at Pinckneyville
CORRECTIONAL Center! I WAS told by the investigator that iF
I Cooperate that I will NOT receive A ticket, And I would
get All MY PROPERTY RETURN Photo's And telephone. His NAME
is "Ogburn" Springfield investigator!

# STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 03/17/2003

**Name:** BOWDEN, GLENN

**Hearing Date/Time:** 03/13/2003   10:46 AM

**Incident #:** 200301811/1 - PON

**IDOC #:** B00157

**Living Unit:** PON-W-05-20

**Status:** Final

**Race:** Black

**Orientation Status:**   N/A

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 03/04/2003 | 1 | CORR. CTR., WESTERN ILL | WESTERN ILLINOIS CORR. CTR. | 4:00 PM |
| | 2 | CORR. CTR., WESTERN ILL | WESTERN ILLINOIS CORR. CTR. | 4:00 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 403 | Disobeying a Direct Order | Guilty |

| Witness Type Witness Status | Witness Id | Witness Name Witness Statement |
|---|---|---|
| Other Testimony would be irrelevant | 00001 | HERRING, K64961     Requested By Inmate OFFENDER HERRING WAS NOT INTERVIEWED. OFFENDER HERRING WAS LISTED AS A WITNESS WHO COULD TESTIFY THAT OFFENDER BOWDEN WAS BEING HARASSED. TESTIMONY WOULD BE IRRELEVANT TO THE INCIDENT. |
| Other Witness was called | 00002 | SNOW, CO. WICC OFFICER SNOW WAS CONTACTED. OFFICER SNOW IDENTIFIED OFFENDER BOWDEN BY STATE ID. |

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

_Cl Qwilliams_
Hearing Investigator

## RECORD OF PROCEEDINGS

REPORT READ. OFFENDER BOWDEN STATED HE IS NOT GUILTY.  OFFENDER PRESENTED A WRITTEN STATEMENT INDICATING HE DIDN'T WANT TO TALK TO ANYONE.  STATEMENT ATTACHED.

NOTE:  2 TICKETS COMBINED.

## BASIS FOR DECISION

BASED ON THE OBSERVATION OF THE REPORTING EMPLOYEE THAT OFFENDER REFUSED SEVERAL DIRECT ORDERS TO CUFF UP FOR AN INTERVIEW WITH CAPT. CLAYTON, 10 MINUTES LATER OFFENDER REFUSED SEVERAL DIRECT ORDERS TO CUFF UP, THEN DID COMPLY; AND POSITIVE ID OF OFFENDER BY STATE ID CARD, THE COMMITTEE IS SATISFIED THE VIOLATION OCCURRED AS REPORTED.

## DISCIPLINARY ACTION  (Consecutive to any priors)

**Recommended:**

Demotion to C Grade 3 Month(s)

Segregation 3 Month(s)

Loss of Commissary 3 Month(s)

Loss of Audio/Visual 3 Month(s)

**Final:**

Demotion to C grade 3 Month(s)

Segregation 3 Month(s)

Loss of Commissary 3 Month(s)

Loss of Audio/Visual 3 Month(s)

## SIGNATURES

### Hearing Committee

SHAW, CLETUS R - Chair Person

_Signature_

**BLACK**
**Race**

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 03/17/2003

**Name:** BOWDEN, GLENN      **IDOC #:** B00157      **Race:** Black

**Hearing Date/Time:** 03/13/2003   10:47 AM      **Living Unit:** PON-W-05-20      **Orientation Status:** N/A

**Incident #:** 200301810/1 - PON      **Status:** Final

## DISCIPLINARY ACTION  (Consecutive to any priors)

**Recommended:**                      **Final:**

| Recommended | Final |
|---|---|
| Demotion to C Grade 4 Month(s) | Demotion to C grade 4 Month(s) |
| Segregation 4 Month(s) | Segregation 4 Month(s) |
| Revoke GCC or SGT 4 Month(s) | Revoke GCC or SGT 4 Month(s) |
| Loss of Commissary 4 Month(s) | Loss of Commissary 4 Month(s) |
| Loss of Audio/Visual 4 Month(s) | Loss of Audio/Visual 4 Month(s) |

## SIGNATURES

### Hearing Committee

SHAW, CLETUS R - Chair Person        **Signature**            **BLACK** / **Race**

WADE, TERRY R            **Signature**            **WHITE** / **Race**

**Recommended Action Approved**

## FINAL COMMENTS:

STEPHEN D MOTE / JGC          **Signature**          03/17/2003

**Chief Administrative Officer**                                **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**      03-20-03 3:00pm by mail      **When Served - - Date and Time**

*Exh HAB(3 E)* *Seg 8*

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT**

Page __1__ of __1__

☑ Disciplinary Report    __3-4-03__    ☐ Investigative Report _____
Date                                         Date

Committed Person: __Bowden__    No. __B00157__    Facility: __WICC__

Observation Date: __3-4-03__  Time: __App 4⁰⁰ Pm__  Location: __Seg. Wing  Cell 8__

c/o __Volk # 10239__ _____    __Volk  3-4-03  App 4⁴⁰ Pm__
PRINT Employee's Name                     Employee's Signature/Date/Time

Offense: __504 B  403 - Disobeying a direct order__
C

Observation: __On the above date and approx. time, This C.o., assigned to Rec., and c/o Snow # 10230 gave
I/m Bowden B00157 several direct orders to cuff up so we could bring him out for an interview.
I/m Bowden refused all direct orders by this C.o. and C.O. Snow. Capt. Clayton, who requested to
speak with I/m Bowden, was notified of this occurrence with I/m Bowden. Approx. 10 minutes later this
this C.o. along with C.O. Snow returned to I/m Bowden's cell and again gave several direct
orders for I/m Bowden to cuff up. I/m Bowden refused several more direct orders to cuff
up before finally complying. I/m Bowden was I.D. by state I.D. Card. EOR _____

Witnesses, if any: __Snow /10230__

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____

PRINT Name                Shift Supervisor's Signature and Date
                          (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

PRINT Name                Signature/Date

☑ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

__Capt. Clayton__                __3-4-03__
PRINT Name                Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator: _____
(Adult Division Major Reports Only)    PRINT Name         Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

__Bowden  B00157__            Committing Person Refused to Sign ☐
Committed Person's Signature and Number

__Jo Arbaugh 10504__    _____    __3-4-03  Approx. 11⁰⁸ am/pm__
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

_____    Committed Person's Signature and Number

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)**

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of __3-4-03__
Date

NAME OF WITNESS: __Corey__    Number/Cell/Title: __K-64961__

Witness can testify to: __Can testify that Capt. Clayton is harassing me for no reason__

NAME OF WITNESS: __And c/o Snow + c/o Volk was told to get me out of my cell__  Number/Cell/Title: _____

Witness can testify to: __by any means and when I refuse they use force.__

__Donald Brake R-13176__        __Bowden  B00157__
                          Committed Person's Name and Number

DC 7205 (Rev. 4/98)  Distribution: 1) Master File; 2) Committed Person;
IL 426-0361            3) Facility; 4) Facility

Exhibit (1)

**State of Illinois - - Department of Corrections**
**DISCIPLINARY REPORT**

Page __1__ of __1__

☒ Disciplinary Report __3-4-03__      ☐ Investigative Report _____
                            Date                                        Date

Committed Person: __Bowden__   No. __B00157__   Facility: __WICC__

Observation Date: __3-4-03__   Time: __App 4°°pm__   ☐am ☒pm Location: __SEG 8__

__% Snow__                              __% L 10220 / 3-4-03 / 4³°pm__
PRINT Employee's Name                   Employee's Signature/Date/Time

Offense: 504 __4/03 DISOBEYING A DIRECT ORDER__

Observation: __ON THE ABOVE DATE AND APPROXIMATE TIME, CAPT CLAYTON NOTIFIED THIS % AND DIRECTED__
__THIS % TO PLACE I/m BOWDEN B00157 IN RESTRAINTS AND ESCORT HIM TO THE SEG DAY ROOM__
__FOR AN INTERVIEW. THIS % AND %VOLK #10239 ARRIVED AT SEG 8 AND GAVE I/m BOWDEN__
__B00157 SEVERAL DIRECT ORDERS TO COME TO THE DOOR AND CUFFUP. I/m REFUSED ALL DIRECT__
__ORDERS. THIS % THEN NOTIFIED CAPT CLAYTON OF THE INCIDENT. APPROXIMATELY 10min LATER__
__THIS % AND % VOLK WENT BACK TO THE CELL AND GAVE SEVERAL MORE DIRECT ORDERS__
__BEFORE I/m BOWDEN B00157 COMPLIED.__

Witnesses, if any: _____

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____                    _____
PRINT Name                                 Shift Supervisor's Signature and Date
                                           (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment: _____

_____                    _____
PRINT Name                                 Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☒ MINOR, submitted to Program Unit
__CAPT CLAYTON__                            __CM___ __3-4-12__
PRINT Name                                 Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator: _____   _____
(Adult Division Major Reports Only)   PRINT Name       Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

__Bowden  B00157__                         Committed Person Refused to Sign ☐
Committed Person's Signature and Number

__% URBANC  10564__   __b Williams__   __3-4-03__   __Approx 11°²__ ☐am ☒pm
PRINT Serving Employee's Name   Serving Employee's Signature   Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____          _____
                                      Committed Person's Signature and Number

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of __3-4-03__
                                                                                                            Date

NAME OF WITNESS: __COREY__          Number/Cell/Title: __K-149lol__
Witness can testify to: __Can testify to % Volk AND % Snow Captain Clayton__
__HARASSING ME FOR / MANY days.__
NAME OF WITNESS: _____   Number/Cell/Title: _____

Witness can testify to: _____

__Donald Brake R-13176__            __Bowden B00157__
                                    Committed Person's Name and Number

DC 7205 (Rev. 4/98)   Distribution: 1) Master File; 2) Committed Person;
IL 426-0361                        3) Facility; 4) Facility

Exhibit (1)

State of Illinois—Department of Corrections
## DISCIPLINARY REPORT

Page 1 of 2

☒ Disciplinary Report  03/05/2003  ☐ Investigative Report
    Date                                    Date

Committed Person: Bowden    No. B00157    Facility: Wicc

Observation Date: 03/04/2003    Time: 03:00   ☐ am ☒ pm   Location: Internal Affairs

Capt. Clayton      Capt Clayton #734   3/5/03   2:30 ☐ am ☒ pm
**PRINT Employee's Name**      **Employee's Signature**    **Date**   **Time**

☒ A
Offense: 504 ☐ B   204 Forgery
        ☐ C

Observation:    On 03/04/03 this Internal Affairs Capt. was reviewing inmate Bowden's property, due to an inquiry into Bowden writing a staff member at Hill C.C. Found in inmate Bowden's property was two letter's with the letterhead from the Law office of Barry Rabovsky. The content of these letters's were referring to amounts of profits earned on mutual funds. These letters were dated 11/23/97 and 3/13/98, and had a signature of a Barry Rabovsky. Both of these letters were on white paper and appeared to be copied. This Capt. then found, in Bowden's property, what appeared to be an original copy on yellow paper, with the letterhead from the Law Offices of Barry Rabovsky.

Witnesses, if any: _____

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement   ☐ Investigative Status
Reasons: _Seriousness of the offense_ _____

_Cpt LOEwyn_ _____   _C. 11_   _7-5-03_
**PRINT Name**      **Shift Supervisor's Signature**    **Date**
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comments: _Seriousness of the offense_
_Capt Cooper # 735_ _____   _3-5-03_
**PRINT Name**      **Signature**    **Date**

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
_Capt Cooper #735_ _____   _3-5-03_
**PRINT Name**      **Reviewing Officer's Signature**    **Date**

☐ Reviewed by Hearing Investigator: _____
(Adult Division Major Reports Only)   **PRINT Name**    **Signature**    **Date**

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

_____   _____
**Committed Person's Signature**    **Number**

_C/O Snow_   _C/O Snow 1022c_   _3-5-03_ / _7°⁸/pm_ ☐ am ☒ pm
**PRINT Serving Employee's Name**   **Serving Employee's Signature**   **Date** / **Time Served**

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____   _____
                                            **Committed Person's Signature**    **Number**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____.
                                                       **Date**

NAME OF WITNESS: _____ Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____ Number/Cell/Title: _____

Witness can testify to: _____

RECEIVED
OCT 2 0 2004
OFFICE OF
INMATE ISSUES

DC 7205 (Rev. 5/00)   Distribution:   1) Master File; 2) Committed Person
IL 426—361                  3) Facility;   4) Facility

State of Illinois– Department of Corrections
**DISCIPLINARY REPORT**                    Page  2   of  2

☒ Disciplinary Report          ☐ Investigative Report

Committed Person: Bowden _____ No. B00157 _____ Facility: Wicc _____

Observation Date: 03/04/2003 _____ Time: 03:00 ___ ☐ am ☒ pm   Location: Internal Affairs _____

The contents of this letter was referring to his office not representing Bowden, this letter was signed by Barry Rabovsky and
dated 01/20/97. Internal Affairs had found that Bowden was forging documents from the office of A/W Funk in February of
03. Internal Affairs felt that Bowden might be trying the same with this Law Office. On 03/04/03 This Capt. contacted the
Barry Rabovsky Law Offices, Mr. Rabovsky stated that his office did not handle Mutual Funds, and never did send Bowden
a response of Mutual Funds. A copy of Bowden's letter was faxed to Mr. Rabovsky for his review of the authenticity of his
signature. Mr. Rabovsky responded back, via fax, that the memos that Bowden had reference Mutual Funds were not his
memo, nor his signature. Mr. Rabovsky stated that he only handles personal injury cases. On 03/04/03 at approx. 03: 55 p.m.
I notified seg staff to cuff up Bowden, so I could come and interview Bowden. At 04:00 p.m. segregation staff, C.O. Snow,
advised this Captain that Bowden refused to cuff up, and refused to be interviewed. Inmate Bowden was positively identified
by his state ID.

RECEIVED

OCT 2 0 2004

OFFICE OF
INMATE ISSUES

DC 7212 (Rev. 5/00)     Distribution:  1) Master File   2) Committed Person   3) Facility   4) Facility
IL 426—11612