E-FILED
Friday, 28 April, 2006 04:22:18 PM
Clerk, U.S. District Court, ILCD
Run Date: 02/25/2003

# STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** BOWDEN, GLENN              **IDOC #:** B00157              **Race:** Black

**Hearing Date/Time:** 02/24/2003   01:45 PM    **Living Unit:** WIL-S-01-08    **Orientation Status:**   N/A

**Incident #:** 200301128/1 - WIL              **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 02/13/2003 | 1 | CLAYTON, JAMES C | INTERNAL AFFAIRS | 1:30 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 204 | Forgery | Guilty |
| 206 | Intimidation or Threats | Guilty |
| 304 | Insolence | Guilty |
| 403 | Disobeying a Direct Order | Guilty |

| Witness Type | Witness Id | Witness Name |
|--------------|-----------|--------------|
| Witness Status | | Witness Statement |

**No Witnesses Requested**

---

## RECORD OF PROCEEDINGS

DR-504 CHARGES READ. INMATE PLED:  NOT GUILTY.  "YES, I GOT A LETTER FROM THE WARDEN.  I DIDN'T SEND THE LETTER.  I DIDN'T HAVE A TYPEWRITER OR A COPY MACHINE.  I NEVER SENT ANYTHING OUT.  I NEVER REFUSED TO CUFF UP.  I NEVER SAID THAT STUFF.  WHY DID HE WAIT SIX DAYS TO WRITE ME UP?"

## BASIS FOR DECISION

INMATE ADMITS TO RECEIVING A LETTER FROM THE WARDEN LIKE THE ONE THAT WAS COPIED AND SENT OUT OF THE INSTITUTION.
REPORTING CAPT. CLAYTON'S DISCIPLINARY REPORT REFLECTS THAT INMATE BOWDEN HAD COPIED OVER A LETTER HE HAD RECEIVED FROM A/W FUNK CHANGING THE SUBJECT OF THE LETTER.  THE LETTER WAS THEN SENT OUT OF THE INSTITUTION WITH THE A/W FUNK'S SIGNATURE IN AN ATTEMPT TO RECEIVE CASSETTE TAPES.  AFTER THE INTERVIEW INMATE WAS GIVEN DIRECT ORDERS TO CUFF, WHICH HE REFUSED.  INMATE THEN STATED, "I'M GOING TO GET YOU MOTHER FUCKING RACIST PEOPLE WHEN I GET OUT OF HERE.".
THE ADJUSTMENT COMMITTEE REVIEWED THE LETTER THAT WAS FORGED AND IS SATISFIED WITH THE CHARGE OF 204.
THE COMMITTEE ALSO NOTES THAT INMATE HAS A PREVIOUS CHARGE OF 204 FOR ALTERING A GRIEVANCE ON 11-21-02.

## DISCIPLINARY ACTION   (Consecutive to any priors)

| Recommended: | Final: |
|--------------|--------|
| Demotion to C Grade 6 Month(s) | Demotion to C grade 6 Month(s) |
| Segregation 6 Month(s) | Segregation 6 Month(s) |
| Revoke GCC or SGT  6  Month(s) | Revoke GCC or SGT 6  Month(s) |
| Other : TRANSFER | Other : TRANSFER |

---

## SIGNATURES

**Hearing Committee**

VINCENT, JULIA I - Chair Person          Signature          ASIAN
Race



Exhibit A (1)

# STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Run Date: 02/25/2003

**Name:** BOWDEN, GLENN          **IDOC #:** B00157          **Race:** Black

**Hearing Date/Time:** 02/24/2003   01:45 PM     **Living Unit:** WIL-S-01-08     **Orientation Status:**   N/A

**Incident #:** 200301128/1 - WIL          **Status:** Final

---

**SIGNATURES**

**Hearing Committee**

WILSON, JON E _____ WHITE

Signature                                         Race

**Recommended Action Approved**

---

**FINAL COMMENTS:**

KEVIN L WINTERS / WDP _____          _____          02/25/2003

Chief Administrative Officer                Signature                          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

PEASE,  SHERRY  L                          02/25/2003   04:00 PM

Employee Serving Copy to Committed Person          When Served - - Date and Time

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 03/17/2003

**Name:** BOWDEN, GLENN  **IDOC #:** B00157  **Race:** Black

**Hearing Date/Time:** 03/13/2003  10:47 AM  **Living Unit:** PON-W-05-20  **Orientation Status:** N/A

**Incident #:** 200301810/1 - PON  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 03/04/2003 | 1 | CORR. CTR., WESTERN ILL | WESTERN ILLINOIS CORR. CTR. | 3:00 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 204 | Forgery | Guilty |
| | **Comments:** FORGED DOCUMENTS FROM LAW OFFICE | |

| Witness Type | Witness Id | Witness Name |
|--------------|------------|--------------|
| **Witness Status** | | **Witness Statement** |

## No Witnesses Requested

## RECORD OF PROCEEDINGS

REPORT READ. OFFENDER BOWDEN STATED HE IS NOT GUILTY. OFFENDER BOWDEN FURTHER STATED THE REPORTED INCIDENT IS IRRELEVANT AND IS AN ACT OF RETALIATION.

OFFENDER BOWDEN THEN SUBMITTED A WRITTEN STATEMENT PROCLAIMING THAT THE AUTHORING EMPLOYEE OF THE ODR IS USING THE DISCIPLINARY REPORT TO RETALIATE AGAINST HIM, BECAUSE HE WROTE THE EMPLOYEE UP FOR SEXUAL MISCONDUCT.

OFFENDER BOWDEN REQUESTED WITNESSES ON HIS WRITTEN PROTEST. THE COMMITTEE DID NOT INTERVIEW THE WITNESSES, DUE TO THE REQUEST WAS NOT MADE IN A TIMELY MANNER.

THE COMMITTEE CONTACTED CAPT. CLAYTON AT WESTERN ILLINOIS CORRECTIONAL CENTER, WHO STATED THE ODR IS ACCURATE AND TRUE TO THE BEST OF HIS KNOWLEDGE.

THE COMPLETED INCIDENT REPORT STATING OFFENDER BOWDEN HAD DOCUMENTS WITH THE LETTER HEADS OF MR. BARRY RABOVSKY'S LAW OFFICE; THE FORGED DOCUMENTS ALSO CONTAINED THE SIGNATURE OF MR. RABOVSKY.

## BASIS FOR DECISION

BASED ON THE INFORMATION PROCURED FROM AN INVESTIGATION AT WESTERN ILLINOIS CORRECTIONAL CENTER, OFFENDER BOWDEN HAD TWO LETTERS WITH THE LETTER HEADS OF BARRY RABOVSKY'S LAW OFFICE IN HIS PERSONAL PROPERTY. THE LETTERS CONTAINED INFORMATION PERTAINING TO PROFITS EARNED ON MUTUAL FUNDS; THE DOCUMENTS WERE DATED 09/23/97 AND 03/13/98, WHICH HAD THE SIGNATURE OF BARRY RABOVSKY. THE LETTERS WERE ON WHITE PAPER AND APPEARED TO BE COPIED.

THE REPORTING CAPTAIN LATER FOUND AND CONFISCATED A YELLOW PAPER FROM OFFENDER BOWDEN'S PERSONAL   PROPERTY (THAT APPEARED TO BE THE ORIGINAL) WITH THE SAME AFOREMENTIONED LETTER HEAD. THE CONTENTS OF THE LETTER REFERRED TO THE OFFICE OF BARRY RABOVSKY NOT REPRESENTING OFFENDER BOWDEN AND WAS DATED 01/20/97. THE OFFICE OF INTERNAL AFFAIRS HAD DISCOVERED THAT OFFENDER BOWDEN HAD FORGED DOCUMENTS FROM THE OFFICE OF  A/W FUNK AND THEN CONTACTED MR. BARRY RABOVSKY. MR. BARRY RABOVSKY STATED HE DID NOT DEAL WITH MUTUAL FUNDS AND THE FAXED LETTERS THAT OFFENDER BOWDEN HAD WERE NOT HIS, AS WELL AS THE SIGNATURE ON THE DOCUMENTS. MR. RABOVSKY FURTHER STATED HE ONLY DEALS IN PERSONAL INJURY CASES. OFFENDER BOWDEN WAS POSITIVELY ID BY PHOTO IDENTIFICATION AND; THE COMPLETED INCIDENT REPORT STATING THE AFOREMENTIONED. THE COMMITTEE IS SATISFIED THAT THE VIOLATION OCCURRED AS REPORTED.

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 03/17/2003

**Name:** BOWDEN, GLENN     **IDOC #:** B00157     **Race:** Black

**Hearing Date/Time:** 03/13/2003   10:47 AM     **Living Unit:** PON-W-05-20     **Orientation Status:** N/A

**Incident #:** 200301810/1 - PON     **Status:** Final

## DISCIPLINARY ACTION (Consecutive to any priors)

| Recommended: | Final: |
|---|---|
| Demotion to C Grade 4 Month(s) | Demotion to C grade 4 Month(s) |
| Segregation 4 Month(s) | Segregation 4 Month(s) |
| Revoke GCC or SGT 4 Month(s) | Revoke GCC or SGT 4 Month(s) |
| Loss of Commissary 4 Month(s) | Loss of Commissary 4 Month(s) |
| Loss of Audio/Visual 4 Month(s) | Loss of Audio/Visual 4 Month(s) |

## SIGNATURES

**Hearing Committee**

SHAW, CLETUS R - Chair Person     _Signature_     **BLACK**   Race

WADE, TERRY R     _Signature_     **WHITE**   Race

**Recommended Action Approved**

## FINAL COMMENTS:

STEPHEN D MOTE / JGC     _Signature_     03/17/2003

**Chief Administrative Officer**     **Signature**     **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_Signature_     03-20-03 3:00pm     by mail

**Employee Serving Copy to Committed Person**     **When Served - - Date and Time**

# Imaging Associates, LLC.

*Exhibit (2)*

319 E. Madison Street
Springfield, Illinois 62701
(217) 528-4770

| | |
|---|---|
| PATIENT : | Bowden, Glenn |
| FACILITY: | Pontiac Correctional Center |
| PRISON NO.: | B00157 |
| REFERRING PHYSICIAN: | Vade |
| Date Performed: | 3/11/03 |
| AGE: | 6/8/60 |

**********************************************************************

### RADIOLOGICAL REPORT

**CLINICAL DIAGNOSIS:**    **Wrist pain**

**PART X-RAYED:**    **LEFT WRIST**

There is a small smoothly outlined bony density adjacent to the radial aspect of the distal radius which could represent either an unfused ossification center or old avulsed fracture.  There is no evidence of an acute fracture.  The joint spaces of the wrist are intact.

**CONCLUSION: 1. There is no evidence of an acute fracture.**

2.  **There is a smoothly outlined bony density adjacent to the radial margin of the distal radius which could represent an unfused ossification center or old avulsed fracture.**

3/19/03

Peter Weinberg, M.D./rrt
Radiologist

D/T: 03/17/03
3:42 PM

Exhibit (2)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

PON _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Bowden | Glenn | | ID#: B 00157 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 03-11-03 | | |
| | SICK CALL | |
| | WEIGHT 198# | |
| | BP 124/80 | |
| | TPR 97⁴ 76 18 | |
| | MD NOTE √ode | |
| 031103 | | |
| 845AM | Pt is here with c/o Lt wrist | |
| | pain since Tuesday (4th) Pt | |
| | States that officer used excessive | R267 (Lt) wrist |
| (Lt) Rt hand | force while he was cuffed Pt | No medication |
| | Pt did not see MD because | |
| | he did not get SIC | 3/11/03 |
| Abresion | O s/s x wm except | 845a ... 1245 |
| | Lt hand - Abresion healed | |
| | bluish discrination med on dull | |
| | and on L side of (Lt) hand 1/4" Abres | |
| | wrist. 1" x 3/8" - No swytime | |
| A | Abresion (Lt) hand | |
| | H/o s/o Tetanus taken | |
| | in last 10 yr | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Exhibit (a)

STATE OF ILLINOIS )

)SS

COUNTY OF )

## AFFIDAVIT

I Corey-K-64961, being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:

I witness officer Snow #10220 / officer Volk #10239 enter inmate Bowden B-00157 cell in segregation without following the I.D.O.C. procedure they attack Bowden with excessive force violating his constitutional rights under the 8th amendment cruel unusual punishment, First, Fourth, and Fourteenth Amendment violations for the officer's failure to provide "Bowden" B-00157 a safe jail cell. That was on 3-4-03 around shift change when both officer enter his room because he stated that he would not keep on letting the Captain James Clayton attack him because he file an Mandamus and Captain Clayton of Internal Affairs came to his cell everyday while he Glenn Bowden B00157 was in Segregation on my side across from me, Donald Brake #R-13176, and Corey #K-64961, Each day after or before shift change Captain Clayton would come back there or send one of his tatic team members back to inmate Bowden B-00157 cell to harass him, for no reason at all. I watch the S/o Snow #10220, S/o Volk #10239, and Captain Clayton use force on Bowden and put the cuff on his wrist so tight Bowden B-00157 would have knot on his wrist. I heard them say that they would hook him up bogus, for not cooperating with them. I watch S/o Snow and S/o Volk Kick him Bowden w his genitals, while his handcuffed was on him behind his back.

Subscribed and sworn to before me this

Corey - K-64961
**Affiant Signature**

17 day of January , 2005

Michele Olson
Notary Public

"OFFICIAL SEAL"
Michele Olson
Notary Public, State of Illinois
My Commission Exp. 04/22/2006

Form revised 11/1/01

        2003 MR 000106  Judge: ZAPPA LEO J      From  0/00/0000 To 99/99/9999
                                                         User: FOLKMIK
            Case Names_____  Attorney Names_____  Wsid: PC14S1
            BOWDEN GLENN                  Pro Se
                     VS                                    All Entries For C
            WINTERS KELVIN
            SNYDER DONALD N
            ASST. WARDEN PARKER
            CAPT. CLAYTON
            CAPT. COOPER
            CAPT. MCKEE
            CAPT. CARLTON

__Date__

1/23/2003 Mandamus Fee Waived

3/20/2003 Entry
          NOTICE SENT TO PLAINTIFF STATING ADDRESSES ARE NEEDED TO PROCEED WITH
          CASE POST OPENING.

5/19/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST

6/30/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST.  PLAINTIFF AGAIN
          IS NOTIFIED THAT HIS ADDRESSES STILL HAVE NOT BEEN RECEIVED BY CIRCUIT
          CLERK'S OFFICE.  CHANGE OF ADDRESS IS ALSO ENTERED PER REQUEST OF
          PLAINTIFF.

7/15/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF GIVING THE NAMES OF THE
          DEFENDANTS SO THAT PLAINTIFF CAN RETURN ADDRESSES TO PROCEED IN CASE.

8/29/2003 Summons Aug 28,2003 Served  Defendant SNYDER DONALD N

8/29/2003 Summons Aug 28,2003 Served  Defendant SNYDER DONALD N

9/02/2003 Summons Aug 28,2003 Served  Defendant WINTERS KELVIN

9/02/2003 Summons Aug 28,2003 Served  Defendant ASST. WARDEN PARKER

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. MCKEE

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. CLAYTON

9/02/2003 Summons Jul 28,2003 Served  Defendant CAPT. CARLTON

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. COOPER

9/02/2003 Summons Aug 28,2003 Served  Defendant ASST. WARDEN PARKER

Emergency Exhibit (3)

03-0215

# COMMITTED PERSON'S GRIEVANCE REPORT

| DATE: 2-24-03 | COMMITTEE PERSON: (Please print) Bowden | ID# B00157 |
|---|---|---|

**PRESENT FACILITY:** W.I.C.C.

**FACILITY WHERE GRIEVANCE ISSUE OCCURRED:** Western, Illinois Correctional Center

**NATURE OF GRIEVANCE:**

| | | TRANSFER DENIAL: | Disability |
|---|---|---|---|
| ___ Personal Property | ___ Mail Handling | ___ By Transfer Coordinator | ✓ Other Wrongful Incarceration |
| ✓ Staff Conduct | ___ Dietary | ___ By Institution | Segregation: Denied Due Process |
| ___ Restoration of Good Time | ___ Medical Treatment | Where Issued: W.I.C.C. | Due Process |
| ✓ Disciplinary Report – Date: 2-19-03 | | | |

PAGE 1 – Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to the Grievance Officer.

PAGE 2 – Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

## THIS FORM IS NOT FOR PROTECTIVE CUSTODY DENIALS

**Brief Summary of Grievance:** Director/Warden Kevin L. Winters, Assistance Warden Phelke/Asst Warden Funk and Captain Clayton, (Internal/Affairs) of western Illinois Correctional Center has Deny Griever Bowden #B00157. His Procedure Due Process Rights. This Right is the "only Safe Guard, Griever have Against Abuse of Power." Griever was denied this fundamental Right when he was lock-up in Segregation without cause! Griever Bowden was denied his Constitutional Rights that is guarantee to him under the United States Constitution Admendment 14TH Section 1. No state shall make or enforce any law which shall abridge the privileges or Immunites of Citizens of the United States; Nor shall any state deprive any person of Life, Liberty, or Property, without due process of Law; Nor deny to any person within its Jurisdiction the Equal Protection of laws. Also these individuals are in direct violation of the constitution of the State of Illinois Article 1, Bill of Rights Section 2. Due Process and Equal Protection: A No Person shall be deprived of Life, Liberty or property without Due Process of law Nor be denied the Equal Protection of the laws. Section 11. Limitation of Penalties after Conviction: All Penalties shall be determined both according to the seriousness of the offense. and with the objective of Restoring the offender to useful Citizenship. Section 12. Right to Remedy and Justice: Every Person shall find a certain Remedy in the laws for All injuries and wrongs which he receives to his person Section 17. No Discrimination in employment: All Persons Shall have the Right to be Free from Discrimination on the Basis of Race, Color, Creed, National Auxestey and Sex in the institution

On/above date and time I was call over for a incident, accusing me of 204 and I went to Internal/Affairs and talk to Captain Clayton, and he ask me About a letter that was sent to Music by Mail, and it had Asst Warden Funk, name at the bottom of it! I told him I didn't have a typewriter until personal property Return

**Relief Requested:** I want this ticket to be expunge off my record, and this also entre into my files and Captain Clayton investigated, and All my things replace/return check, typewriter ribbons, letter, my pictures on the paper. I am willing to take a polygraph-test to vindicate myself! I want punitive damages Amned $10,000 dollars pain/suffering damages awaed $10,000 dollars; and be release From Segregation imuidibly. And I (Attach additional pages, if necessary) want to talk to both Warden Kevin L. Winters Asst Warden of Operation Phelke.

---

## COUNSELOR'S RESPONSE

Date Received: _____

Response: _____

Counselor: _____

Signature _____   Print Name _____   Date of Response _____

RECEIVED FEB 26 2003 WESTERN ILLINOIS C.C. GRIEVANCE

Outside Jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denial of transfers form the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9722.

Brief Summary of conl: Attach additional page 2

it to me on 1-23-03; and I don't own a copy machine period! And I explain that to the CAPTAIN CLAYTON, And he stated that I was not telling him the teuth, so he Captain Clayton kept saying the same things and I told him, I didn't nothing else to say to him Captain Clayton ask me to turn around to cuff up so I did it and the next day, Captain Clayton call me back over For round two, And % Jennings of Internal/Affairs was there with him asking me more questions about names, pictures, mail, and my check for a stock he kept and the document also that you suppose to send in with the check. Captain Clayton also destory both of my ribbions on my typeweiter and never replace or found anything to claim I type the letter! Captain Clayton Claim he found another letter in my property a few days later. Check the date on your record that you Waeden Parker, Waeden Winters, McKee sat up so Captain Carlton could return my typeweiter back from % Wene of personal property! My typeweiter was took from me on September 9, 2002, and wasn't return until January 23, 2003. Also Captain Clayton got mad because I didu't supply him with the information that he Captain Clayton was requesting, and claim that I said, I'm going to get you Mother Fucking racist people when I get out of here, I'm going to have my people get up with you. So he charge me with a few more charges 206, 304, 403, but "CAPTAIN CLAYTON" didu't follow the guild-lines, he Captain Clayton claim this happen to him on 2-13-03; but didi't write the ticket up right than it is a beeech of Secueity; because of the seriousness of the offense, he Captain Clayton six days after the 206, 304, 403, so the charges is bogus. unless Captain Clayton is above the Unified Code of Corrections, 730 ILCS 5/3-2-2-(h). Failure to comply with any of the standards of conduct may result in discipline.

# *Music By Mail*

P.O. Box 090424 Ft. Hamilton Station Brooklyn N.Y 11209


Bowden, Glenn #B00157
Po Box 1000
Mt.Sterling, IL 62353


January 10, 2003                                    Order#235337


Dear Customer,

We have received your letter about the missing item/items from your order. Our records

indicate your order was shipped complete and we are sorry for the inconvenience. We

would require a letter from the Mailroom/Package Room Supervisor briefly stating how

many items were received and which item/items were not.  Upon receipt of this letter we

will take the appropriate actions with the carrier and we will reship a new item/items to

you immediately.  We sincerely apologize for the inconvenience and value you as a

customer.  Thank you for shopping with Music By Mail.

Sincerely,


Music By Mail

Customer Service Dept.

**Illinois**
Department of
**Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

Western Illinois Correctional Center / Rt. 99 South , P.O. Box 1000 / Mt.Sterling , IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:      May 23, 2002

1053

TO:        Inmate Bowden B00157
           ~~R1 D 20~~

FROM:      Kevin L. Winters
           Assistant Warden Operations

SUBJECT:   **CORRESPONDENCE – UNAUTHORIZED PROPERTY**

I am in receipt of your list of items that you are not authorized to have at this facility.

In regard to the issue with the following confiscated items:

- number  **1** • Panasonic radio Rx F5470A – It does have the capability to record; therefore, it is not allowed.
- number  **2** • Chain and medallion – Chain is to big (more than 24" in length); therefore, it is not allowed.
- number  **3** • Beard trimmers (ER389K) – These are no longer allowed at Level 2 Institutions
- number  **4** • Shirt (Dickie 18 ½) – Not allowed
- number  **5** • Watch (with stone) – Not allowed
- number  **6** • Four tapes (with screws) – Not allowed
- number  **7** • Five pair white socks (not state issued or commissary) – Not allowed

All above listed items have been looked at and checked.  These items listed are not allowed at Western.  You will be notified by personal Property in order to make arrangements for disposal or mail home.

Kevin L. Winters
A/W Operations

KLW:jv

cc:    Masterfile
       Personal Property
       Chron File

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 7-2-03 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Western C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): REMOVE MY PROPERTY with giving me a shake down Slip Spring field investigator Ogburn took my telephone book Captain James Clayton
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ___/___/___ Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

WARDEN'S OFFICE
PONTIAC CORR. CENTER
JUL 29 2003

Brief Summary of Grievance: On 3-1-03 Captain James Clayton took my telephone book, from my personal property, without giving me a shakedown Slip and under I.D.O.C rules any personal property taken Away From employee or inmate must be giving a receipt. Are Internal Affairs Captain James Clayton above the law? According to the ticket I was under investigation for a letter to A officer of the department Corrections, her name was "Lisa Williams" and she work At Hill Correctional Center... I heard the ticket and my telephone book is Not back in my possession and "Springfield Investigator Ogburn" took my telephone book and pictures and gave some of them back, but Kept

Relief Requested: I want my Photos replace and my ticket expunge, and I want my A/V restore and Commissary and a Full Apology and compensated for being lock-up for the department error! Also I want to be paid Monetary Fund For my

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Bowden | B00157 | 7 / 26 / 03 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 8 / 7 / 03

- [ ] Send directly to Grievance Officer
- [x] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This issue does not meet the time period requirement and has been previously grieved.

| SKennedy | SK | 8 / 21 / 03 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

**EMERGENCY REVIEW**

Date Received: 7 / 29 / 03

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen A. Mote
Chief Administrative Officer's Signature

Date 7 / 29 / 03

RECEIVED 7 / 29 / 03

SEP 11 2003

Distribution: Master File; Committed Person

Page 1

Printed on Recycled Paper

DOC 0046 (Eff. 10/2003)
(Replaces DC 5657)

OFFICE OF INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Some of them, my Auntie Cookie with her husband David Barksdale. And some other pictures of my family also! Internal Affair Captain James Clayton gave my telephone book to Springfield Investigator Ogbuen! Pictures Also!

Illinois Department of Corrections
**COMMITTED PERSON'S GRIEVANCE REPORT**

| Date: 9-10-2002 | Committed Person: (Please Print) Bowden | ID #: B00157 |
|---|---|---|

| Present Facility: W.I.L.C.C. | Facility where grievance issue occurred: W.I.L.C.C |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- Transfer Denial:
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] By Transfer Coordinator
- [x] Other _Seg Day room_
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] By Institution
- [ ] Disciplinary Report - Date: 9-10-2002
- Where Issued: _____

PAGE 1 – Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 – Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: ON Above date the 9o BreHam was inventoring my property and came to my cell and took me to where he was doing my property and told me which items that I couldn't have and I explain to him that I ask commissary could I purchase a radio and the call and allow me to buy it! So the 9o BreHam got up-set and started throwing things away; my commissary, my Brother ribbon; P.J. set my Koss headphone; my Magic shave; my coffee mug; my letter/photos my books; prayer rug; legal letters etc! His Attitude became overbearing with name calling like nigger; stupid-Ass; spook; and I ask For my bedding and 9o BreHam to me to cover-up with my ticket that I was about to receive From him, so I ask For a Lit./Sgt but neither call so I slept without any covering For 26½ hour with the FAN running at Full blast until I plead it to the day shift-officer! I spoke to the day-shift Lit. Baker and he stated to me that I need to lay-down and do what I am told because they don't Follow the I.D.R but their own Rules! I Also stop the Warden Hockaday and was told to grieve it, and I did take his advice, Warden Hockaday Also was aware of my personal-property being destroy! I explain to the L.t. Baker; Warden Dennis Hockaday; about Inmate Rights and responsibilities! He stated so what! And L.t. Baker also state stuff luck. I just went to the commissary and purchase 25.71¢ on 9/9/02 Time 02:23 pm. Batch: 252717; Ticket 329771.

Relief Requested: I want an Full ApNogy; I want my things replace; I want this to be place inside of my File and 9o BreHam File and Lit Baker File; and Also compensated For my commissary items and my pictures and headphone, etc! Books also my typewriter ribbons, Library books, The History education of The Negro! Fix my (Attach additional pages, if necessary.) FAN Also!

---

**COUNSELOR'S RESPONSE**

Date Received: 10-18-02

Response: THIS COUNSELOR INTAVIEWED 9/o BEHM AND LT. BAKER WHO BOTH DENY IN BOWDEN'S ALLEGATIONS OF STAFF MISCONDUCT.

Counselor: P.V. _(Signature)_    P. Vincet _(Print Name)_    10-25-02 _(Date of Response)_

- [ ] Outside jurisdiction of the facility: grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

Side 1

**GENERAL ASSEMBLY**
STATE OF ILLINOIS

CHAIRMAN:
- JUDICIARY I - CIVIL LAW
- PRISON MANAGEMENT REFORM
- SUBCOMMITTEE ON LONG TERM CARE/
  HEALTH CARE ACCESS AND AVAILABILITY
- JOINT TASK FORCE ON GULF WAR DISEASES
- HOUSE DEMOCRATIC TASK FORCE ON
  CHILD ABUSE AND NEGLECT
- IL EDUCATION SAFETY TASK FORCE

MEMBER:
- LABOR AND COMMERCE
- URBAN REVITALIZATION
- INTERGOVERNMENTAL COOPERATION
  COMMISSION



**Thomas J. Dart**
STATE REPRESENTATIVE
HOUSE OF REPRESENTATIVES
28TH DISTRICT

CAPITOL OFFICE:
2068-L STRATTON BUILDING
SPRINGFIELD, IL 62706
217/782-8200
e-mail: tdart@housedem.state.il.us

DISTRICT OFFICES:
507 W 111TH STREET
CHICAGO, ILLINOIS 60628
773/928-1747
3205 W. 111TH STREET
CHICAGO, ILLINOIS 60655
773/881-3456

September 3, 2002

Glenn Bowden
ID No. B00157
P.O. Box 1000
Mt. Sterling, IL 62353

Dear Mr. Bowden:

Our office is in receipt of your letter of July 2002. We are requesting the Department of Corrections to provide information to our office about your stated concerns. Please note that our office has no official role in a case review or grievance process.

We will update you with the Department's response when we receive it.

Sincerely,

Brenda Singleton
Constituent Services Aide

Exhibit (5)

PONTIAC CORRECTIONAL CENTER

To: Inmate _Bowden_ Number _B00157_ c/H _W-520_

From: Personal Property _Cupe_

Date of Confiscation _4-3-03_ Due Date _5-3-03_

The following item(s) received in Personal Property by ____ mail / _X_ shakedown are considered contraband by this facility:

| | | |
|---|---|---|
| 2-ALT Mags | 2-U/A Brushes (handles) | 1-EX Cup |
| 4-U/A Photos (Nudity) | 2-EX Toothbrushes | 5-EX Socks |
| 1-ALT Koran (Tape & Bible issued) | 7-EX Soap | 1-EX Briefs |
| 1-ALT Brother ML-100 Typewriter (Daisy wheel Broken) | | 1-U/A Homemade Kufee |
| 1-EX AC Adapter | 2-EX Cocoa Stick | Misc-EX Felt Tips |
| 1-EX Koss-CL-2 Head Phones | 2-EX Shampoo | 2-U/A Pens (not clear barrell) |
| Misc-U/A Photo Negatives | 3-U/A Deodorants | 3-ALT Tapes |
| 1-ALT Lakewood Fan (Base Broken) | 2-U/A Handkerchiefs | 2-ALT Tapes |
| 20-EX Pre-stamped Envelopes | 1-EX Nailclipper | |
| 1-ALT Dictionary | 2-U/A Liq Detergent | |
| 5-EX T-shirts | 1-EX Soap Dish | |
| 1-EX Washcloth | 1-U/A Hair Reluxer | |

Return THIS FORM to Inmate Property Office Thank You

You have the following options to deal with these items. Mark one of these options and return to Personal Property by mail before your _30_ days expire (Due Date above) or the item(s) will be destroyed, per DR 501.230 (Disposition of Contraband).

Mark one choice below.

☐ Mail item(s) out. Put name, address below. Attach a signed money voucher for postage. Indicate on your voucher if you wish to have item(s) insured, and amount of insurance.

Name _____

Address _____

City _____ State _____ Zip Code _____

☐ Have item(s) picked up on visit. Must be received in Personal Property Office 72 hours prior to visit.

Visitors Name _____

Date of Visit _____

☐ Have item(s) Destroyed. Date and sign below.

Signature _____ Number _____ Date _____

☐ File Grievance. Have your Counselor sign below showing grievance has been filed.
(All counselor's signatures will be verified.)

Counselor Signature _____ Date _____

☐ _____

_____

DCA150-8225  IL426-2373  P-157  (Rev 4/97)

Exhibit (6)

Plastic ... ...

- Brother type writer Emergence property dated 6/18-03

- box Barney Books - Raequan Rogers
- box Barney Books - Tahlia Langford
- box Barney Books → Nyla Noble

- bag of books
- NSF cross + chain
- NSF Reaching out ministry/camera
- NSF watch
- NSF cross + chain

- boxes misc cards, letters, Books and magazines (All NSF legal items
  found in legal storage boxes
- mini FM reciever w/ Ear plug + batteries

COPY

DESTROYED

MAY 0 8 2004

PONTIAC CORRECTIONAL CENTER



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Ernesto Velasco**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:        April 21, 2003

TO:          Corey Wilson
             Internal Affairs

FROM:        Stephen D. Mote
             Warden

SUBJECT:     Emergency Grievance

Due to the serious nature of its allegations, it has been determined that the attached grievane is to
be processed as an Emergency Grievance.  By copy of this memorandum, please ensure that
Offender Bowden is interviewed regarding his allegations and that Pearlene Pitchford is apprised
of your findings so that this grievance can be finalized.  Thank you.

cc:    Bowden B00157
       File

Stephen D. Mote
Warden

Exhibit (6)



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:        May 24, 2004

TO:          Glenn Bowden, B00157
             W112

FROM:        Henry Walton
             Assistant Warden of Operations

SUBJECT:     Recent Correspondence

I am in receipt of your letter dated May 21, 2004, regarding personal property.  Be advised Major Pfau supervises Personal Property.  Therefore, due to the nature of your concern, your letter is being forwarded to Major Pfau for handling.

Henry Walton
Assistant Warden of Operations

HW/KMB/kmb

xc:    Major Pfau
       File, Chron File

**ILLINOIS STATE POLICE**
**OFFICE OF THE DIRECTOR**

GLENN Bowden, on his own behalf
And on behalf of all others Similarly
Situation
    **Complainant,**

vs. Department of Corrections
    +
    Western Correctional Center
Donald N. Snyder JR. Director of The
Department of Corrections and KElvin L.
Winters Warden, Asst Parker Warden; Asst
Warden Funk; Captain James Clayton # 739 % Snow #10220;
% Volk 10239; Major McKee; % Wear

No. _____

**NOTICE OF FILING**

**TO:** Donald N. Snyder, JR.
Director of Corrections
1301 Concordia Court
Springfield, IL 62794

**TO:** Warden Kelvin L. Winters
Asst. Warden Parker
Asst. Warden S. Funk
Major McKee
% Snow #10220
% Volk # 10239
Captain James Clayton # 739

    Please take notice that on the __17 day of February__, 20_03_,
I filed the attached <u>Request For An Investigation Of Harassment-
Informal Complaint</u> with the above captioned office. A copy of
which is herewith served on you.

By: _Glenn Bowden B-00157_
       Complainant

**ILLINOIS STATE POLICE**
**OFFICE OF THE DIRECTOR**
**125 EAST MONROE * ROOM 105**
**P.O.BOX 19461**
**SPRINGFIELD, IL 62794-9461**

REQUEST FOR AN INVESTIGATION OF HARASSMENT
INFORMAL COMPLAINT

1. _GLENN BOWDEN  B-00157_
Complainants Name And Registration Number

2. _WESTERN  CORRECTIONAL  CENTER_
Complainants Place Of Present Confinement

_P.O. Box  1000_
Street & Address

_Mt.Sterling_          _IL_          _62353_
City          State          Zip

_____
Telephone

2. _Investigating  FORGERY  About  A/W  Funk_
Nature Of Harassment Complained About

_2-14-03   2-13-04  2-12-04  2-11-04_
Date

_INTERNAL  AFFAIRS  OFFICE  +  Segregation  OFFICE_
PLace

_7:00 AM  to  4:00 p.M.  Each day_
Time

3. Please describe what occurred that you believe constitute
an investigation of harassment. Include important dates
and the names, address and telephone numbers of witness and
other people believed to be involved. Attach copies of any
documents that you believe support your complaint, such
as letters, grievances, memorandums and other complaints.

_Captain  JAMES C. Clayton #739 also ℅ Snow #10220 AN_
_Volk #10239, on February 19, 2003, A.D._

(see next page)

Call me over to the Administration building to talk about a letter wrote to Music by Mail, and it had according to them Asst Warden Junk, name at the bottom of it! I told him I didn't have a typewriter until personal property return it to me on 1-23-03 and the letter was type before, and I explain that to the Captain J. Clayton, and he stated that I wasn't telling the truth, so he kept Repeating the same things, I didn't have nothing else to say to him Captain J. Clayton Ask he stated turn your black-ass around to cuff up so I did it and the next day, Captain J. Clayton call me back over For Round two, and % Jennings of Interal/Affairs was there with him asking me More questions about names, pictures, Mail, and my check For a stock he kept and the document also that you suppose to send in with the check. Captain Clayton Also destory both of my ribbons on my typewriter and never replace or Found Anything to claim I

(Attach additional Pages, if necessary)

February 17, 2003
Date

Glenn Bowden
Signature

cc/file

ont Brief Summary : Additional page 2

ype the letter!. Captain Clayton Claim he Found Another letter in my

propety  A Few days later. Check the date on your record that you Warden

Parker, Warden Winters, Major M<sup>c</sup>Kee made an appointment so I can get

my typewriter, Captain Caelton told % Wear who run's personal propety!

My typewriter was taken From me on September 9, 2002; and wasn't return

until January 23, 2003. Also Captain Clayton got mad because I didn't

supply him with the information that he Captain Clayton was requesting, and

claim that I said, I'm going to get you Mother Fucking racist people

when I get out of here. I'm going to have my people get up with you.

So he change me with a Few more charges 206, 304, 403, but "Captain J.

Clayton" didn't Follow the guild-lines, he Captain J. Clayton claim this

happen to him on 2-13-03; but didn't write the ticket up right

than it is a breech of Security; because of the seriousness of the

offense, he Clayton six days after the 206, 304, 403, so the charges

is bogus. Unless Captain J. Clayton is about the "Unified Code of

Corrections, 730 ILCS 5/3-2-2-(h). Failure to comply with any of th

standards of conduct may result in discipline...  EOR

STATE OF ILLINOIS    )
                     )
                     )
COUNTY OF

## CERTIFICATE OF SERVICE

I, __GLENN BOWDEN__ , certify that the informal drafted
document herewith attached has been served on the parties mentioned
in the __Notice of Filing__ , by placing same in the U.S. Mail Box
at the __Western Illinois Correctional Center__, in __BROWN__ County, Illinois
on the __17th__ day of __FEBRUARY__ , 20__03__, with postage being fully
paid by ~~VIA~~ said institution.

By: _Glenn Bowden B-00157_
Complainant
P.O.Box 1000
Mt.Sterling, IL 62353

Subscribed and sworn to before me this

_17_ day of _February_ , _2003_

_Michele Olson_                         _Bowden B-00157_
Notary Public

"OFFICIAL SEAL"
Michele Olson
Notary Public, State of Illinois
My Commission Exp. 04/22/2006

Form revised 11/1/01

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| | | |
|---|---|---|
| **Date:** 3-3-03 | **Committed Person:** (Please Print) Bowden | **ID#:** B00157 |
| **Present Facility:** Western Illinois | **Facility where grievance issue occurred:** W.I.C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☑ Disciplinary Report: 2 / 08 / 03    Western Illinois Correctional Center
Date of Report                         Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On Above date time So Frank was out in the vestibule and I came out there to talk to my Counselor Paul Vincent, and when I return back to my wing 2-B-55, I drop a letter out of my pocket, and inmate Lee-K56430; pick it up off the floor and handed it back to me, and So Frank saw this, and ask for the letter, so inmate Lee-K56430; give it to So Frank and So Frank open the Envelope up to see what was on it and ask me who was this name on my letter, and I told him my little brother! He So Frank told me that he would give it back to me And After the line came inside, but he never did it period. So the next day 2-8-03, internal Affairs, call me over And ask me About the letter; I explain

**Relief Requested:** I want a Full investigation on these Fabricated Stories, and I want to be Full vindicated of all charges; I want to be compensated $10,000 dollars; And my C-grade restore back, and release from segregation immediately. I want a competent person, place on the committee

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| Bowden | B00157 | 3 / 3 / 03 |
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___ / ___ / ___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| | | |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | ___ / ___ / ___ Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| | |
|---|---|
| Chief Administrative Officer's Signature | ___ / ___ Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

to % John C. Hill; and he stated that it was nothing so he % Hill wrote me a disciplinary ticket on 2-08-03, % John C. Hill, claim that he interview inmate LEE-K56430, and never wrote him a disciplinary report. % Frank never wrote inmate Bowden B00157 a disciplinary report! And I never told % John C. Hill or Captain Forrest J. ASHBY or Phillip D. Pool that I slid anything under the door they have all, violated my "Due Process and Equal Protection"! I would appreciate if all of them from Warden Kevin Winters, also Asst Warden Sandra Funk; and Major McKee; and the entire Adjustment committee process, investigated! I you look on my Final Summary Report, you can see what I said about mailing it out of here, to my brother and how the Captain Forrest J. ASHBY and Phillip D. Pool Fabricated the document by saying that I admitted to sliding it under inmate LEE'S Door. Inmate LEE-K56430 doesn't live in housing unit (2) period. Inmate LEE lives in housing unit (1) on A wing, and if I was caught on any other housing-unit it would be "an Attempt escape" period! I was never positively ID'D by State IDOC CARD! Because if this was true I would have been place in segregation the same day, anytime this institution will walk you for not walking up in line fast enough. There have been a security error in Western Correctional Center K-25 unit obstructing my 8th Amendment Violating United State section code which has oppressed me unjustly treatment that is being displayed by the Western Correctional Center K-25 unit, this matter has been summons for an Affirmative Action by all means! I also ask for my witness to be call but my witness wasn't call because Attempt to make this disciplinary report stick was in progress! Inmate ANZIO KING-K62660 could have vindicated me for this small matter! The Adjustment committee isn't Following the department of Corrections guide line, and Warden Kevin L. Winters is going alone with all of the non-sense Around here, he isn't qualify for his office! Especially when he Allow this to go alone in this institution an turn a deaf ear! Also the hearing investigater, on my Incident #: 200300964/1 WII hearing date/Time 02/18/2003 11:32 AM. Status: Final!

R-01-27

## COMMITTED PERSON'S GRIEVANCE REPORT

DATE: 9-20-02    COMMITTEE PERSON: (Please print) Bowden    ID# B 00157

PRESENT FACILITY: W.I.L.C.C.    FACILITY WHERE GRIEVANCE ISSUE OCCURRED: W I L . C C.

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ___ Personal Property | ___ Mail Handling | **TRANSFER DENIAL:** | ___ Disability |
| ✓ Staff Conduct | ___ Dietary | ___ By Transfer Coordinator | ___ Other Seg R-01-27 |
| ___ Restoration of Good Time | ___ Medical Treatment | ___ By Institution | |
| ___ Disciplinary Report – Date: _____ | | Where issued: _____ | |

PAGE 1 – Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to the Grievance Officer.

PAGE 2 – Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

### THIS FORM IS NOT FOR PROTECTIVE CUSTODY DENIALS

Brief Summary of Grievance: On above date / time % Bethm was passing the evening dinner out when he got to my cell his entire attitude became somewhat dehumanize, He didn't even feed me an Hector Gonzalez, So I ask for the Sgt that %work over here in Segregation, he came over and he didn't Feed us either! The % Bethm is becoming out of control with his sporadic actions! Under the department I.D.R. states that we shall get our proper amounts of food, etc. Each an every day period, but! not % Bethm, he has took upon hiuself to issue but who get a chance to eat or not! He has been doing this for awhile, because with this attitude he has for inmates, he has ↑ step beyond his duties! He wasn't our officer, % Roberts was our officer for today and % Bethm was helping pass-out food and that was all requiern out of him, to make sure we ate! This man is messing with me because I wrote him up for destroying my commissary + Koss headphone + pictures and books etc! Hug + tapes + Ribbons broke my fan also + drop my type writer! post-conviction trial court transcript, dictionary! 31 hard cover books / soft cover books!

Relief Requested: I would appreciate if you could keep % Bethm away from me because he is a problem, and a serious accident waiting to happen! I want this to go into both our Files as being records so is the near future he want harass me! I want him to be suspended from this job for a couple weeks without pay, And I want total compensation!    (Attach additional pages, if necessary) And I am leaving a paper trail. I have Hector Gonzalze as my witness Also! My cell-mate!

### COUNSELOR'S RESPONSE

Date Received: 9/26/02

Response: This counselor interviewed C/o Brehm who denies any harassment and states I/m Bowden and his cellmate both werent fed on 9/20/02.

Counselor: P.V√    P. Vincent    9/30/07
　　　　Signature    Print Name    Date of Response

Outside jurisdiction of this facility; grievances which arose from a facility other than the committed person's present location and denial of transfers form the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9722.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**                    2 - B - 55

| | | |
|---|---|---|
| Date: 12-16-02 | Committed Person: (Please Print) Bowden | ID#: B00157 |
| Present Facility: W.I.C.C. | Facility where grievance issue occurred: Same | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☑ Other (specify): HARASSMENT

☑ Disciplinary Report: 12 / 6 / 02          Western Illinois Corrections
                        Date of Report         Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On Above date / time I was inside of My room and officer Timothy Brehn, came on 2-B wing and saw My name on the log and came to my cell and call me a nigger and told me that he threw My things away because I was a smart-ass nigger and what the hell, do white girls see in My black-ass! This occur 12-6-02! He wrote me a ticket claming that I call him out his name! He continue to harass me, and I have brought this to both Wardens Attention Dennis Hockaday & Kelvin Winters & Major McKee; but nothing has happen yet! I am tried of his racist statements.

**Relief Requested:** I want him to stay away from me, and if he write me another ticket, I want it to be dismiss! I want his ticket expunge From My record, and this place in his File / My File Also!

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden                                          B00157   12 / 13 / 02
Committed Person's Signature                     ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12 / 23 / 02          ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** THIS COUNSELOR INTERVIEWED C/O BREHM WHO DENIES ANY HARASSMENT OF I/m BOWDEN. C/O BREHM STATES I/m BOWDEN WAS WRITTEN AN IDR FOR INSOLENCE. — UNABLE TO SUBSTANTIATE I/m BOWDEN'S ALLEGATIONS

P. VINCENT                              P. Vinc/          12 / 23 / 02
Print Counselor's Name                 Counselor's Signature   Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___          Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____                              ___/___/___
Chief Administrative Officer's Signature                    Date

The ticket 304 Insolence should be expunge off my record because I had him remove from Segregation for threwsing my personal property away and my pictures & commissary and he is out for revenge, and he continue to target me! I wish you can put a leash on the beast! I did know what he will try to do next! I am going to the state police next!

**COMMITTED PERSON'S GRIEVANCE**

| Date: 6-29-04 | Committed Person: (Please Print) BOWDEN | ID#: B-00157 |

| Present Facility: Pontiac. C.C. | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): *destory personal property without due process Abusive authority*

- [ ] Disciplinary Report: ___/___/___  Date of Report

Facility where issued: *Trust office Title 20. Section 120:30 Conduct of Individuals*

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: 504.80 I GRIEVANT BOWDEN B-00157 WAS NEVER INFORM OF MY BARNEY books being destory because if you look at the Request OF PAYMENT DATE FEb 12, 2004 it took a month and two days before they any process my items to go out of the personal property! # 364166 chk DATE March 16, 2004 I AM MAKING you AWARE that this WASN'T A Mistake I had Superviser M. HAAb to send the barney books back because the addresses was wrong and I have other documents to make my claim, and personal property was well aware of the Fact that this was already paid for, but sent back because

Relief Requested: I wan't my books to be pay for the full AMOUNT, and postage/handling Also, and the trust Fund office to Refund me my $15.33¢ that I was CHARGE For postage!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    __/__/__
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____    _____    __/__/__
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____        __/__/__
Chief Administrative Officer's Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS

COMMITTED PERSON'S GRIEVANCE (Continued)

OF the Addresses problem I had with these items! I had L.T. GISH FORWARD the P-96 And other documents to Sgt Potts through the MAil, And the NEW Addresses but on 5-8-04 Both Sgt. Potts / %o Dechene took the liberty of destorying my property or taking it home! I CAN't REMEMBER WhEN A pERSON would throw brAnd NEW items AWAy, ESpecially if they could SERVE A purpose. All my items WAS destory without my pERMISSION And disguise on the document that I wrote on like I gAVe them Authority but if you READ my words, they sAy THESE items ONly, that don't MEAN All my pERSONAl property! Is Sgt Potts / %o Dechene HAd MEN or what? Or they don't Follow the D.R. OR policies.

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 3-21-03 | Committed Person: (Please Print) Bowden | ID#: 800157 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): _Final Summary Report 3-13-2003 Forgery My personal injury lawyer Barry Rabovsky_

- [ ] Disciplinary Report: 3 / 15 / 03    Western
  Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer. _504.08_

**Brief Summary of Grievance:** On above time/date Lt. Shaw heard my ticket that Captain James C. Clayton wrote me, a disciplinary ticket for 204 Forgery. And if you check the record, you can see where Capt. Clayton turn a simple ticket, to a 304; 206, 403; 204, from the investigation ticket he wrote on me 2-19-03. And after that Captain James C. Clayton wrote me up again on 3-5-03; For another 204 Forgery that wasn't even a matter of the department Corrections, but Captain James C. Clayton had my property on 2-12-03 and he didn't Find anything until he receive a letter From the mail room, or somewhere that he usually get his information From, so Captain James C. Clayton call me out For another interview

**Relief Requested:** I want to be vindicate of all charges, I want Barry Rabovsky the person injury lawyer as a witness and I want my documents back, and I want Full apology, And all my privileges Restore and my ticket expunge without prejudice, and a Full investigation on Captain James C. Clayton. This place inside of his File! I want to be release from segregation, and compensated, punitive damages $10,000 dollars

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Bowden | 800157 | 3 / 21 / 03 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

## Counselor's Response (If applicable)

| Date Received: ___ / ___ / ___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

## EMERGENCY REVIEW

| Date Received: ___ / ___ / ___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

I decline because of his verbal abuse, and cruel & unusual punishment 8th amendment; I have the right to decline and interview, that my 5th amendment, under the constitution !!! How would Lt. Shaw get the truth out of a Captain James C. Clayton that rub my penis, while having me in his care and custody of the department of Corrections. I wrote the Captain James C. Clayton up on Misconduct; Sexual misconduct; harassment & battery because Capt. James C. Clayton use accessive Force on me, Capt. James C. Clayton. I want the lawyer to be my witness and I wanted the original copy via Fax and the xerox copies Forward as part of my exhibit, So I can be vindicate From this petty case, he his Fabicated on me, because of his angry bais Attitude towards me!

REC. 27

RECEIVED
APR 1 4 2003
OFFICE OF
INMATE ISSUE

02-1189

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 8-26-2002 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |
|---|---|---|

| Present Facility: Western I L | Facility where grievance issue occurred: W.I.L.C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: 8 / 20 / 02    W.I.L.C.C.
  Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On above date and time Capt Cooper had two
of his officer % S. Logsdon #10162 to shake down cell
53 on 1-C; and according to my shakedown record
they didn't find any contraband, so % S. Logsdon #10162
came back to my cell 53 and ask me for my book, the
name of the book is call "KAMA SUTRA" by Ann Hooper.
I have been having problems with Captain Cooper with
P-96 going out, and when I spoke to him about the
problem he "stated you people"; so I am asking that
he return my book that was approved by this institution.

Relief Requested: I would appreciate an apology by him and my book
return as soon as possible, and this grievance place inside of
his file and mines also! And for him to stop harassing me!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden _____ B00157 __ 8 / 26 / 2002
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

| | Counselor's Response (if applicable) | |
|---|---|---|

Date Received: 9 / 9 / 02    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: THIS COUNSELOR SPOKE WITH CAPTAIN COOPER WHO DENIES
HARASSING I/m BOWDEN. HE STATES I/m BOWDEN'S BOOK
IS IN THE CONTRABAND CABINET WAITING TO BE REVIEWED.
THIS COUNSELOR CANNOT SUBSTANTIATE ANY OF THE ALLEGATIONS MADE
                    BY I/m BOWDEN.

P. Vincent _____ P. Vin _____ 9 / 17 / 02
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
SEP 2 3 2002
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

Chief Administrative Officer's Signature _____    ___ / ___ / ___
                                                            Date

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001)
                                                            (Replaces DC 5657)

Printed on Recycled Paper

**COMMITTED PERSON'S GRIEVANCE**

| Date: 8-5-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
|---|---|---|---|
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☑ Other (specify) Racist/Discriminate |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: 8 / 15 / 03     Pontiac
_____Date of Report_____Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON ABOVE date/time C/O BURGER #2938 MADE Racist Statement About ME ANd what I could suck, and how I was a cock sucker, 403-Disobeying; 304-Insolence; 310 abuse of Privileges; 404-Violation of rules... Employee/Correctional Officer/or any Subordinate Staff Agency C/O Burger violate rule and title 20. Section 120.80 Conflict of Interest which states, Individuals providing SERVICES to the department shall not engage in conduct which impairs their ability to perform their duties and responsibilities in an impartial manner. C/O Burge told me to Kiss his ass, and also call me a bitch and a nigger, and according to Article title 20. Inmate/Staff Communicating

Relief Requested: I want this ticket expunge, and I want C/O Burger to stop harassing me, also a full Apology, and All my activities Restore! I want this place into my File Also and his also! And I want a Full investigation on his conduct with that gun!

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Bowden_                        B00157
Committed Person's Signature    Bowden    ID#    8 / 15 / 03
                                            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☑ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____    _____    ____/____/____
Print Counselor's Name        Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature        Date