Staff are not to engage in horseplay or favoritism or use a firm mild tone, and at no times offensive, Profane, Valgar, or/ Rough language. Staff may not discriminate against inmates due to Race, Creed, Color, or National Origion... I never made any of these statement that %o Burger is accusing me of, an %o Burger pointed that "gun" at me again this make's the three of Forth time incident has happen and nothing is being done about this matter period! At 8:16 A.M.; date 8-5-03! I am being harass by %o Burger, because if you look at my disciplinary Record For 7-1-03 and 6-11-03 you can see how %o Burger is using the I.D.O.C., to violate First And Fourteenth Amendments, And I am suffering irreparable harm. %o Burger #2938; claim I was yelling down the gallery And IF you check out what time the Count clear you would Know that it didn't clear on 8-5-03 until way past 8:06 A.M.; Also why didn't I Receive a ticket From L.T. Blackard because he was Conducting Shakedown before the inmate went to the yard!

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 8-7-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☑ Other (specify): _Abuse of Authority_ |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: _____ / _____ / _____
Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON ABOVE date in WCH-1021 L.T. Blackard #2907 Refuse to allow me to enjoy the yard privilege because the Report % Burger wrote on me 8-5-03 9⁴⁵ A.M. 403; 304; 404; 310; I never violated any department rule, and the infraction L.T. Blackard cause on my without following procedure, violated my constitutional Rights, because before L.T. Blackard or any member of the department can enforce a rule or policy it must be either be posted or handed out to the inmates, unless it's causes harm or is a security threat to the I.D.O.C. But if I am wrote a disciplinary Report it must take it's course

**Relief Requested:** I want L.T. Blackard to compensate me for Abuse of Authority; and to reread the I.D.O.C. Policies; and apologize to me! I don't wont him to cause anymore harm on me or other inmates!

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Committed Person's Signature _____ B00157 _____ 8 / 7 / 03
ID# _____ Date

**(Continue on reverse side if necessary)**

---

## Counselor's Response (if applicable)

Date Received: _____ / _____ / _____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____ Print Counselor's Name _____ Counselor's Signature _____ / _____ / _____ Date of Response

---

## EMERGENCY REVIEW

Date Received: _____ / _____ / _____   Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature _____ / _____ / _____ Date

bEFORE A OFFICER OR L.T. CAN MAKE A deterMATioN! But L.T. BlackARd, abuse his Authority, when he L.T. BlackARd, took it upon himself to call a Move like that, According to the I.D.O.C. I must be Found guilty bEFORE My yARd is Restricted. L.T. BlackARd only coME ARouNd doing yARd, he NEVER MAkes REgulAR checks until yARd, And than he destory the INMATES RooM!

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**     0338 09

| Date: 4-7-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability  _Institution_
- [x] Other (specify): _Access/property Alter/property_

- [ ] Disciplinary Report: ___/___/___     _Pontiac_
  Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On above/date time inmate Bowden came to Pontiac C.C. and his things followed him, and when the personal property was reviewed and 36 items was remove, either call access or alter but nothing was access or alter, when I was down in Western Correctional Center. I am grieving my personal-property, because the system is unfair whenever you leave another institution, and go into a new institution the institution that you arrive at takes things from you an declare them access or alter or contraband, this is call the contract and it is deem unconstitutional. I am making my case to the Sagamon County Court, For a injuction to store my personal-property

**Relief Requested:** upon my departure I want my things return, and store until I get out of segregation or a full refund on all my access/alter property, and compensated for the things if they are lost or destroy! And my type-writer/return and Fan replace. And this place in my File.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Bowden | B00157 | 4 7 03 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4 11 03

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Per personal property guidelines, the 36 items were altered, in excess or unauthorized and therefore considered contraband by this institution and will not be stored in your property.

| Jennifer Melvin | Jennifer Melvin | 5, 14, 03 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

MAY 2003
Pontiac Corr. Center
Grievance Off.

Distribution: Master File; Committed Person     Page 1     DOC 0046 (Eff. 10/2001)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

because I.AM A WARD OF the State of Illinois / Correctional, and this is my only Address until, I AM either release or remanded back to court or my case overturn! So until than according to the I.D.R. Rules under procedures; Administrative Director 03.02.108(2)(e) provides: "Employees shall utlize state equipment, property, and services only as Authorized For their job assignments." Secondly, A.D.03.02.108 (I)(A) provides: Failure to comply with any of the standards of conduct may result in discipline! I want my Fan replace, because either Pontiac or Western Corrections broke it on transfer or at the institution! I want my typewriter daisy-wheel replace it it's broke also, and Holy Quran return immediately.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**     037365          E804

| | | |
|---|---|---|
| Date: 5-14-2004 | Committed Person: (Please Print) Bowden | ID#: B-00157 |
| Present Facility: Pontiac C.C. | Facility where grievance Issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify): _____
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: ___/___/___          Pontiac C.C.
   Date of Report                                Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issue, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On 4-13-2004 C/O Delong took me to
personal property because she broke my tag on my
legal box and was suppose to secure my legal box
before it leave my possession, but somehow I wasn't aware
that my box had been open without my permission. I was
told that I would be getting another seal on my box
that Saturday but nothing happen, so when C/O Delong came
back to work that Monday she told me that my box legal
was taking over to personal property without her knowing
that next day because according to her my legal-box would

Relief Requested: I want to be allow to have my personal property and I want
a full apology on the way my legal-box was illegally enter and I want to
know if my things are over in personal property. I want to be compensated for
[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
property if they destroy it . . .

_____     _____     ___/___/___
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|
| Date Received: 5.21.04 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Contacted Sgt Potts. He said the
property items were destroyed that
you were trying to send out on a visit

R. Flex                    R. Flex                    5.21.04
Print Counselor's Name          Counselor's Signature          Date of Response

| EMERGENCY REVIEW | | |
|---|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes: expedite emergency grievance [ ] No: an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

_____          ___/___/___
Chief Administrative Officer's Signature          Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
                                                                      (Replaces DC 5657)
Printed on Recycled Paper

be lock inside of the L.T. office for security reason but it wasn't and that Monday was when she %o Delong was going to take care my legal-box, but she never show up unto Tuesday and I stop her on one-galley in west cell house transporting someone back from some place. She told me that she was on her way over there place a seal on my "legal-box" and I ask her to take my things other than my typewriter off the Grievance shelf and prepare it for a visit pick-up for 4-14-04 according to my sister's letter she was suppose to make it out here to see me her and her husband but they never made it out here period. I am powerless over what happen to me and I have (NO) control over what goes on outside of my control. I was force to sign a document that if she don't come pick my personal property up that I will destroy it, but I can't destroy anything when my personal property has many legal documents and all my letters and court paper works, and photo's watch, chains, over $2,000 thousand dollars worth of books and my new typewriter, Radio, many other personal things. I am a ward of the state and I need to have my things held until I am able to secure a way to send them somewhere I have lost my house this is my current housing until I can find other resident. I don't know why I am being persecuted for trying to secure the only thing I have and my things that my mother either gave me the money for or I earned by saving up for, I am in jail because the war machine; to feed the people who practice on locking people up because of the so-called punishment they committed %o Dechene found some excessive items inside my personal property box that he consider contraband but letters, books, and other items that was inside my box, legal-box before I came down here to be told everything that was allow in western correctional center, wasn't exceptable at this institution, so everything that they so-called didn't like they deem it contraband so that I had to sent it out at my expense. I don't have a house this is my address according to the so-called Department of Corrections. P.O. Box 99, Pontiac, Ill 61764-0099. %o Joseph Dechene didn't follow the I.D.R. I.D.R because my items that was found in my legal-box didn't go on the 72 hour shelf or I didn't receive a shake-down slip. And I only agree to the items that was found in my legal-box (only) as you can see I would agree to have these items on this paper destroy if they

wasn't pick-up by a visit! 4-13-04

Counselor Kennedy
23 WCH-1021

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 6-24-0 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☑ Other (specify) His Conduct
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___    _____
                        Date of Report        Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On above date/time inmate was laying down still
Asleep until C/o H.S George wake inmate up for breakfest Feeding.
C/o Burger Never I.d. me period. C/o Lindsay lie About hearing
me period because if C/o Burger who runs the cat walk would
have I.d. me or heard me make excessive noise he C/o Burger
would have never mis this opportunity to write anybody up
period! I Am upset that the C/o can continue to lie About Anything
And they don't get reprimanded For their behavior! C/o Lindsay didn't
hear me nor did C/o Burger see me period!

Relief Requested: I want C/o Burger and C/o Lindsay to stop their harassment
and I want to take A Polygraph Test And I all my privilege Not to
be revoke, and I want A Full Apology From C/o Burger / C/o Lindsay, and this ticket expung!

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    B00157    6, 24, 03
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10/26/03    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                    Administrative Review Board, P.O. Box 19277,
                                                                    Springfield, IL 62794-9277

Response: C/O Burgee + c/o Lindsay deny these
allegations of harassing Offender Bowden. The
officers conduct themselves in a professional manner
at all times.

S Kennedy                    SKenn                    7/1/03
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                    ☐ No; an emergency is not substantiated.
                                                                                    Committed person should submit this grievance
                                                                                    in the normal manner.

Pontiac Corr. Ctr.
Grievance Off.

_____                                    _____
Chief Administrative Officer's Signature                    Date

Distribution: Master File; Committed Person    Page 1

U 34250

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 7-1-03 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability   Section 120.80
- [x] Other (specify): Conflict of Interest   HARASSMENT

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

Note:    Protective Custody    denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.   504.80

Brief Summary of Grievance: On above date and time 11:12 C/O Micheal Burger #2938 wrote me a disciplinary report, because he claim I call his name. So he wrote me up for 403 disobeying a direct order; 304; Insolence. According to Title 20. Inmate/staff Communication #25, which states: Employees are to treat inmates fairly, Consistently and with Equal Dignity and courtesy. Staff are not to engage in Horseplay or favoritism toward inmates. C/O Burger has continue to display these and other game, he also pointed the Mini 14 gun at my direction on 7-1-03 And put my life in serious danger! When he automatic thought me and inmate Branson R-19997 cell 1022 was talking to other people

Relief Requested: I want C/O Burger to completly stop harassing me, and this ticket expunge off my record, and I would like a polygraph test! Also I want this place inside of his file C/O Burger And I want Internal/Affairs aware of his behavior! I seeking a full apology.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Bowden | B00157 | 7 / 1 / 03 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

### Counselor's Response (If applicable)

| Date Received: 7 / 8 / 03 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: C/O Burger denies any allegations of harassment. C/O Burger conducts himself in a professional manner while conducting his job duties.

| S Kennedy | SKe_____ | 7 / 9 / 03 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

### EMERGENCY REVIEW

| Date Received: _____ / _____ / _____ | Is this determined to be an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

JUL 2006
Pontiac Corr. Ctr.
Grievance Off.

| | _____ / _____ / _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

**COMMITTED PERSON'S GRIEVANCE**

ILLINOIS DEPARTMENT OF CORRECTIONS

037451

| Date: 5-29-2004 | Committed Person: (Please Print) Bowden | ID#: B-00157 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Racist Statement

- [ ] Disciplinary Report: 5 128 04 / Pontiac C.C.
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On above date and time Grievant Bowden B-00157 W-112 was in the Law Library on 2 Gallery and C/o Cramer 2980 came and call me a black spook and a Bitch, and state that if I don't like it write me up. This is the four or fifth run in, that I had with this unprofessional officer and C/o Roberston has harass me also on 5-28-04 with threats about if I don't shut up that I am going to receive a disciplinary report, because he doesn't like me! C/o Cramer has over step his bound by using these kind of words to express the racism

Relief Requested: I want to be apologize, too, and release from segregation early as soon as possible. I want any time GCC took reinstated as all my actives and I want compensation 10,000 dollars, punitive pain/suffering emotionally stress. I want to move to the North House.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

I want my witnesses investigated and this expunge off my record.

| Committed Person's Signature | ID# | Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: 6, 1, 04 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Contacted c/o Cramer. He stated he did not use inappropriate language or racial slurs toward Bowden. Contacted c/o Starkey. He did not witness or hear c/o Cramer use any racial slurs towards Bowden.

| Print Counselor's Name: R. Flex | Counselor's Signature: R. Flex | Date of Response: 6, 4, 04 |
|---|---|---|

**EMERGENCY REVIEW**

| Date Received: ___ | Is this determined to be of an emergency nature? | [ ] Yes: expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | Date |
|---|---|

that is so deeply rooted in his so-called nature. I feel like this behavior will continue if he C/o Cramer is allow to go on using these words to start tention about Race and how he feel about you people as he say! I never broke these infraction and I would truly appreciate if you interview C/o Charlkey was our officer 5-28-04 and he was aware of this incident because he is my witness and inmate Jones B-38286 W-202 also can be interview about this serious offense. Also 5-30-2004 C/o Cramer came on our gallery and did the count and call me another bitch and a nigger and a cocksucker! I am harass by this C/o Cramer everytime he is on the gallery that I am on, and when it comes to yard he want to do a inspection on anal like I have been on a visit or like I have contraband on me. This is becoming regular for him each day, he's at work, and C/o Cramer is fabricating the tickets like inmates are hollering when they're really talking!

Please investigate my witnesses for me!

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 9-5-03 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |

| Present Facility: PONTIAC | Facility where grievance issue occurred: PONTIAC |

**NATURE OF GRIEVANCE:**

☐ Personal Property       ☐ Mail Handling          ☐ Restoration of Good Time    ☐ Disability
☑ Staff Conduct           ☐ Dietary                ☐ Medical Treatment           ☑ Other (specify): HARASSMENT
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator                        RETALIATION

☐ Disciplinary Report: __8__ / __13__ / __03__
                        Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
  administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
  Administrative Officer.

Brief Summary of Grievance: ON ABOVE date OF REPORT 8-13-03; L.T. HARKINS
ABUSE his AUTHORITY BECAUSE hE CLAIM hE WAS TOURING
TEN GALLERY IN THE WEST SEG. UNIT. L.T. HARKINS STATED
THAT I HAD MY INSTITUTIONAL COUNT LIGHT COVERED WITH
A MANILLA ENVELOPE, THIS IMPAIRING SURVEILLANCE INTO
MY CELL (WH 1021) I AM BEHIND THE DOOR AND I ASK
FOR THE MANILLA ENVELOPE TO BE PRESENTED AT THE
HEARING AND ACCORDING TO THE SHAKE-DOWN SLIP
L.T. HARKINS CLAIM I HAD THE MANILLA ENVELOPE, BUT
WHAT HAPPEN TO IT, ACCORDING TO THE TICKET L.T. HARKINS

Relief Requested: I WANT BOTH TICKET EXPUNGE OFF MY RECORD AND A FULL
APOLOGY FROM L.T. HARKINS AND ALL MY PRIVILEGE RESTORE AND MY A/V BACK
AND RELEASE FROM SEGREGATION FOR MY PAIN/SUFFERING AS COMPENSATION

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Bowden_                                              B00157    9  15  03
Committed Person's Signature                          ID#              Date

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |

Date
Received: ___ / ___ / ___        ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                          Administrative Review Board, P.O. Box 19277,
                                                                          Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name              Counselor's Signature          Date of Response

| **EMERGENCY REVIEW** |

Date
Received: ___ / ___ / ___      Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated.
                                                                                  Committed person should submit this grievance
                                                                                  in the normal manner.

_____                                        ___ / ___
Chief Administrative Officer's Signature                                    Date

Distribution: Master File; Committed Person                    Page 1                    DOC 0046 (Eff. 10/2001)
                                                                                         (Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

DISPOSE THE EVIDENT, SO HOW CAN L.T. HARKINS
OR ANYBODY FOR THAT MATTER PROVE ANYTHING?
L.T. HARKINS CLAIM HE had A MANILLA ENVELOPE
but I didn't SEE IT NEITHER THE AdjustMENT
COMMITTEE Produce ANY EVIDENT, THE COMMITTEE
STATED A SHAKE DOWN SLIP, AGAIN HOW CAN A SLIP
PROVE SOMETHING HAPPEN? Impossible!

BASED ON THE COMMITTED AND THE Disciplinary
Report L.T. HARKINS WROTE I FEEL IT SHOULD BE
DISMISSED ON GROUNDS OF LACK OF PROOF/Evidents!

AND I AM Attaching ANOTHER document to
Show Bias and that HE is getting ME back
BECAUSE HE try to give ME A drug CASE FOR
having two empty Albuterol inhalater Aerosol, and
ONE half Fill! 4-15-03 Charge Was originally A
203 but it was drop because it was Fabicated!

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 11-12-2004 | Committed Person: (Please Print) BOWDEN | ID#: B-00157 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
      Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability
- [x] Other (specify): harasment discriminate Racist Remarks

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON 11-15-2004 Grievant BOWDEN B-00157 wasn't making noise at 4:35 a.m. this So K. Boase #2910 call me a black BufFoon, because while Ranadan was going on I ask him why was he passing out Food without glove and he stated that he didn't NEED ANY while handling Food. So I stated that I am going to see why was this going on, and he stated shut-up. Title 20. Inmate/Staff Communication #2 which states; Employees are to treat inmates Fairly, Consistently and with Equal Dignity and Courtesy, Staff are not to engage in Horse play or Favoritism toward inmates.

**Relief Requested:** I want this grievance to be Attach to my disciplinary report and I want Any and all charges expunge From my record, also I want puntive damages pain & suffering no-less than 10,000 dollars. I want him to stay away From me.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Bowden | B-00157 | 11 / 16 / 2004 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 11 / 30 / 04

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** C.O. Boase was contacted. He denies Bowden's allegations He stated that he always wears gloves when he serves food and that he is professional when speaking to you. He stated that he wrote offender a ticket on 11/15/04 for excessive noise.

| Sandy Eaton | Sandy Eaton | 12 / 21 / 04 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| | |
|---|---|
| Chief Administrative Officer's Signature | ___/___/___ Date |

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Cont: When speaking to an inmate or giving an order, employees are to use a firm mild tone, and at no times offensive, profane, vulgar, or / rough language. Inmates are to be addressed by name rather than prison number.

Staff may not discriminate against inmates due to race, creed, color, or national origin. Neither are staff to grant any special privileges or show partiality to inmates or employees.

Also %o K. Boase is writing disciplinary reports up without merit %o K. Boase "2910, he never stated what violation I broke, also he never stated I violated the noise policy that Major Quinley posted. %o K. Boase is fabricating this report and he will keep this unprofessionalism up until it is check! E.O.R.

DOC 0046 (Eff. 10/2001).
(Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 10-13-04 | Committed Person: (Please Print) BOWDEN | ID#: D-00157 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☒ Restoration of Good Time ☐ Disability
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☒ Other (specify) disrespect unprofessional conduct
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ _____
  Date of Report        Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer. 504.80

Brief Summary of Grievance: ON June 13, 2004 at 11:50 p.m. count C/o R. Montgomery AND C/o Mottershaw, was counting and C/o R. Montgomery was unprofessional in his conduct when he made a crazy remark to a inmate call him a bitch and said that if anybody call him out of his name, he will call them names back! So I ask him was that the Administrative code of Professional Conduct Title 20. Section 120.30 Conduct of Individuals: So C/o R. Montgomery Stop by my cell WCH-112 and told me that he will write my black ass up if I didn't like it, and I told him that I am not trying to start something and C/o R. Montgomery, stated Shut your

Relief Requested: I want all tickets expunge that C/o R. Montgomery wrote me! I want an investigation on him, and I want to be lay off without pay and to go through a program for his behavior and to stop fabricating disciplinary reports

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   ___/___/___
Committed Person's Signature        ID#              Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) |
|---|

Date Received: 7, 20, 04   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I wrote to C/O Montgomery and he denied allegations against him. Therefore, these allegations cannot be substantiated.

N. Osman                    N. Osman                  8, 4, 04
Print Counselor's Name      Counselor's Signature     Date of Response

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ___/___/___   Is this determined to be of an emergency nature?
  ☐ Yes; expedite emergency grievance
  ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____                              ___/___/___
Chief Administrative Officer's Signature                  Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff. 10/2001)
Printed on Recycled Paper                                            (Replaces DC 5657)

damn mouth than he has wrote My next door neighbor sp
Dave 113, and White 114 For Nothing but speak out about
his unprofessional tactics and his ～～～ conduct! According
to Title 20. Inmate/Staff Communication # 25. State
Employees are to treat inmate Fairly, Consistently and
with Equal Dignity and Courtesy, Staff are not to engage in
Horseplay or Favoritism toward inmates!


Also each day while he works he claim that he hear's
you inside of the tunnel, how can So R. Montgomery see
From back there? He continue to Fabicate Reports Each
time he write one!


So Richard Montgomery has disrepected Me on three different
times. And I am tired of him threatening Me with tickets!
He has use his authority abusive and it Must Stop Now.

#21062

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 12-28-02 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: W.I.C. | Facility where grievance issue occurred: | Western Illinois Correctional Center |

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☑ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☑ Other (specify): CONFISCATED / |
| ☐ Transfer Denial by Facility | ☐ Dietary | ☐ Transfer Denial by Transfer Coordinator | CONTRABAND |

☐ Disciplinary Report: ___/___/___
                        Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON above date/time my item was confiscated from me because on 9-7-02 % Korte / % Jennings came into my cell and remove from me a picture of my uncle/auntie, and charge me with 205/104/308, the warden Dennis Hockaday explunge the 205 off my record so I can get my picture back! On above date/time % S. Logsdon #10162 remove from me my property, a book the KAMA SUTRA Author Anne Hooper, and I was told by Captain Cooper that as soon as the book be Review it would be return back to me! It was remove 8-20-02 it has been Five months! The book cost $42.50 d.

**Relief Requested:** I want all of my things return back A.S.A.P. or full compensation, and no-less than $10,000 thousand dollars for pain and suffering and defamation of character

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____      _____      ___/___/___
Committed Person's Signature        ID#          Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | |
|---|---|

Date Received: 1 / 9 / 03    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** THIS COUNSELOR RETRIEVED I/m BOWDEN'S ACTIVE FROM INTEL. THE BOOK, KAMA SUTRA WAS SENT TO PERSONAL PROPERTY. I/m BOWDEN SENT ALL HIS PROPERTY (BEING HELD) OUT ON 1/22/03. — GRIEVANCE RESOLVED.

P. VINCENT                    P. V.                1 / 23 / 03
Print Counselor's Name        Counselor's Signature    Date of Response

| EMERGENCY REVIEW | |
|---|---|

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____          ___/___/___
Chief Administrative Officer's Signature              Date

Distribution: Master File; Committed Person                    Page 1                    DOC 0046 (Eff. 10/2001)
                                                                                          (Replaces DC 5657)
Printed on Recycled Paper

W-112

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 9-5-03 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☑ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☑ Other (specify) "Burger" 2938
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator   harassment  Retaliation

☐ Disciplinary Report: # 127 103      Pontiac
　　　　　　　　　　　　　Date of Report　　　　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and ~~~~~~~ is deemed an emergency, or is subject to direct review by the Administrative Review Board.
~~~~~~~ or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: 364  AS IN THIS AND PRIOR Adjustment Committee FINAL
SUMMARY Reports- THE STATEMENT I Submitted AS IMPLIED
(STATEMENT IS ATTACHED) WAS NOT RETURNED WITH ATTACHED
FINAL SUMMARY REPORT, THEREFORE, I AM SUBMITTING MY
PERSONAL COPY. ONCE AGAIN THIS Adjustment Committee HAS
PUT TOGETHER A CLEVER MIX OF NONSENSE DEDUCED AS
EVIDENCE TO SUBSTANTIATE ABOVE CITED I.D.R. "Burger"
#2938, NEVER GAVE THIS PRISONER A DIRECT ORDER TO STOP
TALKING - IN ORDER TO HAVE DONE SO - HE WOULD HAVE
HAD TO OBSERVE ME, THIS IS IMPOSSIBLE TO DO FROM

Relief Requested: I WANT this disciplinary Report dismiss A.S.A.P. AND A
Full Apology FROM "Burger" #2938, AND All MY Activities Restore FOR MY
PAIN/SUFFERING AND THIS PLACE IN THIS FILE AS MY COMPENSATION! I WANT MY A/V

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden
Committed Person's Signature      B00157      9 15 103
　　　　　　　　　　　　　　　　　　ID#　　　　　　Date

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |

Date Received: ___ / ___ / ___      ☐ Send directly to Grievance Officer      ☑ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name　　　　Counselor's Signature　　　　Date of Response

| **EMERGENCY REVIEW** |

Date Received: 10 1 10 03      Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote
Chief Administrative Officer's Signature      10 10 03
　　　　　　　　　　　　　　　　　　Date

RECEIVED
SEP 11 2003
OFFICE OF
INMATE ISSUES

Distribution: Master File; Committed Person　　　- Page 1 -　　　DOC 0046 (Eff. 10/2001)

CAT WALK TO 10 GALLERY. THOUGH % BURGER CATEGORIZES THE OFFENSE AS "DISOBEYING A DIRECT ORDER TO STOP YELLING," IT STILL FAILS THE TEST, CONTAINED IN BODY OF GRIEVANCE AS ESTABLISHED BY THE COURTS THAT BEFORE A PRISONER CAN BE PUNISHED FOR VIOLATION OF A RULE HE'S SUPPOSED TO UNDERSTAND WHAT IT CONSISTS OF % BURGER #2938, AS IN ALL OF HIS PRIOR IDR ON THIS PRISONER FOR SAME OFFENSES HAS RELIED ON (MEMO DATE 1-1-02) AS BASIS FOR WRITING THIS IDR A MEMO I HAVE REPEATEDLY POINTED OUT DOES NOT ESTABLISH NOR ADEQUATELY DEFINE WHAT "NOISE LEVEL GUIDELINES" ARE THEREFORE IT CAN NOT BE UTILIZED AS A BASIS FOR PENALIZING THIS PRISONER FOR OFFENSES CHARGED BASED ON THE FOREGOING THE OFFENSES SHOULD BE DISMISSED AND IDR EXPUNGED.

As you could see WHAT INMATE ~~PALMATIER, SEAN R-03082~~ % BURGER got BELLIGERENT because I ASK him about the lie he FABRICATED ON ME! I have two WITNESSES AND Also BRANDSON, KEITH R-19997, when I wasn't doing Anything period!

ACCORDING TO YOUR INMATE GRIEVANCE PROCEDURE, BASIS FOR DECISION IS IN IMPROPER I HAVE A COPY Attached To this document AND A FINAL SUMMARY Report!

Also ERIKA R HOWARD - Chair PERSON FABRICATED A LIE ON ME. SHE IS USING DEFAMATION TO MY CHARACTER by stating that I ALTERED THE WHITE COPY OF THE DR TO MAKE IT APPEAR THAT I RESIDED IN CELL 112 AT THE TIME THE INCIDENT OCCURRED.

EITHER J. WILLIAMS CHANGE it, because he SERVE the ticket because when he bought it to ME, I SIGN it AND HE LEFT % J. Williams thought I ~~WAS~~ up in W-1021 OR the CAGE change MY CELL! % ERIKA R HOWARD - Chair PERSON, did a unprofessional job of INVESTIGATION to just ACCUSE OR ASSUME ME FOR ANYTHING NEITHER could that bogush investigation officer Johnson of the investigation office...

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

0 35603

| Date: 11-08-03 | Committed Person: (Please Print) BOWDEN | ID#: B00157 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify) STAFFS behavior
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: 10 / 28 / 2003
  Date of Report          Facility where issued

Note:  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON ABOVE DATE. WHEN THIS INMATE RECEIVE HIS DISCIPINARY REPORT FROM THE OFFICE WHO SERVE IT I NEVER WANTED HIM TO PUT WHAT HE PUT DOWN ON MY TICKET I WANT MY INCIDENT INVESTIGATED THOURGHLY. I HAVE EXPLAIN TO THE OFFICE PATRIC S NEAL THAT THE BOX WAS THE BOX THAT FOLLOW ME DOWN HERE TO PONTIAC AFTER MY INVESTIGATION SO WHEN PONTIAC FINDLY GAVE ME A BOX AFTER 3 MONTHS, AND WHEN MY ORIGINAL PERSONAL PROPERTY CAME DOWN, PERSONAL bought ME THE OTHER BOX OVER BUT I HAD ONE SO

Relief Requested: I want this ticket expunge and All my time/A/V resture And I want this as my compensation. A.S.A.P. Also my commissary C-grade also restore and I want L.T. Benny Dallas remove from the commit

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | B00157 | 11 / 08 / 03 |
|---|---|---|
| | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: / / | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response:

*[stamp: NOV 2003 Pontiac Corr. Grievance Off.]*

| Print Counselor's Name | Counselor's Signature | / / Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: / / | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | / / Date |
|---|---|---|

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
                                                                      (Replaces DC 5657)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE** (Continued)

THE CARRY IT BACK, AND NEVER DID PLACE THAT
BOX WITH MY OTHER PROPERTY SO EVERYTIME THAT
MY LEGAL BOXES CAME OVER THAT CAME WITH MY
LEGAL SO WHO FAULT WAS IT REALLY? ACCORDING
TO SECTION 504. TABLE A ADULT BULLETIN PART 504,
1) DISCIPLINE AND GRIEVANCE FEBRUARY 1, 1998

DOESN'T CONSTITUTE CONTRABAND UNDER 308, WHEN
EVERY THING WAS MY ITEMS POINT BLANK PERIOD.

DEFINITION: POSSESSING, GIVING, LOANING, RECEIVING, OR USING
PROPERTY WHICH A COMMITTED PERSON HAS NO AUTHORIZATION
TO HAVE OR TO RECEIVE AND WHICH WAS NOT ISSUED TO THE
INDIVIDUAL THROUGH REGULAR PROCEDURES, INCLUDING THE
UNAUTHORIZED POSSESSION OF FOOD OR CLOTHING OR THE
POSSESSION OF PROPERTY IN EXCESS OF WHAT WHICH IS
AUTHORIZED BY THE INSTITUTION : OR PROPERTY WHICH HAS
BEEN ALTERED FROM ITS ORIGINAL STATE !

W-112 

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 9-5-03 | Committed Person: (Please Print) BOWDEN | | ID#: B00157 |
|---|---|---|---|
| Present Facility: Pontiac | | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☑ Other (specify): HARASSMENT Retaliation
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: 8 / 13 / 03        Pontiac
　　　　　　　　　　　Date of Report　　　　　　　Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　　Chief Administrative Officer, only if EMERGENCY grievance.
　　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　　　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　　　Administrative Officer.

Brief Summary of Grievance: ON ABOVE date OF REPORT 8-13-03; L.T. HARKINS
ABUSE his authority BECAUSE he claim he WAS touring
TEN GAllERY IN THE WEST SEG. UNIT. L.T. HARKINS STATED
THAT I HAD MY INSTITUTIONAL COUNT LIGHT COVERED WITH
A MANILLA ENVELOPE, THIS IMPAIRING SURVEILLANCE INTO
MY CELL (W#1021) I AM BEHIND THE DOOR AND I ASK
FOR THE MANILLA ENVELOPE TO BE PRESENTED AT THE
HEARING AND ACCORDING TO THE SHAKE-DOWN SLIP
L.T. HARKINS Claim I had THE MANILLA ENVELOPE, BUT
WHAT HAPPEN TO IT, ACCORDING TO THE TICKET L.T.HARKINS

Relief Requested: I want both ticket expunge OFF MY RECORD and a full
Apology FROM L.T. HARKINS and All MY privilege REStorE and my A/V back
And RELEASE FROM SEgREGATION FOR MY PAiN/SuFFERING AS COMPENSATION!

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

　Bowden　　　　　　　　　B00157　　　9  15  03
　Committed Person's Signature　　　　ID#　　　　　　　Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___ / ___ / ___ | ☐ Send directly to Grievance Officer | ☑ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

OCT - 7 2003

WARDEN'S OFFICE
PONTIAC CORR. CENTER

_____    _____    ___ / ___ / ___
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 10, 7, 03    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
SEP 11 2003
OFFICE OF
INMATE ISSUES

Stephen D. Mote    _____    10, 7, 03
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

DISPOSE THE EVIDENT, SO HOW CAN L.T. HARKIN'S
OR ANYBODY FOR THAT MATTER PROVE ANYTHING?
L.T. HARKINS claim HE had A MANILLA ENVELOPE
but I didn't SEE IT NEITHER THE AdjustMENT
COMMITTEE Produce ANY EVIDENT, THE COMMITTEE
STATED A SHAKE DOWN SLIP, AGAIN HOW CAN A SLIP
PROVE SOMETHING HAPPEN? IMpossible!

BASED ON THE COMMITTED AND THE Disciplinary
REPORT L.T. HARKINS WROTE I FEEL IT SHOULD BE
DISMISSED ON GROUNDS OF LACK OF Proof/Evidents!

AND I AM Attaching ANOThER document to
Show BIAS and that HE IS getting ME BACK
BECAUSE HE try to give ME A drug CASE FOR
having two EMPty AlBUTEROl INhAlATEr AEROSOL, AND
ONE half Fill! 4-15-03 Charge WAS originally A
203 but it WAS drop BECAUSE it WAS Fabicnted!

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 11-19-03 | Committed Person: (Please Print) Bowden | ID#: Boo157 |
|---|---|---|

Present Facility: Pontiac

Facility where grievance issue occurred: Pontiac

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability   *Harrassment*
☑ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☑ Other (specify): _Defamation of Character_
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☑ Disciplinary Report: _1 1 0 6 1 0 3_    _Pontiac C. C._
Date of Report          Facility where issued

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

_# 2003078321_

Brief Summary of Grievance: ON Above Date, AND Time THIS INCIDENT REPORT was WRITTEN by L.T. HARKINS, who is a OPEN ENEMY to ME, because: This L.T. HARKINS, hAS ACCUSE ME OF SEVERAL INCIDENTS, AND This date on 11-06-03, while I WAS IN My CELL 112 prayer Around 10:00 p.m. Count L.T. DAVID L. HARKINS WAS WALKING Around hARASSING INMATES AND I WAS prAYING WHEN he WENT Pass My CELL AND SAID A RACIAL StAtEMENT About My REligion because I AM A Muslim, AND I bELIEVE dIFFERENT FROM him SO THiS do NOT gIVE him grOUND to bE RACIST towards ME EVEN WHEN I KNOW he iS RACIST by the WAY hE ExprESS

Relief Requested: I WANT him to stAy FAR AWAY FROM ME, AND I WANT A Full Apology, AND My AN RESTORE, COMMISSARY, SEGREGAtiOn, GCC OR SGT bAck, GRAdE REStORE, AND I WANT him to bE REMOVE FROM THiS WCH, AND lAy OFF FOR two week without pAy. I WANT compensation unless the $10,000 dollars. Expunge this ticket.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bowden _____     Boo157     11 / 19 / 03
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: _____ / _____ / _____

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff. 10/2001)
Printed on Recycled Paper          (Replaces DC 5657)

his words, you people, always want something! THIS is
REALLY unprofessional and need to be address A.S.A.P.
because this is a diease if you don't catch it, before
it spread it will cause great harm! Because I also
want L.T. Benny D Dallas to remove himself from hearing my
Disciplinary Reports, because he also is harassing me, he gave
me a copy in my hand 7 days later and never even acknowledge
the mistake of this ticket techincal this ticket should
expunge off my record.

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

| Date: 8-10-04 | Committed Person: (Please Print) Bowden | | ID#: B-00157 |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify):

Violation of Rules
L.T. Dallas
Racism
Favoritism

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: 504.80 I, Grievant Bowden, B-00157

saw a star on my disciplinary Report File that L.T.
Dallas place on it to take time from me he stated
that is bais and Racism and if you look at these
two different Final Summary Report L.T. Dallas told
inmate white N-63641 why do he want to help those
people what kind of Statement is this coming from a
man who was so-called Chairperson on the committe
here is a man who has continue to be Racist toward
black inmates and allow white inmates to plead guilty and

Relief Requested: I want my ticket expunge and I want this to go into L.T. Dallas
File and I want any ticket expunge he ever heard dismiss and all my
time credit back, and an Early Segregation Release and a Full apology and compensated
no-less, 10,000 dollars and punitive damages.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature         ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____    _____    ___/___/___
Print Counselor's Name          Counselor's Signature       Date of Response

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

_____                    ___/___/___
Chief Administrative Officer's Signature              Date

Printed on Recycled Paper

**COMMITTED PERSON'S GRIEVANCE (Continued)**

dismiss their charges with the disciplinary report doesn't
Fit the body of the Report! Basis For decision
THE COMMITTEE IS DISMISSING This DR DUE To THE R/E'S
FAILURE TO SubsTANTIATE THE Charges IN THE body of THE
DR- INMATE White N-63641 5-20-04, INcidENT NumbER
200402875/1-PON RACE: WHI, you can look on both oF
MY INCidENT RepORT NumbER 200402928/1 PON + 200402729/1
PON, DATE 5-18-04 + Also 5-20-04, THE ticket ME AND
INMATE white heard together FOR the SAME charge 403 INmate
White N-63641 W-01-14 pleaded guilty AND STill L.T. Dallas
Expunged his ticket 200402875/1 PON ! INMATE BowdEN
B-00157 W-01-12 Pleaded NOT GuilTY AND L.T. Dallas
MADE that comment About why do you help those people !
TO INMATE DEION WHITE N-63641 W-01-14 !

This is the crime that is being committed on Black INMATES
by A Racist CHAIR PERSON RENNY D. DALLAS everytime you
don't plead guilty to what the system is doing to you ?

TiTLE 20. INMATE / STAFF COMMUNICATION #25 STATE Employees
ARE to treat INMATE Fairly, Consistently AND with Equal
Dignity AND Courtesy, Staff ARE not to engage IN horseplay
OR "FAVORITISM" toWARD INMATES !

Administrative Code oF ProfESSIONAL Conduct
TiTLE 20. Section 120.30 conduct of Individuals !

                    Violation

Also L.T DALLAS place A "STAR" oN MY disciplinary File
AN I have two Affidavits with other complaints like MINES
that L.T. Dallas has step outside of the department Rules !

I AM attaching to this document three FiNAL SummARY
RepORT to use AS Exhibits to show the bias judgement
IN his decision two ARE MINES with MY NAME BowdEN
AND ONE is white N-63641 W-01-14

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 2-15-04 | Committed Person: (Please Print) *Bowden* | ID#: *B-00157* |

| Present Facility: *Pontiac* | Facility where grievance issue occurred: *Pontiac* |

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability   *1st Amendment Violation*
☑ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☑ Other (specify): *HARASSMENT*
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: *2 / 15 / 04*     *Pontiac*
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: *GRIEVANT is challenging the NOISE MEMO (EFFECTIVE December 23rd 2003 and its prior VERSION dated 1-2,002*

*ON above date/time C/O J. Baker #2881 WROTE ME a disciplinary Report FOR 404 Violation OF Rules, FOR talking to my NEXT door CELL MATE, ANd ACCORDING To the Major Quinley he stated you can talk to your next door Neighbor, so I am Asking what is it "NO" talking OR a little OR what? I NEVER Violated ANY RULES OR policies, BECAUSE ACCORDING to my 1st AMENDMENT FREEDOM OF Speech, I AM given that*

Relief Requested: *I want ANY privilege restore and this ticket ANd ANY ticket C/O Baker #2881 EVER WROTE ME Expunge ANd I want to be compensated FOR pain/SUFFERING bECAUSE has damage my ability to clear my Record up*

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*R* _____          *B-00157*   2 / 15 / 04
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

_____          _____          ___/___/___
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
   ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____          ___/___/___
Chief Administrative Officer's Signature          Date

liberty just like EVERY American citizen! I am
making a compliant on behalf of the C/O Baker #2881
lying because he never once ask me to stop yelling
he came and told me I need to fall back and is
this the way the Department train their officers now?
According to the I.D.R. you must talk to the inmate
professional at all time or else he can or will be
wrote up for not conducting himself professionally!

Counselor Vincent #7

2B55

Illinois Department of Corrections
COMMITTED PERSON'S GRIEVANCE REPORT

| Date 1-23-03 | Committed Person: (Please Print) Bowden | ID # B00157 |
|---|---|---|
| Present Facility: Western C.C. | | Facility where grievance issue occurred: W.I.L.C.C. |

**NATURE OF GRIEVANCE:**

☑ Personal Property  ☐ Mail Handling  Transfer Denial:  ☐ Disability
☑ Staff Conduct  ☐ Dietary  ☐ By Transfer Coordinator  ☐ Other _____
☐ Restoration of Good Time  ☐ Medical Treatment  ☐ By Institution  _____
☐ Disciplinary Report - Date:  Where Issued:  _____

PAGE 1 - Committed person completes and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Office. Grievances on discipline go directly to Grievance Officer.
PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: On Above date / time. I went to personal property to pick up my typewriter and send my property home. When I came back to the unit I plug up the typewriter and my ribbon and daisy wheel was out of my typewriter, and when % Brethm took my typewriter it was complete! I am disappointed in the way the personal property is being ran, with incompetent people, the % Wear is throwing property away without even Asking the person do he want it sent home, and According to the I.D.R. My property was suppose to have been place in a secure place, until I get out of segregation, but it wasn't! Each daisy wheel wasn't in the machine, each one cost $29.95 and I want them to be replace back! State has duty to safeguard inmate's property taken into its possession. The state has a duty to exercise reasonable care to safeguard and return an inmate's property when that property is taken into the State's actual physical possession during transfers from one institution to another or when the institution issues a receipt for certain property. Negligence loss or damage of bailed property raises presumption of negligence.

Relief Requested: I want both of my daisy wheels that belong inside of my typewriter and if not I want to be reimburse, for both of my daisy wheels 1st 29.95 each! I want a complete investigation on both % Brethm and % Wear and this place inside both of our files, upon receiving! I want an Apology!
(Attach additional pages, if necessary.)

**COUNSELOR'S RESPONSE**

Date Received: 1/30/03

Response: This Counselor Interviewed C/O Wear who states Nothing was Taken From The Bowden Typewriter.

| Counselor: P.V. | P Vincent | 2/5/03 |
|---|---|---|
| Signature | Print Name | Date of Response |

☐ Outside jurisdiction of this facility: grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**    2-B-55

| Date: 12-6-02 | Committed Person: (Please Print) Bowden | ID#: B00157 |
|---|---|---|
| Present Facility: W.I.L.C.C. | Facility where grievance issue occurred: W.I.L.C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☐ Medical Treatment

- ☐ Disability
- ☐ Other (specify): Counselor
  Paul Vincent #7

- ☐ Disciplinary Report: 11 / 21 / 02    W.I.L.C.C.
  Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: On above date / time counselor Paul Vincent #7
Claim he went into my File and that I change a word
on the grievance, but I never done anything and he wrote
me up For 204 Forgery 303 False information to an Employee
I never spoke to anybody about this issue, as you can see
the day the grievance was wrote 9-20-02 and answer 9-26-02
and all of a sudden, I received a ticket on 11-21-02 two months
after the incident! I am tried of Paul Vincent accusing me of
things I have "no" Knowledge of! I want to change counselor
or I want get the things I ask him to do for me, done!

Relief Requested: I want this place into both Files, his and my File, and
I want to exchange counselor because he and I don't see eye to
eye! I will take a polygraph test and handwriting test, I want this exchange.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

B_____    B00157    12 / 6 / 02
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date
Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date
Received: ___/___/___    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
Committed person should submit this grievance
in the normal manner.

Chief Administrative Officer's Signature    Date

**Date:** 7-26-04

**Committed Person:** (Please Print) Bowden / Glenn

**ID#:** B-00657

**Present Facility:** Pontiac C.C.

**Facility where grievance issue occurred:** Pontiac

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): Forge documents Personal Property Sgt. Potts C/o Dechene
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** 504:80 I, Grievant Bowden, B-00657 ECH-804
I am writing personal property Sgt. Potts / C/o Dechene for
Forgery and For Forging documents, placing insufficient
Funds on my Request For payment P-96 so they could
steal my items From me and pretend that I never had
Money on my Account, as you can see on my inmate trust
Fund Account From the First of April, thru the Fourteen
of April I had Money on my Account to send these
items out and C/o Dechene and Sgt. Potts destory my
items without my permission according to them, but

**Relief Requested:** I want Full compensation and a time cut, early release From
Segregation and Also postage/handling fees, and Sgt. Potts / C/o Dechene
layoff without pay and a full apology and my A/N Restore C-grades A.S.A.P.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

The entire cost of my items $2500.00 dollars.

_____  _____  ___/___/___
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

**Date Received:** 8, 23, 04

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Your P-96 recieps to show that items were sent out
on visit including the Barney Books. The Barney Books
would have to have had another P-96 to send out Again
since you supplied a wrong address thus being returned.
Because another P-96 was not given to Personal Property

N. Osman                    N. Osman        8, 30, 04
Print Counselor's Name        Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____      ___/___/___
Chief Administrative Officer's Signature    Date

they WASN'T destory they were stolen from me, my CAMERA, Watch, gold chains, 1-Mini F.M RECEIVER Year plug/batties, AND my BARNEY books that I had Already paid For, please look at all the documents because they would show you that it WAS A SERIOUS mistake AND I just received my TRANACTION sheet From the business office to show the problem that was CREATED by Stupidity AND disregard of other personal property! EACH items WAS Suppose to be MAIL out of this institution on a certain time AND they WAS being held up by personal property Sgt. Potts / % Dechene because of laziness AND irresponsibility. This MATTER is irreparable AND irreplaceable because I can't even get these items AGAIN period!

I paid $15.33 to have the barney books Ship out and I stop them AFTER I Found out that the addresses WAS WRONG AND Ask MAil Room Superviser H. HAAb to SEND them back AND she comply to my wishes but NEVER REMOVE the postage Fee For $15.33¢ As You CAN SEE on the Request FOR Payment!

I AM Attaching six documents to this grievance FORM DC 252, TRANSACTION INMATE trust Fund StateMENT; Four Request of PAYMENT STATEMENTS; AND A personal property Receipt!

ADMINISTRATIVE Code OF ProFessional Conduct TiTle 20. Section 120.30 conduct of Individuals:

I Also GAVE L.T. GISH the oRiginal copy of my P-96 REquest For payment AND he MAil it to Sgt. Potts I have him As A witness to this incident AND my books barney books! That they was paid For!

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 12-19-03 | Committed Person: (Please Print) Dowden | ID#: B-0015) |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): *Impartiality / bais / mistake*

- [ ] Disciplinary Report: 12 / 18 / 03    Pontiac C.C.
      Date of Report        Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: ON 12-18-2003 time 11:50 A.M. C/O Neal #3267, So-called
claim me for a infraction that never even Exsisted period!
C/O Neal stated that yelling out on the Gallery is a violation of
Rules, According to the offense #404, to stop yelling, it still
Falls the test, contained in body of Grievance as Establish by
The courts That before a prisoner can be punished for
violation of a rule He's supposed to understand what it
consists of C/O Neal, as in all of his prior I.D.R. on
this prisoner for same offenses has relied on (Memo Date
1-1-02) as basis for writing. This I.D.R. A memo I have

Relief Requested: I want any credit restore and all my privlege restore and
a full apology from C/O Neal / C/O Vela, For causing this harm to me!
I want to be compensated No-less than 10,000 dollars, And this ticket expunge A.S.A.P.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | ID# B-0015) | Date 12 / 19 / 03 |
|---|---|---|

(Continue on reverse side if necessary)

---

| **Counselor's Response (If applicable)** |
|---|

Date Received: ___ / ___ / ___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

JAN 2004
Pontiac Corr. Ctr.
Grievance Off.

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

REPEATEDLY POINTED OUT DOES NOT ESTABLISH NOR ADEQUATELY
DEFINE WHAT "NOISE LEVEL GUIDE LINES" ARE THEREFORE IT
CAN NOT BE UTILIZED AS A BASIS FOR PENALIZING THIS
PRISONER FOR OFFENSE CHANGES BASED ON THE FOREGOING THE
OFFENSES Should be dismissed AND I.D.R. EXpunged.

5 ILCS 100/5-10-"C" no agency "rule is valid or effective"
against ANY PERSON OR PARTY, NOR MAY it be INVOLVED by
the AGENCY FOR ANY PURPOSE, until it has been MADE
AVAILABLE FOR public inspection And Filed with the SECRETARY
OF State AS required by this act...

Notice That % NEAl REAlly didn't "NO" WHERE the NOISE
WAS COMING FROM, the StART, So % VELA Claim he has
(NO) Knowledge of this incident! I have two INMATE AS
witnesses And I wave % VELA to be CAll upon to
MAKE his stAtement! THE pARty that was so-elated was
proud About his depARting that dAy, And if you check the
RECORD he left 12-18-03, AND he WAS Above ME IN CEll 312
I would have been happy also to leave this plantation!