E-FILED
Tuesday, 13 June, 2006 12:25:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GLENN BOWDEN,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 05-3051** |
| **DONALD N. SNYDER, JR., et al.,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Pontiac Correctional Center at Pontiac, Illinois.

      **WE COMMAND** that you produce the body of **GLENN BOWDEN**, Register No. **B-00157**, who is in your custody at Pontiac Correctional Center before the United States District Court on **Tuesday, June 20, 2006, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: June 13, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart
      Deputy Clerk