UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GLENN BOWDEN, #B-00157, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-3051 |
| ROGER E. WALKER, JR.; DONALD N. SNYDER, JR.; SANDRA FUNK; JAMES C. CLAYTON; ASST WARDEN PARKER; CAPT COOPER; CAPT CARLTON; C/O WEAR; C/O SNOW; C/O VOLK; SGT HILL; PAUL VINCENT; JULIA VINCENT, et al., | ) |
| Defendants. | ) |

**MOTION FOR CLARIFICATION**

NOW COME the defendants, TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby request Clarification by the Court. Defendants state as follows:

1.  This honorable Court issued a Case Management Text Order dated February 2, 2006. In said order, the Court ordered the defendants to file an answer pursuant to Federal Rule of Civil Procedure 15(a), and that said, "answer and subsequent pleadings shall be only to the issues and claims stated in this Case Management Order." However,

the relevant order does not enumerate the issues and claims referred to in said order. Nor does any subsequent orders issued by this Honorable Court.

    2.    The defendants ask the Honorable Court for clarification as to the remaining defendants, issues and claims referred to in said order.

WHEREFORE, for the above and foregoing reasons, the defendants respectfully requests this honorable Court to clarify its order dated February 2, 2006.

    Respectfully submitted,

    TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendant,

BY:    s/John J. Weathers
    John J. Weathers, #6276137
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-9014
    Facsimile:  (217) 524-5091
    jweathers@atg.state.il.us

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2006, I electronically filed the foregoing Motion for Clarification with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on July 10, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

    Glenn Bowden, #B-00157
    Pontiac Correctional Center
    700 W. Lincoln, P.O. Box 99
    Pontiac, IL 61764-0099

    Respectfully submitted,

    /s/John J. Weathers
    John J. Weathers #6276137
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 785-4555
    Facsimile:  (217) 524-5091
    jweathers@atg.state.il.us