UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GLENN BOWDEN, #B-00157, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-3051 |
| ROGER E. WALKER, JR.; DONALD N. SNYDER, JR.; SANDRA FUNK; JAMES C. CLAYTON; ASST WARDEN PARKER; CAPT COOPER; CAPT CARLTON; C/O WEAR; C/O SNOW; C/O VOLK; SGT HILL; PAUL VINCENT; JULIA VINCENT, et al., | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

NOW COME the defendants, TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time to answer plaintiff's Complaint in this cause. In support of their motion, defendants state as follows:

1.    The undersigned is the Assistant Attorney General assigned to represent the interests of defendants in this cause.

2.    An answer is due in this matter on July 10, 2006.

3.    The undersigned is in the process of conferring with defendants and additional time is necessary in order to obtain information necessary to prepare a responsive pleading.

4. Additionally, the defendants have filed contemporaneously to the present motion, a Motion for Clarification.

5. Therein, the defendants ask for clarification of an order issued by this Honorable Court on February 2, 2006.

6. The undersigned asks for thirty (30) additional days in which to answer the plaintiff's complaint upon this Court's ruling on the defendants' Motion for Clarification.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request an additional thirty (30) days from the Court's ruling on defendants' Motion for Clarification, to answer the plaintiff's Complaint.

Respectfully submitted,

TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS,

  Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

  Attorney for Defendant,

BY:   s/John J. Weathers
      John J. Weathers, #6276137
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 782-9014
      Facsimile:  (217) 524-5091
      jweathers@atg.state.il.us

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2006, I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on July 10, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

    Glenn Bowden, #B-00157
    Pontiac Correctional Center
    700 W. Lincoln, P.O. Box 99
    Pontiac, IL 61764-0099

    Respectfully submitted,

    /s/John J. Weathers
    John J. Weathers #6276137
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-9014
    Facsimile:  (217) 524-5091
    jweathers@atg.state.il.us