E-FILED
Friday, 14 July, 2006  09:14:53 AM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Glenn Bowden
    Plaintiff

v.

Donald Snyder
    Defendants et al.,

Case no: 06 cv 305

**FILED**
JUL 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion For the Illinois Department of Correction to Provide Last Known Address for Kevin Winters

Now come the Plaintiff and hereby request that the IDOC provide the plaintiff with the last known address of Kevin Winters (Defendant) and states as follows.

1. That Kevin Winters (Warden) is no longer working at Western C.C.

2. That this information is needed to effectuate service of the Complaint on the above Defendant.

3. That the Clerk of the Court shall retain this information for the United State Marshals.

Respectfully submitted by:

Glenn Bowden B-00157
P.O. Box 99
Pontiac Illinois 61764

Date: 7-5-2006