E-FILED
Friday, 14 July, 2006  09:18:21 AM
Clerk, U.S. District Court, ILCD

Dear Clerk,

FILED
JUL 1 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Please send me a stamp file copy of my "amended complaint". Also iam sending you a motion with this petition, to address my issue with (Warden) Kevin Winters.

Why are you sending me, one marshal's form at a time? I don't have alot of money! Why don't you send ever form at the same time, so I can save some money that I don't have! Please send me a stamp file copy of my motion. Thank you

Sincerely

Glenn Bowden B-00157
P.O. Box 99
Pontiac, IL 61764-0099