E-FILED
Friday, 04 August, 2006  02:56:56 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GLENN BOWDEN,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 05-3051** |
| **DONALD N. SNYDER, JR., et al.,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Pontiac Correctional Center at Pontiac, Illinois.

     **WE COMMAND** that you produce the body of **GLENN BOWDEN**, Register No. **B-00157**, who is in your custody at Pontiac Correctional Center before the United States District Court on **Tuesday, August 22, 2006 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

     DATED:  August 4, 2006

                                          JOHN M. WATERS, CLERK
                                          UNITED STATES DISTRICT COURT

                                          BY:   s/ C. Cathcart
                                                 Deputy Clerk