10-22-06

E-FILED
Friday, 27 October, 2006 04:11:41 PM
Clerk, U.S. District Court, ILCD

Dear Clerk,

Greetings! I am writing you because my petition that I sent you, because the judge was going to dismiss my case if I didn't send the rest of the petitions, and I sent your office the amount that was require of me. I requested a stamp file copy of the complaint but you never sent me anything. Do you think I gave you the extra copy because it was the thing to do? I don't have money to be throwing away!!! Also I amended another complaint to my original petition and you haven't sent me that stamp file copy back neither, iam becoming vex by your office behavior, if you'll can't do the job, pass it on because time is precious to me, and money is scarce! This is in regard of "case no. 3:05-CV-3051," BOWDEN v SNYDER et al. So can you please send me my stamp file copies of both of my petitions? The original one and the amended one, that I sent you a couple months ago. Do I have to file a complaint to the Attorney General office and the Judge? Thank you very much for reading these few words. Have a nice day. I am hoping to hear from you.