UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GLENN BOWDEN, #B-00157, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-3051 |
| ROGER E. WALKER, JR.; DONALD N. SNYDER, JR.; SANDRA FUNK; JAMES C. CLAYTON; ASST WARDEN PARKER; CAPT COOPER; CAPT CARLTON; C/O WEAR; C/O SNOW; C/O VOLK; SGT HILL; PAUL VINCENT; JULIA VINCENT, et al., | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1.   Assistant Attorney General John J. Weathers has left the employ of the Attorney General's Office.

2.   Assistant Attorney General Jacob H. Smith is now assigned to represent the Defendants in this matter.

3. It is requested that former Assistant Attorney General John J. Weathers be removed as counsel for Defendants.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Court allow the substitution of Assistant Attorney General Jacob H. Smith for former Assistant Attorney General John J. Weathers, and that former Assistant Attorney General John J. Weathers be removed as counsel for Defendants in this matter.

    Respectfully submitted,

    TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

BY:    s/Jacob H. Smith
    Jacob H. Smith, #6290790
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 782-9014
    Facsimile: (217) 524-5091
    jsmith@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed the foregoing Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on December 18, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

Glenn Bowden, #B-00157
Pontiac Correctional Center
700 W. Lincoln, P.O. Box 99
Pontiac, IL 61764-0099.

Respectfully submitted,

s/Jacob H. Smith
Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
jsmith@atg.state.il.us