UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

GLENN BOWDEN,

        PLAINTIFF,

  VS                                                                                 05-3051

DONALD L. SNYDER, JR., et al.,

        DEFENDANTS.

## CASE MANAGEMENT ORDER #1

This case is before the court for case management and a scheduling order.

IT IS ORDERED THAT:

Discovery will close May 1, 2007;
Plaintiff's expert witnesses, if any, must be disclosed by July 1, 2007;
Defendants' expert witnesses, if any, must be disclosed by September 1, 2007;
Case dispositive motions must be filed on or before October 1, 2007;
Final pretrial conference by video is set for November 8, 2007 at 1:30 p.m.;
Jury selection and trial is set for December 6, 2007.

The case is set for further hearing under Rule 16 by video conference on February 14, 2007 at 9:00 a.m., or as soon thereafter as the case may be reached on the court's call.

Enter this 5th day of February 2007.

                                        **s\Harold A. Baker**
                                    _____
                                          Harold A Baker
                                  United States District Judge