# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>Bowden v. Snyder, et al. | CASE NO.<br><br>05-3051 | Beginning Date of Trial:<br><br>3/12/07 | Type of Trial:<br><br>Rule 16<br><br>Length of Trial:<br><br>1 day |
|---|---|---|---|

**TO: THE WARDEN OF Pontiac Correctional Center, Pontiac, Illinois**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Glenn Bowden | B-00157 | Pontiac Correctional Center | 3/12/07 | 9:30 a.m. |
| Jacob H. Smith | N/A | Concordia | 3/12/07 | 9:30 a.m. |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, IL | 3/12/07 | 9:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   March 2, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart
       DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98