AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Tuesday, 13 March, 2007  09:25:11 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**GLENN BOWDEN**

vs.                                                         Case Number:    **05-3051**

**DONALD N. SNYDER, JR., ROGER E. WALKER, JR., KEVIN WINTERS, J. CLAYTON, WEAR, SHAW, T. BENNET, GRANT OGBURN, PARKER, COOPER, CARLTON, SNOW, VOLK, PAUL VINCENT, SANDRA FUNK, JEFFREY P. KORTE, FORREST J. ASHBY, PHILLIP POOL, TERRY ANDERSON, JULIA I. VINCENT, J. HILL, FRANK, GUY PIERCE, BREHM, DOUGLAS A. CRAVENS, NANCY S. TUCKER, MCKEE, JENNINGS**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to a Text Order entered by the Honorable Harold A. Baker, the Court finds the plaintiff has not stated any federal constitutional violations and his complaint is dismissed in its entirety.

ENTER this 13th day of March, 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Cathcart
_____
BY:  DEPUTY CLERK