E-FILED
Thursday, 12 April, 2007 04:37:51 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

GLENN BOWDEN
      Petitioner
  v

Snyder et al;
     Respondent

No. 3:05-cv-03051-HAB-CHE

FILED
APR 11 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO RECONSIDER OR STAY ACTION

Now comes Petitioner GLENN BOWDEN, Pro Se and move this Magistrate Judge Charles H. Evans; to file this Motion to reconsider or Stay Action pursuant

1). C/o Snow # 10220 / C/o Volk # 10239, enter my cell in Segregation without following the rules/procedure they Attack me violating my constitutional rights using EXCESSIVE Force my 8th Amendment cruel unusual punishment Also Fourteenth Amendment due process and equal protection violations when C/o Snow + C/o Volk push me down to the ground and Kick me many times and punch me in the genitals and Kick me in them also. Place me in administration segregation because I would cooperate with them and the Captain James Clayton who would wait until shift change

before he would continue his terror games on me. I have two affidavits to show this has been document that these officers was unprofessional in their conduct. However, an employee or official of the state acting in a purely personal matter, e.g. is not acting under the color of state law. Screws v. United States, 325 U.S. 91 (1945).

2). I didn't explain the constitutional violation because I am not that good understanding law or how to express it or myself because this is the very first time I have file a 1983 civil law suit. According to the civil rights act, 42 U.S.C. § 1983. I stated what constitional rights were violated 5th, 8th, 14th amendments. Inmate stated civil rights claims against corrections officers for gross negligence or reckless indifference.

3). I have a document from Thomas J. Dart State Representative 28th District aware of the violation and abuse that was going on down here against me, for file an Mandamus against the Wardens/Directors/Officers for stealing and abusing their power of authority. Exhibit (1) Thomas J. Dart. Exhibit (2) Illinois State Police Informal Complaint. Exhibits (3) Mandamus Court Docket. Exhibit (4) Affidavits from both my witnesses Corey K-64961; Fennerson A-50886; Exhibit (5) United States District Court Document, showing that I tried to file a motion for leave to file an amended Petition you never ordered it to be filed. Exhibit (6) Radiological Report showing you the excessive force on my wrist and

4). The disciplinary committee violated another of my due process by failing to provide me with a written statement as to the evidence relied on and reasons for disciplinary action taken against me. They took 26 months goodtime from me.

5). Official Misconduct. A public officer or employee commits misconduct when, in his official capacity, he committs any of the following acts.

A). Intentionally or recklessly fails to perform any mandatory duty as required by law; or

b) Knowingly performs an act which he knows he is forbidden by law to perform; or

c) With intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority; or

d) Solicits or knowingly accepts for the performance of any act a fee or reward which he knows is not authorized by law.

s/s Glenn Bowden B-00157

P.O. Box 99

Pontiac, IL  61764-0099

STATE OF ILLINOIS           )
                            )SS
COUNTY OF                   )


## AFFIDAVIT


I, _Glenn Bowden_ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

These are the true facts. I am explain to you the best I could.

I have file a motion to Reconsiderate or stay of action.

I am attaching all my exhibits to this document.


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.


Signed on this _14_ day of _March_, 200_1_.


_Glenn Bowden B-00157_
                              **Affiant**

To: Inmate _Bowden_                    Number _B00157_ C/H _W112_

From: Personal Property _C8 Dechene_

Date of Confiscation _4-13-04_                    Due Date _5-13-04_

The following item(s) received in Personal Property by ____ mail / _X_ shakedown are considered
contraband by this facility:

_2 boxes misc cards, letters, Books and MAGS_
_(All non legal items found in legal_
_storage boxes.)_

**DESTROYED**    ~~COPY~~

MAY 0 8 2004

~~PONTIAC CORRECTIONAL CENTER~~

_* I would agree to have these_
_items destroy if they aren't pick-up_
_on a visit! B— B00157 *_
_* 4-14-04 **_

Return THIS FORM to
Inmate Property Office
Thank You

You have the following options to deal with these items. Mark one of these options and return to
Personal Property by mail before your _30_ days expire (Due Date above) or the item(s) will be
destroyed, per DR 501.230 (Disposition of Contraband).

Mark one choice below.

☐    Mail item(s) out.  Put name, address below.  Attach a signed money voucher for postage.
     Indicate on your voucher if you wish to have item(s) insured, and amount of insurance.

     Name _____

     Address _____

     City _____  State _____  Zip Code _____

☐    Have item(s) picked up on visit.  Must be received in Personal Property Office 72 hours
     prior to visit.

     Visitors Name _Raymond Evans_          _4-14-04_

     Date of Visit _4-14-04_

     Have item(s) Destroyed.  Date and sign below.

     Signature _____  Number _____  Date _____

     File Grievance.  Have your Counselor sign below showing grievance has been filed.
               (All counselor's signatures will be verified.)

     Counselor Signature _____  Date _____

DCA150-8225   IL426-2373   P-157   (Rev 4/97)

- box Barney Books - Raequan Rogers
- box Barney Books - Tahlia Langford
- box Barney Books → Nyla Noble

- bag of books
- NSF cross + chain
- NSF Reaching out ministry/camera
- NSF watch

- NSF cross + chain

- boxes misc cards, letters, Books and magazines (All NSW legal items found in legal storage boxes

mini FM reciever w/ Ear plug + batteries

COPY

DESTROYED

MAY 0 8 2004


PONTIAC CORRECTIONAL CENTER

**GENERAL ASSEMBLY**
STATE OF ILLINOIS

CHAIRMAN:
· JUDICIARY I - CIVIL LAW
· PRISON MANAGEMENT REFORM
· SUBCOMMITTEE ON LONG TERM CARE/
   HEALTH CARE ACCESS AND AVAILABILITY
· JOINT TASK FORCE ON GULF WAR DISEASES
· HOUSE DEMOCRATIC TASK FORCE ON
   CHILD ABUSE AND NEGLECT
· IL EDUCATION SAFETY TASK FORCE

· MEMBER:
· LABOR AND COMMERCE
· URBAN REVITALIZATION
· INTERGOVERNMENTAL COOPERATION
   COMMISSION



CAPITOL OFFICE:
   2068-L STRATTON BUILDING
   SPRINGFIELD, IL 62706
   217/782-8200
   e-mail: tdart@housedem.state.il.us

DISTRICT OFFICES:
   507 W. 111TH STREET
   CHICAGO, ILLINOIS 60628
   773/928-1747
   3205 W. 111TH STREET
   CHICAGO, ILLINOIS 60655
   773/881-3456

**Thomas J. Dart**

STATE REPRESENTATIVE
HOUSE OF REPRESENTATIVES
28TH DISTRICT

September 3, 2002

Glenn Bowden
ID No. B00157
P.O. Box 1000
Mt. Sterling, IL 62353

Dear Mr. Bowden:

Our office is in receipt of your letter of July 2002. We are requesting the Department of Corrections to provide information to our office about your stated concerns. Please note that our office has no official role in a case review or grievance process.

We will update you with the Department's response when we receive it.

Sincerely,

Brenda Singleton
Constituent Services Aide

RECYCLED PAPER · SOYBEAN INKS

ILLINOIS STATE POLICE
OFFICE OF THE DIRECTOR
125 EAST MONROE * ROOM 105
P.O.BOX 19461
SPRINGFIELD, IL 62794-9461

REQUEST FOR AN INVESTIGATION OF HARASSMENT
INFORMAL COMPLAINT

1. _Glenn Bowden B-00157_
Complainants Name And Registration Number

2. _Western Correctional Center_
Complainants Place Of Present Confinement

_P.O. Box 1000_
Street & Address

_Mt. Sterling_     _IL_     _62353_
City                State          Zip

_____
Telephone

2. _Investigating Forgery About A/W Funk_
Nature Of Harassment Complained About

_2-14-03   2-13-03  2-12-03  2-11-03_
Date

_Internal Affairs Office + Segregation Office_
PLace

_9:00 AM to 4:00 P.M. Each day_
Time

3. Please describe what occurred that you believe constitute
   an investigation of harassment. Include important dates
and the names, address and telephone numbers of witness and
   other people believed to be involved. Attach copies of any
   documents that you believe support your complaint, such
   as letters, grievances, memorandums and other complaints.

_Captain James C. Clayton #739 n/so C/o Snow #10220 AN_

_Volk #10239, on February 19, 2003, A.D._

(see next page)

Call me over to the Administration building to talk about a letter wrote to Music by Mail, and it had according to them Asst Warden Junk, name at the bottom of it! I told him I didn't have a typewriter until personal property return it to me on 1-23-03 and the letter was type before, and I explain that to the Captain J. Clayton, and he stated that I wasn't telling the truth, so he kept repeating the same things, I didn't have nothing else to say to him Captain J. Clayton ask he stated turn your black-ass around to cuff up so I did it and the next day, Captain J. Clayton call me back over for round two, and C/O Jennings of Internal/Affairs was there with him asking me more questions about names, pictures, mail, and my check for a stock he kept and the document also that you suppose to send in with the check. Captain Clayton also destory both of my ribbons on my typewriter and never replace or found anything to claim I

( Attach additional Pages, if necessary)

February 17, 2003
Date

Glenn Bowden
Signature

Brief Summary : Additional page 2

type the letter! Captain Clayton claim he found another letter in my property a few days later. Check the date on your record that you Warden Parker, Warden Winters, Major McKee made an appointment so I can get my typewriter, Captain Carlton told % Wear who runs personal property! My typewriter was taken from me on September 9, 2002; and wasn't return until January 23, 2003. Also Captain Clayton got mad because I didn't supply him with the information that he Captain Clayton was requesting, and claim that I said, I'm going to get you Mother Fucking racist people when I get out of here. I'm going to have my people get up with you. So he charge me with a few more charges 206, 304, 403, but "Captain J. Clayton" didn't follow the guild-lines, he Captain J. Clayton claim this happen to him on 2-13-03; but didn't write the ticket up right than it is a breech of Security; because of the seriousness of the offense, he Clayton six days after the 206, 304, 403, so the charges is bogus. Unless Captain J. Clayton is about the "Unified Code of Corrections, 730 ILCS 5/3-2-2-(h). Failure to comply with any of the standards of conduct may result in discipline... EOR

STATE OF ILLINOIS    )
                     )
COUNTY OF            )

CERTIFICATE OF SERVICE

I, __GLENN BOWDEN_____, certify that the informal drafted document herewith attached has been served on the parties mentioned in the __Notice of Filing_____, by placing same in the U.S. Mail Box At the __Western Illinois Correctional Center__, In __BROWN_____ County, Illinois on the __17th__ day of __FEBRUARY__, 20.03, with postage being fully paid by __VIA__ said institution.

By: __Glenn Bowden B-00157__
    Complainant
    P.O. Box 1000
    Mt. Sterling, IL 62353

Subscribed and sworn to before me this

__17__ day of __February__, __2003__                    __Bowden B-00157__

__Michele Olson__
Notary Public

"OFFICIAL SEAL"
Michele Olson
Notary Public, State of Illinois
My Commission Exp. 04/22/2006

Form revised 11/1/01

## ILLINOIS STATE POLICE
## OFFICE OF THE DIRECTOR

Glenn Bowden #B00157          )
    **Complainant,**          )
              )
              )
vs. Captain James C. Clayton #734 )     No. _____
    Warden Kevin L. Winters          )
    C/o Volk #10239          )
    C/o Snow #10220          )

**NOTICE OF FILING**

                                                    #10239    #10220
                                            C/o Volk / C/o Snow

**TO:** Director Donald N. Snyder, Jr.        **TO:** Warden Kevin L. Winters
      P.O. Box 19277          Captain James C. Clayton #734
      Springfield, Ill 62794-9277          Western Correctional Center

                                                  P.O. Box 1000
                                                  M.T. Sterling, Ill 62353

      Please take notice that on the _3/4_ day of _March_, 20_03_, I filed the attached <u>Request For An Investigation Of Harassment-Informal Complaint</u> with the above captioned office. A copy of which is herewith served on you.

                                  By: _Glenn Bowden_____
                                            Complainant

**ILLINOIS STATE POLICE**
**OFFICE OF THE DIRECTOR**
**125 EAST MONROE * ROOM 105**
**P.O.BOX 19461**
**SPRINGFIELD, IL 62794-9461**

REQUEST FOR AN INVESTIGATION OF HARASSMENT
INFORMAL COMPLAINT

1. Glenn Bowden B00157
   Complainants Name And Registration Number

2. Pontiac, Corrections
   Complainants Place Of Present Confinement

P.O. Box 99
Street & Address

Pontiac          Ill          61764
City             State        Zip

815-842-2816
Telephone

2. Accessive Force / Cruel + unusual     punishment
   Nature Of Harassment Complained About

2-12-03 thur 3-5-03
Date

                                              "Cell-8"
Western Correctional Center P.O. Box 1000  Segregation/office
PLace

4:00/P.M.     2:30/P.M.
Time

3. Please describe what occurred that you believe constitute
   an investigation of harassment. Include important dates
and the names, address and telephone numbers of witness and
   other people believed to be involved. Attach copies of any
   documents that you believe support your complaint, such
   as letters, grievances, memorandums and other complaints.

Captain James C. Clayton / % Snow # 10220 / % Volk #10239; Warden
Sandra Funk; Warden Kevin L. Winters; Captain James C. Clayton # 734

                                        (see next page)

has harass me, every since he heard about me writing up C/O Brehm; and himself. I was accuse of a forgery, and I was beaten up, for not coorperating with the investigation. I was attach by Captain James C. Clayton; on 2-12-03 and 2-28-03 while the Warden Kevin L. Winters where present, with Asst Warden Sandra Funk; my wrists was bend back and forward, and fingers bend; and my hands squeeze so hard I have damages now on both of my hands, from Captain James C. Clayton #73-1 and C/O Snow 10220/ C/O Volk 10239. C/O Snow / C/O Volk, ran into my cell on 3-4-03 without using procedure and force me, down and bend both of my hands so far up that my wrists pop and my hand started bleeding, I have permanent scar on both of my wrists. My 14th admendment was violated Section 1. 8th admendment cruel & unusual punishment, accessive force. And Capt. James C. Clayton made both of his comrades write me up for 403 disobeying a direct order! C/O Snow / C/O Volk! Captain James C. Clayton is continuing to hold my personal/property because I wrote him up for sexual misconduct. And you can see the documents!

(Attach additional Pages, if necessary)

5-8-03
_____
Date

_Glenn Bowden_
_____
Signature

STATE OF ILLINOIS        )
                         )
COUNTY OF                )


### CERTIFICATE OF SERVICE

I, _Glenn Bowden_____, certify that the informal drafted document herewith attached has been served on the parties mentioned in the _Notice of Filing_, by placing same in the U.S. Mail Box at the _Pontiac_____, In _Livington___ County, Illinois on the _8_ day of _MAY_____, 20_03_. With postage being fully paid by _via_ said institution.

By: _Glenn Bowden_____
                        Complainant


SUBSCRIBED AND SWORD TO BEFORE ME
THIS _12_ DAY OF _May_____, 20_03_.
_Sharon R Eden_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Sharon R. Eden
Notary Public, State of Illinois
My Commission Exp. 11/13/2005

```
           COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT        1   CSP048
                                                        Date:  7/21/2004
                        Name Change                     Time: 15/16/39
                                                        Page:    1
        2003 MR 000106  Judge: ZAPPA LEO J      From 0/00/0000 To 99/99/999
                                                        User: WHITLED
             Case Names_____  Attorney Names_____  Wsid: PC62S1
             BOWDEN GLENN             Pro Se
                     VS                                  All Entries For
             WINTERS KELVIN
             SNYDER DONALD N
             ASST. WARDEN PARKER
             CAPT. CLAYTON
             CAPT. COOPER
             CAPT. MCKEE
             CAPT. CARLTON
   __Date__
```

1/23/2003 Mandamus Fee Waived

3/20/2003 Entry
          NOTICE SENT TO PLAINTIFF STATING ADDRESSES ARE NEEDED TO PROCEED WITH
          CASE POST OPENING.

5/19/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST

6/30/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST.  PLAINTIFF AGAIN
          IS NOTIFIED THAT HIS ADDRESSES STILL HAVE NOT BEEN RECEIVED BY CIRCUIT
          CLERK'S OFFICE.  CHANGE OF ADDRESS IS ALSO ENTERED PER REQUEST OF
          PLAINTIFF.

7/15/2003 Entry
          COPY OF DOCKET ENTRY SENT TO PLAINTIFF GIVING THE NAMES OF THE
          DEFENDANTS SO THAT PLAINTIFF CAN RETURN ADDRESSES TO PROCEED IN CASE.

8/29/2003 Summons Aug 28,2003 Served  Defendant SNYDER DONALD N

8/29/2003 Summons Aug 28,2003 Served  Defendant SNYDER DONALD N

9/02/2003 Summons Aug 28,2003 Served  Defendant WINTERS KELVIN

9/02/2003 Summons Aug 28,2003 Served  Defendant ASST. WARDEN PARKER

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. MCKEE

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. CLAYTON

9/02/2003 Summons Jul 28,2003 Served  Defendant CAPT. CARLTON

9/02/2003 Summons Aug 28,2003 Served  Defendant CAPT. COOPER

9/02/2003 Summons Aug 28,2003 Served  Defendant ASST. WARDEN PARKER

9/02/2003 Amended Complaint Filed by  Plaintiff BOWDEN GLENN

9/30/2003 Motion Fee Waived  Filed by  Defendant WINTERS KELVIN  Atty
          Defendant SNYDER DONALD N  Atty  Defendant ASST. WARDEN PARKER  Atty

          C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT

2   CSP048
Date:  7/21/2004
Name Change
Time: 15/16/39
Page:   2
2003 MR 000106   Judge: ZAPPA LEO J
From  0/00/0000 To 99/99/999
User: WHITLED

__Date__

9/30/2003 Motion to Dismiss Filed by

10/21/2003 Response to Motion to Dismiss Filed by  Plaintiff BOWDEN GLENN

12/02/2003 Entry
           COPY OF DOCKET ENTRY SENT TO PLAINTIFF PER REQUEST

Exhibit (4)

STATE OF ILLINOIS )
                   )SS
COUNTY OF BROWN    )

## AFFIDAVIT

I Fennerson A-50886, being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:

I AM claiming the cord that was inside of Cell 53 on Saturday 9-7-02, I explain that it wasn't Bowden Boo157, cord I purchase that cord off the gallery two days before this incident occurred I explain to Warden Hockaday and Capt Ashby that it was MINES' before that took, inmate Bowden to segregation... C/o Korte # 10136 was inform about this and C/o Jennings while they was conducting their search on 9-7-02. They found the wire under the tubing of my bed, because where Bowden sleep he has no tubing, and they was harassing Bowden because of some information he didn't give them about a fight that happen on our wing-C.

Subscribed and sworn to before me this

17 day of February, 2003.

Michele Olson
Notary Public

Fennerson A-50886

"OFFICIAL SEAL"
Michele Olson
Notary Public, State of Illinois
My Commission Exp. 04/22/2006

Form revised 11/1/01

Exhibit (4)

STATE OF ILLINOIS
                                    )SS
COUNTY OF                           )

## AFFIDAVIT

I COREY -K-64961, being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:

I witness OFFICER SNOW #10220 / OFFICER VOLK #10239, enter INMATE Bowden B-00157 cell in segregation without Following the I.D.O.C. procedure they attack Bowden with excessive Force violating his constitutional rights under the 8th Amendment Cruel unusual punishment, First, Fourth, and Fourteenth Attendment violations For the OFFICER'S Failure to provide "Bowden" B-00157 A saFe jail cell. That was on 3-4-03 Around shift change when both officer enter his room because he stated that he would not keep on letting the Captain James Clayton attack him because he File An Mandamus And Captain Clayton of Internal AFFairs came to his cell everyday while he Glenn Bowden B00157 was in Segregation on my side Across From me, Donald Brake, #B-13176 and Corey #K-64961, Each day after or beFore shift change Captain Clayton would come back there or send one oF his tatic team members back to INMATE Bowden B-00157 cell to harass him, For no reason at all. I watch the % Snow #10220, % Volk #10239, And Captain Clayton use Force on Bowden and put the cuFF on his wrist so tight Bowden B-00157 would have Knot on his wrist. I heard them say that they would hook him up bogus, For not cooperating with them. I watch % Snow and % Volk Kick him Bowden in his genitals, while his handcuFFeds was on him behind his back.

Subscribed and sworn to before me this                    Corey -K-64961
                                                          _____
                                                          Affiant Signature
17 day of January, 2003

Michele Olson
_____
Notary Public

"OFFICIAL SEAL"
Michele Olson
Notary Public, State of Illinois
My Commission Exp. 04/22/2006

Form revised 11/1/01



# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

October 26, 2006

Glenn Bowden  B00157
Pontiac Correctional Center
PO Box 99
Pontiac IL  61764

In re:  05-3051

This letter is in response to your request for copies of documents you filed wit this Court.

First, as you can see from the attached copy of your docket sheet, there is no documentation that an amended complaint has been filed.  Document #78 is a MOTION FOR LEAVE TO FILE an Amended Petition.  That  motion needs to be ruled on before it can be docketed.  Therefore, you would NOT receive a filed stamp copy until it is ordered to be filed by the Judge.

Secondly, I have included a copy of our Court's Local Rule 16.3 adopted by all the Judges in the Central District of Illinois along with a copy of the "Instructions for Filing a Civil Rights Complaint under 42 U.S.C. Section 1983" which you may want to familiarize yourself with.  It states:

> "All requests for information or for file-stamped copies of documents must be accompanied by a stamped, self-addressed envelope and an extra copy to be filed-stamped and returned; otherwise the request will NOT be honored"

I hope this information helps clarify the status of your amended petition.

Sincerely,

John M. Waters

nar  iv  uu ur.iip    IMAGING RADIOLOGISTS      2177530367      P. 2

Exhibit (6)

## Imaging Associates, LLC.

319 E. Madison Street
Springfield, Illinois 62701
(217) 528-4770

PATIENT :            Bowden, Glenn
FACILITY:            Pontiac Correctional Center
PRISON NO.:          B00157
REFERRING PHYSICIAN:  Vade
Date Performed:      3/11/03
AGE:                 6/8/60

***********************************************************************

### RADIOLOGICAL REPORT

CLINICAL DIAGNOSIS:   Wrist pain

PART X-RAYED:         LEFT WRIST

There is a small smoothly outlined bony density adjacent to the radial
aspect of the distal radius which could represent either an unfused
ossification center or old avulsed fracture.  There is no evidence of an
acute fracture.  The joint spaces of the wrist are intact.

CONCLUSION: 1. There is no evidence of an acute fracture.

2.  There is a smoothly outlined bony density adjacent to the radial margin
    of the distal radius which could represent an unfused ossification
    center or old avulsed fracture.

3/19/03

Peter Weinberg, M.D./rrt
Radiologist

D/T: 03/17/03
3:42 PM