UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GLENN BOWDEN, #B-00157, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-3051 |
| ROGER E. WALKER, JR.; et al., | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER**

NOW COME the defendants, TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to Plaintiff's Motion to Reconsider as follows:

1.  Plaintiff filed his Complaint on April 18, 2006. [Court Document #13].

2.  The Defendants asked the Honorable Court for a Motion for Clarification as to the Case Management Text Order dated February 2, 2006. [Court Document #74].

3.  In response to this motion, a video conference was held on March 12, 2007. At this conference this Honorable Court asked the Plaintiff to explain his complaint and gave him the opportunity to tell the court of the events that were the basis of his complaint.

4.  Following the March 12, 2007, video conference, this Honorable Court found that the plaintiff did not state any federal constitutional violation, and his complaint was dismissed in its entirety.

5. Plaintiff now asks this Court to reconsider the judgment on this case. [Court Document 86].

6. Plaintiff's explanation is that he did not understand what the Court was asking; however, the Court was very clear in asking what happened and who was involved. The Court was not asking for legal conclusions, only the factual basis for the complaint. As such, the Court should not reverse its dismissal of Plaintiff's Complaint.

WHEREFORE, for the above and foregoing reasons, the defendants respectfully requests this honorable Court to deny Plaintiff's Motion to Reconsider.

Respectfully submitted,

TERRI ANDERSON, LT. ASHBY, TAMMY BENNETT, C/O T. BREHM, ALAN CARLTON, MELVIN COOPER, DOUGLAS CRAVENS, DAVID FRANK, SANDRA FUNK, JOHN HILL, JOSEPH JENNINGS, JEFFREY KORTE, SCOTT MCKEE, GRANT OGBURN, GUY D. PIERCE, PHILLIP POOL, FRANK SHAW, ROBERT SNOW, DONALD N. SNYDER, JR., NANCY S. TUCKER, JULIA VINCENT, SHAWN VOLK, ROGER E. WALKER, JR., BARRY WEAR, KEVIN WINTERS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

BY:   s/Jacob H. Smith
Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
jsmith@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2007, I electronically filed the foregoing Response to Motion to Reconsider with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on April 20, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

    Glenn Bowden, #B-00157
    Pontiac Correctional Center
    700 W. Lincoln, P.O. Box 99
    Pontiac, IL 61764-0099

                                    Respectfully submitted,

                                    s/Jacob H. Smith
                                    Jacob H. Smith #6290790
                                    Assistant Attorney General
                                    500 South Second Street
                                    Springfield, IL 62706
                                    Telephone: (217) 782-9014
                                    Facsimile: (217) 524-5091
                                    jsmith@atg.state.il.us