E-FILED
Monday, 21 May, 2007  04:33:18 PM
Clerk, U.S. District Court, ILCD

FILED

MAY 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk                                    5-13-2007

Greeting's ! I am writing you because I have a active case in your courts ! Also my address has change from the current one, P.O. Box 99; Pontiac, IL 61764-0099; to this new address, P.O. Box 1900; Route 9 West; Canton, IL 61520. The case number is 3:05 cv 3051. Thank's.

Sincerely
Glenn Bowden B-00157
P.O. Box 1900
Route 9 West
Canton, IL 61520