UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**GLENN BOWDEN,**

      **Plaintiff,**

      vs.      05-3051

**DONALD N. SNYDER, JR., et al.,**

      **Defendants.**

### ORDER

The plaintiff has moved [d/e 86] for reconsideration of the courts order of dismissal and judgment. For the reasons set out in the previous orders of the court, the motion is denied.

Enter this 21st day of August 2007.

      **s\Harold A. Baker**

_____
Harold A. Baker
United States District Judge